Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
jrichards@pszjlaw.com
lcantor@pszjlaw.com
mlitvak@pszjlaw.com

[Proposed] Attorneys for the Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>WOODSIDE GROUP, LLC, et al.,[1]<br><br>Alleged Debtors.<br><br>☒  Affects ALL DEBTORS | Chapter 11<br>6:08-bk-20682-PC<br>(Jointly Administered)<br><br>**CONSOLIDATED ANSWER TO INVOLUNTARY PETITIONS AND CONSENT TO ORDER FOR RELIEF**<br><br>[No hearing required] |

Woodside Group, LLC, et al., the alleged debtors in the above-captioned involuntary cases (the "Debtors"), through their undersigned counsel, hereby file their *Consolidated Answer to Involuntary Petitions and Consent to Entry of Order for Relief* (the "Answer and Consent") with respect to the Debtors listed on **Exhibit A** attached hereto, and respectfully request this Court to enter promptly the proposed order for relief (the "Order for Relief"), substantially in the form of Official Form 16A submitted herewith.

---

[1] See **Exhibit A** attached hereto setting forth all alleged debtors in these jointly administered cases and their respective tax identification numbers.

94851-001\DOCS_LA:189373.3

**Introduction**

Woodside Group, LLC ("Woodside Group") and its affiliate entities (collectively, the "Woodside Entities") operate one of the nation's largest privately held homebuilding companies. Woodside Group is the parent company of multiple subsidiaries and through approximately 185 of those subsidiaries (the "Restricted Subsidiaries") is primarily engaged in homebuilding operations in various geographical regions throughout the country. The operations of the Woodside Group are financed through Woodside Group's affiliate Pleasant Hill Investments, LC ("PHI").

Woodside Group also has subsidiaries that are engaged in business activities outside its standard homebuilding operations. Through these subsidiaries (the "Unrestricted Subsidiaries"),[2] Woodside Group purchases land from third parties, holds real estate, obtains zoning and other entitlements on longer-term projects, reinsures the Restricted Subsidiaries, invests in joint venture projects with other homebuilders, performs renovation work on governmental facilities and sells land to Restricted Subsidiaries at market prices.

Woodside Group provides certain administrative functions for its subsidiaries including cash management, employee benefits, managerial assistance, accounting, financial planning and insurance review. In exchange for these services, the subsidiaries pay Woodside Group an administrative service fee.

On March 31, 2008, Woodside AMR 107, Inc. ("AMR 107") and Woodside Portofino, Inc. ("Portofino"), two of the Restricted Subsidiaries, filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court under Case Nos. 08-13994 and 08-13996, respectively. On August 20, 2008 (the "Petition Date"), an Ad Hoc Group of Noteholders (the "Noteholder Group") commenced the filing of involuntary petitions (the "Noteholder Petitions") against the Woodside Group, PHI and the remaining 183 Restricted Subsidiaries. On August 20, 2008, JPMorgan Chase Bank, N.A. ("JPMorgan"), on behalf of a group of lenders (the "Bank Group"), commenced the filing of certain Joinders In Involuntary

---

[2] The Unrestricted Subsidiaries are Liberty Holdings Group, LLC, Alameda Investments, LLC, JSO Land, LLC, Eagleridge Office Park, LLC, Wheatland Heritage Oaks, LLC, Hillsborough, LLC, WDS MTG, LLC, Atherton Construction, LLC, Victory Holdings, LLC, Danville Land Investments, LLC, Bellvue Holdings, LLC, Walnut Creek Development, LLC, WSD SE1, LLC, WMI Holdings, LLC and Reliant Structural Warranty Insurance Company, Inc. The Unrestricted Subsidiaries are not debtors in bankruptcy proceedings.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Petition (the "Bank Petitions," and together with the Noteholder Petitions, the "Involuntary Petitions").

On August 21, 2008, the Noteholder Group filed that certain *Emergency Motion of the Ad Hoc Group of Noteholders for Entry of an Order Limiting Certain Actions of the Alleged Debtor During the Gap Period Pursuant to Sections 105 and 303(f) of the U.S. Bankruptcy Code* (the "Noteholder Motion").

On August 22, 2008, JPMorgan filed that certain *Emergency Motion of JPMorgan Chase Bank, N.A. for Entry of an Order (i) Directing Debtor to Transfer the Barnes Account to an Approved Depository, and (ii) Prohibiting Transactions Outside of the Course of Business During the Gap Period Pursuant to Sections 105 and 303(f) of the Bankruptcy Code* (the "Bank Motion").

The Noteholder Group, JPMorgan (on behalf of the Bank Group), Woodside Group, PHI and the Restricted Subsidiaries reached certain agreements regarding the resolution of the Involuntary Petitions, the Noteholder Motion and the Bank Motion, which resolutions are reflected in the terms of the *Stipulation (I) Providing for the Entry of Orders for Relief As to Involuntary Petitions, and (II) Granting, In Part, Gap Period Motions Filed by the Noteholders and By JPMorgan Chase Bank, N.A.* (the "Stipulation") approved by the Court by order entered on August 27, 2008.

