PETER C. ANDERSON, United States Trustee  FOR COURT USE ONLY    18.1
TERRI HAWKINS-ANDERSEN, Asst. United States Trustee
ELIZABETH A. LOSSING, Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
3685 Main Street, Suite 300
Riverside, CA 92501-2804
(951) 276-6990

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: Woodside Group LLC

CHAPTER 11 CASE NUMBER

6:08-bk-20682 PC
Joint Administration

Debtor(s)

```
APPOINTMENT AND NOTICE OF APPOINTMENT OF
 [x] COMMITTEE OF UNSECURED CREDITORS
 [x] OTHER: A Joint Committee of Creditors as to all Debtors


TO THE UNITED STATES BANKRUPTCY COURT AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. § 1102(a), the Office of the United
States Trustee hereby takes the following action in this case:

1. This Appointment and Notice of Appointment relates to the following Committee
   in this case:

     a. [x] Committee of Creditors Holding Unsecured Claims

     b. [ ] Other (specify):

2. [x] The persons and/or entities whose names and addresses are set forth in Paragraph 5
        are hereby appointed to serve on the Committee set forth in Paragraph 1 above.

3. [ ] The following persons and/or entities are hereby added to and will serve on the
        Committee set forth in Paragraph 1 above (specify names and addresses):

4. [ ] The following persons and/or entities are hereby removed from and will no longer
        serve on the Committee set forth in Paragraph 1 above (specify names and
        addresses):

5.  Names, Addresses and Telephone Numbers of Current Committee Members:

     JP Morgan Chase
     George W. "Buzz" Welch, Senior VP           Metlife Inc. & Affiliates
     80 W. Broadway, Attn:  Jerri Hunt            Claudia Cromie, Director
     Salt Lake City, UT 84101                     10 Park Avenue
     Phone (801) 870-8728                         Morristown, NJ 07962
     Fax (801) 328-2045                           Phone (973) 355-4293
                                                  Fax (973) 355-4230
     Bank of America, N.A.
     Tamara A. Frederick, Senior VP               AXA Equitable Life Insurance Company
     201 East Washington Street                   Paul L. Harinstein
     22nd Floor-  AZ1-200-22-17                   1290 Avenue of the Americas
     Phoenix, AZ 85004-2343                       New  York, NY 10104
     Phone (602) 523-2033                         Phone (212) 314-5311
     Fax (877) 825-5294                           Fax  (212) 707-1504

     Wachovia Bank, National Association          Travelers Casualty & Surety Co. of America
     Katherine A. Harkness, Managing Director     Sam E. Barker, Senior Claim Counsel
     301 South College Street                     33650 6th Avenue South
     Charlotte, NC 28288-0537                     Suite 200
     Phone (704) 383-0707                         Federal Way, WA 98003
     Fax (704) 383-6244                           Phone (253) 943-5802
                                                  Fax (866) 842-9201
     John Hancock Life Insurance Company
     Willma H. Davis, Senior Managing Director
     197 Clarendon Street
     Boston, MA
     Phone (617) 572-9625
     Fax (617) 572-0073
```

Page Two (2)-(Form 2.2)

IN RE: Woodside Group LLC                                        6:08-bk-20682 PC

6. Name and Address of Debtor, Debtor's Attorney and Chapter 11 Trustee (if any):

    <u>Debtors</u>:
    Woodside Group LLC
    39 East Eagleridge Drive
    North Salt Lake, UT 84054

    <u>Counsel</u>:
    Linda Cantor
    Pachulski Stang Ziehl & Jones
    10100 Santa Monica Blvd., 11th Floor
    Los Angeles, CA 90067-4100


Dated: 10/02/08

                                        Respectfully submitted,

                                 OFFICE OF THE UNITED STATES TRUSTEE


                                  By:<u>/s/ Elizabeth A. Lossing</u>
                                        Elizabeth A. Lossing

---

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

    I am employed in the County of RIVERSIDE, State of California, in the Office of the United States Trustee under the supervision of a member of the bar of this Court at whose direction the service was made; I am over the age of 18 and not a party to the within action; and my business address is 3685 Main Street, Suite 300, Riverside, California 92501-2804.

    On <u>October 2,2008</u>, I served the foregoing document described as APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Riverside, California, addressed as follows:

| <u>Debtors</u>: | <u>Counsel</u>: |
|---|---|
| Woodside Group LLC | Linda Cantor |
| 39 East Eagleridge Drive | Pachulski Stang Ziehl & Jones |
| North Salt Lake, UT 84054 | 10100 Santa Monica Blvd., 11th Flr |
| | Los Angeles, CA 90067-4100 |

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/02/08                                                      <u>/s/Anita Benson</u>
                                                                     Anita Benson