Pursuant to the Stipulation, Woodside Group, PHI and the Restricted Subsidiaries agreed, among other things, to consent to the commencement of chapter 11 cases with respect to the Involuntary Petitions no later than September 16, 2008 (the "Relief Date").

As of the Relief Date, the Debtors will be jointly administered for procedural purposes with those of AMR 107 and Portofino pursuant to that certain *Order (I) Directing Joint Administration of the Cases of the Alleged Woodside Debtors and (II) Directing Joint Administration of the Cases of the Alleged Woodside Debtors with the Cases of the Existing Woodside Debtors if and when Orders for Relief are Entered with Respect to the Alleged Woodside Debtors* entered by the Court on September 3, 2008.

**Answer and Consent**

The Debtors do not admit or deny any of the allegations contained in the Involuntary Petitions. Nonetheless, the Debtors consent to the entry of the Order for Relief in each of their respective cases as set forth in **Exhibit A**.

With respect to all Debtors, the Debtors are also filing herewith the proposed Order for Relief. The Debtors will shortly file: (a) the "Notice of Submission of Unanimous Consents in Connection With Answer to Involuntary Petitions and Related Relief," which includes: (i) Consolidated Unanimous Written Consent for Debtors that are corporations; (ii) Consolidated Unanimous Written Consent for all Debtors that are limited liability companies; and (iii) Consolidated Unanimous Written Consent for all Debtors that are limited liability partnerships; (b) the twenty largest unsecured creditors of each Debtor, together with the appropriate verifications; and (c) the lists of equity security holders for each Debtor, together with the appropriate verifications.

WHEREFORE, the Debtors respectfully request that this Court enter the Order for Relief in each of the Debtors' cases.

Dated:  September 16, 2008            PACHULSKI STANG ZIEHL & JONES LLP

                                      By    */s/ Linda F. Cantor*
                                            Jeremy V. Richards
                                            Linda F. Cantor
                                            Maxim B. Litvak
                                            [Proposed] Attorneys for the
                                            Debtors and Debtors in Possession

# EXHIBIT A

| Debtor | Fed. Tax ID No. |
| --- | --- |
| BCD 99, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| Foxboro 50's, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Foxboro Coventry, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Foxboro Estates, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Foxboro Villages, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Ivywood Interior Design, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Menifee Woodside, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| MHA 02, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| Monterey Woodside, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| MWG 00, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| MWL 01, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| Oquirrh Highlands Condominiums, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Pleasant Hill Investments, LC, a Nevada limited liability company | Fed. Tax ID No. 88-0414735 |
| Pleasant Valley Investments, LC, a Nevada limited liability company | Fed. Tax ID No. 88-0367046 |
| Portola Development Company, LC, a Nevada limited liability company | Fed. Tax ID No. 88-0368864 |
| Portola Development, Arizona, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0937991 |
| Portola Development, Utah, LC, a Utah limited liability company | Fed. Tax ID No. 87-0619214 |
| Saratoga Land Development, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Sonora HOA Management, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Sterling 69, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| TBB 03, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| WDS GP, Inc., a California limited liability company | Fed. Tax ID No. 26-3036602 |
| WDS Holdings, Inc., a Nevada corporation | Fed. Tax ID No. 26-3036585 |
| WGP Group, LLC, a Utah limited liability company | Fed. Tax ID No. 20-1363752 |
| Woodside 04N, LP, a California limited partnership | Fed. Tax ID No. 26-3036621 |

| Debtor | Fed. Tax ID No. |
|---|---|
| Woodside 04S, LP, a California limited partnership | Fed. Tax ID No. 26-3036642 |
| Woodside 05N, LP, a California limited partnership | Fed. Tax ID No. 26-3036658 |
| Woodside 05S, LP, a California limited partnership | Fed. Tax ID No. 26-3036673 |
| Woodside 06N, LP, a California limited partnership | Fed. Tax ID No. 26-3036685 |
| Woodside 20/25, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside 07N, LP, a California limited partnership | Fed. Tax ID No. 26-3036699 |
| Woodside Aberdeen, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Allerton, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Amberly, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Amelia Lakes, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside AMR 91, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Autumn Ridge, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Avalon Park, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Avalon, LLC, a Texas limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Ballantrae, LLC, a Delaware limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Bella Fresca, Inc., a Delaware corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Berkeley, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Bilby Ranch, Inc., a Delaware corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Blue Water Bay, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Bridges at Boulder Creek, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Brookstone, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Buffalo Ridge, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Cambria, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Canyon Creek, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Casa Palermo, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Castleton, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |

| Debtor | Fed. Tax ID No. |
|---|---|
| Woodside Cedar Creek, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Clarendon Hills, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Clearwater, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Colonial Charles SFD, LLC, a Virginia limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Colonial Charles Villas, LLC, a Virginia limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Communities – WDC, LLC, a Virginia limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Communities of North Florida, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Cortez Heights, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Daytona Land, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Eagle Marsh North, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Eagle Marsh South, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Encore at Sunset Ranch, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Exeter South, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Farmington Hollow Cottages, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Farmington Hollow Estates, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Farmington Meadows, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Fieldstone Ranch, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Fieldstone, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Finisterre, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Foothills Sunrise, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Foothills West, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Garden Gate, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Glenmere, Inc., a California corporation (n/k/a Woodside GM, LLC) | Fed. Tax ID No. 86-0890979 |
| Woodside Grande Premier, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Greyhawk, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Group, LLC, a Nevada corporation | Fed. Tax ID No. 86-0890979 |

| Debtor | Fed. Tax ID No. |
|---|---|
| Woodside Grouse Pointe, LLC, a Virginia limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Hearthstone, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Heritage Lake 129, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Heritage Lake 150, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Heritage Lake 7200, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Highland Ridge, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Homes Corporation, a Utah corporation | Fed. Tax ID No. 87-0329734 |
| Woodside Homes of Arizona, Inc., an Arizona corporation | Fed. Tax ID No. 86-0689546 |
| Woodside Homes of California, Inc., a California corporation | Fed. Tax ID No. 86-0891078 |
| Woodside Homes of Central California, Inc., a Delaware corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Homes of Florida, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Homes of Fresno, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Homes of Minnesota, Inc., a Delaware corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Homes of Nevada, Inc., a Nevada corporation | Fed. Tax ID No. 87-0458524 |
| Woodside Homes of Northern California, Inc., a Delaware corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Homes of Reno, LLC, a Nevada limited liability company | Fed. Tax ID No. 20-5261668 |
| Woodside Homes of South Texas, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Homes of Southeast Florida, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Homes of Southern California, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Homes Sales Corp., an Arizona corporation | Fed. Tax ID No. 86-0758293 |
| Woodside Hunters Creek, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Jackrabbit Estates, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Karston Cove, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Kinder Ranch, LLC, a Texas limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Knoll Creek, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Land Holdings, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |

| Debtor | Fed. Tax ID No. |
|---|---|
| Woodside Las Colinas, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Legacy LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Legacy Oaks, LLC, a Texas limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Madison Colony, LLC, a Nevada limited liability company | Fed. Tax ID No. 86 0890979 |
| Woodside Magma Ranch, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Majestic Oaks, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Meadows of Big Lake, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Menifee 105, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Montecatini, Inc., a Delaware corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Montrose, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Murabella, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside North MPLS, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Northridge, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Palmilla, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Palomar, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Park Paseo, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Parkview, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Paseo 5000, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Paseo 6000, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Paseo 7200, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Pebble Creek, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Preserve at Boulder Creek, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Provence, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Quail Crossing, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Rio Vista, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Riverwalk Preserve, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |

| Debtor | Fed. Tax ID No. |
|---|---|
| Woodside Rocking Horse, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Rockwell, LLC, a Texas limited liability company | Fed. Tax ID No. 20-3100656 |
| Woodside Rocky Pen, LLC, a Virginia limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Rogers Ranch, LLC, a Texas limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Rosewood, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Royal Meadows, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside S.O., LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Scotland Heights, LLC, a Maryland limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Sienna, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Solano, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Somerset, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside South Brook, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Southern Hills, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Southridge, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Springs at Boulder Creek, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Stonehaven, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Stoneybrook, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Summerwood, LLC, a Texas limited liability company | Fed. Tax ID No. 20-4686594 |
| Woodside Summit at Foothills Reserve, LLC, a Delaware limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Summit at Riverwalk, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Sunrise at Riverwalk, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Sunset Farms, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Talaverde, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Tampa Palms, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Tempe Village, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Texas Holdings, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |

| Debtor | Fed. Tax ID No. |
| --- | --- |
| Woodside Texas Land Holdings, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Thurnbeck, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Tierra Verde 301, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Timberlake, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Trails North at Horsemans Park, LLC, a Delaware limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Triana, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Trillium, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Trinity Oaks 55, LLC, a Texas limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Trinity Oaks 65, LLC, a Texas limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Tuscan Oaks, LLC, a Texas limited liability company | Fed. Tax ID No. 20-3593988 |
| Woodside Two Creeks 50, LLC, a Texas limited liability company | Fed. Tax ID No. 20-3593868 |
| Woodside Two Creeks 65, LLC, a Texas limited liability company | Fed. Tax ID No. 20-3593967 |
| Woodside Two Creeks Villas, LLC, a Texas limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Valencia, LLC, a Florida limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Via Valencia, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Via Ventura, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Vicinato, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Villa Palazzo, LLC, a Nevada limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Villa Palermo, LLC a Delaware limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Vista Montana, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Walden, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Watson 308, LLC, an Arizona limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Weston Ranch, LLC, a California limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Wildwood, LLC, a Utah limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Willowbrook, LLC, a Minnesota limited liability company | Fed. Tax ID No. 86-0890979 |
| Woodside Wolf Creek 121, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |

| **Debtor** | **Fed. Tax ID No.** |
|---|---|
| Woodside Wolf Creek 126, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Wolf Creek 133, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Wolf Creek 138, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |
| Woodside Wolf Creek 77, Inc., a California corporation | Fed. Tax ID No. 86-0890979 |