1  Jeremy V. Richards (CA Bar No. 102300)
   Linda F. Cantor (CA Bar No. 153762)
2  Maxim B. Litvak (CA Bar No. 215852)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California 90067-4100
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5  jrichards@pszjlaw.com
   lcantor@pszjlaw.com
6  mlitvak@pszjlaw.com

7  [Proposed] Attorneys for the Debtors and Debtors in Possession

8                      UNITED STATES BANKRUPTCY COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10                           RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>WOODSIDE GROUP, LLC, et al.,[1]<br><br>Debtors.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>☒ Affects ALL DEBTORS | Chapter 11<br>6:08-bk-20682-PC<br>(Jointly Administered)<br><br>**DECLARATION OF GEORGE C. KOUTOURAS IN SUPPORT OF DEBTORS' OPPOSITION TO:**<br><br>**(A) MOTION OF THE AD HOC GROUP OF NOTEHOLDERS FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE, OR, ALTERNATIVELY, DIRECTING BOTH (I) THE APPOINTMENT OF AN EXAMINER FOR CERTAIN SPECIFIED PURPOSES AND (II) THE TERMINATION OF THE DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE AND CONFIRM A PLAN; AND**<br><br>**(B) MOTION TO TERMINATE OR REDUCE THE DEBTORS' EXCLUSIVITY PERIOD**<br><br>Date:    October 14, 2008<br>Time:    10:30 A.M.<br>Place:   Courtroom 304<br>         United States Bankruptcy Court<br>         3420 Twelfth Street<br>         Riverside, CA 92501-3819<br>Judge:   Honorable Peter H. Carroll |

94851-001\DOCS_NY:16679.4

# DECLARATION OF GEORGE C. KOUTOURAS

I, George C. Koutouras, declare as follows:

1. I am the Managing Director of Alvarez & Marsal Taxand, LLC ("A&M"). Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, from information gathered from employees of the Debtors, my review of relevant documents, or my opinion based upon my experience concerning the operations of the Debtors. If called upon to testify, I would testify to the facts set forth in this Declaration.

2. I submit this Declaration in support of the *Debtors' Opposition to Motion of the Ad Hoc Group of Noteholders for Entry of an Order Directing the Appointment of a Chapter 11 Trustee, or, Alternatively, Directing Both (I) the Appointment of an Examiner for Certain Specified Purposes and (II) the Termination of the Debtors' Exclusive Periods in Which to File and Confirm a Plan* (the "Opposition"). All capitalized terms not defined herein have the meaning ascribed to them in the Opposition.

3. I have been a Managing Director of A&M since September 29, 2008. I have over 13 years of experience advising clients with a specialty in tax issues related to insolvency and the taxation of corporate acquisitions, dispositions, reorganizations, spin-offs, joint ventures, S corporations and consolidated returns. I have advised clients on sell-side tax strategies designed to optimize tax efficient disposition strategies through either stock or asset sale comparisons and attribute utilization and structured transactions involving wholly or partially tax deferred spin-off transactions.

4. Prior to joining A&M, I worked with the National Tax Office of Ernst & Young LLP in Los Angeles and PricewaterhouseCoopers LLP in Chicago. While with Ernst & Young LLP, I advised Western U.S. based clients in a variety of industries including technology, pharmaceutical and health care. More recently, I worked with the PricewaterhouseCoopers LLP, Chicago transaction tax practice. My prior work experiences include a rotation through the Washington National Tax Services office of Coopers and Lybrand (now PricewaterhouseCoopers), and a judicial clerkship with the United States Tax Court in Washington, D.C.

5.　For the past 9 years, I have separately served as adjunct professor at University of Illinois-Urbana Champaign, The Golden Gate University, and the John Marshall Law School. I have taught in the areas of Taxation of Corporations and Shareholders, Taxation of Consolidated Groups of Corporations, and Taxation of Corporate Acquisitions and Reorganizations. Additionally, I co-authored four Bureau of National Affairs (BNA) Tax Management Portfolios: one on boot in corporate organizations and reorganizations; one on corporate redemptions under section 302; one on related party transactions; and one on related party stock sales under section 304 (to be published in 2008).

6.　I received my B.S.A. degree in Finance and Accounting from the University of Michigan. I earned my J.D. degree from the University of Detroit School of Law and a Masters of Law in Taxation from the Georgetown University Law Center in Washington, D.C. I am a member of the Illinois and Michigan Bar Associations.

7.　I have evaluated and reviewed the tax analysis in connection with the Corporate Restructuring[2] and understand the components thereof. Based on my review, I have reached the conclusions set forth below.

8.　The Debtors remain pass-through entities, *i.e.*, the Debtors' shareholders remain liable for all future state and federal taxes of the consolidated entity.

9.　In connection with the Corporate Restructuring, the Debtors expect to write down the value of their assets to an amount (the "New Tax Basis") not less than approximately $1.28 billion, which I understand is the Debtors' estimate of the Debtors' outstanding third-party debt plus approximately $330 million of intercompany debt owed to PHI. Under the Internal Revenue Code (the "IRC"), the value of the assets cannot be written down below the greater of fair market value or the debt.

10.　Under the IRC, there is a two-year limitation on the Debtors' shareholders' ability to apply the write-downs to taxable income recognized in 2006 and 2007 such that the Corporate

---

[2] The facts related to the Corporate Restructuring are contained in the *Declaration of Leonard K. Arave in Support of the Debtors' Opposition to Motion of the Ad Hoc Group of Noteholders for Entry of an Order Directing the Appointment of a Chapter 11 Trustee, or, Alternatively, Directing Both (I) the Appointment of an Examiner for Certain Specified Purposes and (II) the Termination of the Debtors' Exclusive Periods in Which to File and Confirm a Plan* filed contemporaneously herewith.

94851-001\DOCS_NY:16679.4                    3

Restructuring had to be completed in 2008. Had the Debtors not undertaken the Corporate Restructuring in 2008, recognition of the losses could not have been carried back to 2006.

11. The write down of the value of the Debtors' assets does not adversely affect the economic or pecuniary interests of the Debtors' creditors. The write down will have no effect on the limited liabilities companies' future aggregate tax liabilities if the assets are sold for less than the amount of the New Tax Basis because such sales will trigger losses, not taxable gains. The write down has recognized losses from the higher amount of the prior basis to the assumed fair market value of the assets at the time of the Corporate Restructuring, a loss that is recognized by the Debtors' shareholders. Further erosion in fair market value could generate further losses but will not create any tax liability.

12. The New Tax Basis assumes that the Woodside Entities are solvent and indeed have a net equity of about $330 million (*i.e.*, the amount of the intercompany debt). If the Woodside Entities' assets are sold in the future for more than their allocated portion of the New Tax Basis, a taxable gain will arise that might not have existed had the tax basis not been reduced in the Corporate Restructuring. However, any such gain would be paid by, or out of, the members' equity in the Woodside Entities because (i) the New Tax Basis is based on an estimated fair market value for the assets that renders the Woodside Entities solvent and any gain over and above the New Tax Basis would simply increase that solvency and (ii) the Woodside Entities remain "pass through entities" owned by the original shareholders with no ownership by the creditors. As the Corporate Restructuring assumes solvency and the creditors are not, and would not, become owners of the Woodside Entities under that scenario, they have no legal responsibility to pay the taxes associated with any gains generated by the sale of assets and are not adversely affected to the extent that such liability is satisfied out of the members' equity. Any tax liability is the ultimate obligation and responsibility of the members of the Woodside Entities. Thus, creditors would not be financially adversely impacted by any gains triggered by a sale of Woodside Entities' assets or their satisfaction.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of October, 2008, at Chicago, Illinois.

By /s/ George C. Koutouras
George C. Koutouras

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

94851-001\DOCS_NY:16679.4

# **PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

  I, Sophia L. Lee, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

  On October 2, 2008, I caused to be served the **DECLARATION OF GEORGE C. KOUTOURAS IN SUPPORT OF DEBTORS' OPPOSITION TO: (A) MOTION OF THE AD HOC GROUP OF NOTEHOLDERS FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE, OR, ALTERNATIVELY, DIRECTING BOTH (I) THE APPOINTMENT OF AN EXAMINER FOR CERTAIN SPECIFIED PURPOSES AND (II) THE TERMINATION OF THE DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE AND CONFIRM A PLAN; AND (B) MOTION TO TERMINATE OR REDUCE THE DEBTORS' EXCLUSIVITY PERIOD** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by _____ to the addressee(s) as indicated on the attached list.

  I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

  Executed on October 2, 2008, at Los Angeles, California.

/s/ Sophia L. Lee
Sophia L. Lee

DOCS_LA:181779.1

In re Woodside Group, LLC
Case No. 6:08-bk-20682 PC

Debtor
Leonard K. Arave
Woodside Group LLC
39 East Eagleridge Drive, Suite 102
N. Salt Lake, UT 84054

Elizabeth Lossing
Offices of the United States Trustee
3685 Main Street, Ste. 300
Riverside, CA 92501
E-mail: Elizabeth.Lossing@usdoj.gov

**Parties Requesting Special Notice
By Mail or E-mail**

Attys for Travelers Casualty and Surety Co.
Chad Schexnayder
Jennings, Haug & Cunningham
2800 N. Central Ave., Suite 1800
Phoenix, AZ 85004
E-mail: CLS@jhc-law.com

Attys for Travelers Casualty and Surety Co.
Robert C. Niesley/Kirsten Roe
Watt, Tieder, Hoffar & Fitzgerald, LLC
2040 Main St, Ste. 300
Irvine, CA 92615
E-mail: rniesley@wthf.com

A Murphy Ranch, LLC
c/o Bruce R. Corbett, Esq.
Corbett, Steelman & Specter
18200 Von Karman Ave., Ste. 900
Irvine, CA 92612-900

A Murphy Ranch, LLC
c/o Richard Whitney
Brookfield Homes
12865 Pointe Del Mar, Ste. 200
Del Mar, CA 92014

A Murphy Ranch, LLC
c/o William Seith
Brookfield Homes
Calif. Customer Care
1522 Brookhollow Dr., Ste. #1
Santa Ana, CA 92705

Counsel to KeyBank National Association
Marc S. Cohen, Esq./Steven F. Werth, Esq.
Kaye Scholer, LLP
1999 Avenue of the Stars, Ste. 1700
Los Angeles, CA 90067
E-mail: marccohen@kayescholer.com

Counsel to Stock Building Supply
Scott E. Blakely, Esq.
Blakeley & Blakeley
1000 Quail Street, Suite 200
Newport Beach, CA 92660
E-mail: seb@bandlaw.com

JP Morgan Chase Bank, N.A.
c/o Donald L. Gaffney, Esq.
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

Counsel to Strategic Land Advisors, Inc.
Robert P. Goe, Esq.
Goe & Forsythe, LLP
660 Newport Center Dr., Ste. 320
Newport Beach, CA 92660
E-mail: rgoe@goeforlaw.com

Counsel to Ad Hoc C'tee of Noteholders
Michael a. Sherman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., Ste. 4400
Los Angeles, CA 90071
E-mail: Michael.sherman@bingham.com

Counsel to Bank of America
Alan H. Martin, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
E-mail: amartin@sheppardmullin.com

Counsel to Griffith Company
Donald E. Bradley/Donna B. Noushkam
Musick, Peeler & Garrett LLP
650 Town Center Dr., Ste. 1200
Costa Mesa, CA 92626
E-mail: d.bradley@mpglaw.com

Counsel for Quip-Con, Inc. and Perrault Corporation
Jon F. Gauthier
Marks, Golia & Finch, LLP
3900 Harvey Street, 1st Floor
San Diego, CA 92110-2825

Primeshares World Markets, LLC
Primeshares
Attn: RVS
261 Fifth Ave., 22nd Floor
New York, NY 10016
E-mail: ksync@primeshares.com

**Parties Requesting Special Notice via ECF Notification**

Attorneys for Bank of America
Richard W. Brunette
Sheppard Mullin Richter & Hampton

Kelly C. Griffith, Esq.
Harris Beach, PPLC

Dennis G. Bezanson
Best Best & Krieger, LLP

Franklin C. Adams
Best Best & Krieger, LLP

Curt Todd
Lottner Rubin Fishman Brown & Saul, P.C.

**Creditors Holding 20 Largest Unsecured Claims**

JP Morgan Chase Bank, NA
Attn: Dept. AZ1-1328
201 North Central Avenue, 14th Floor
Phoenix, AZ 55004

Bank of America
Real Estate Managed Assets
201 E. Washington Street
Phoenix, AZ 85004

Alliance Capital Management Corp.
1345 Avenue of the Americas, 39th Flr.
New York, NY 10105

Metropolitan Life Insurance Company
Investments
10 Park Avenue
P.O. Box 1902
Morristown, NJ 07962

John Hancock Life Insurance Co.
Attn: Isaac Epps
197 Clarendon Street C-2
Boston, MA 02117

The Guardian Life Insurance Company of America
7 Hanover Square
New York, NY 10004-2616

Guaranty Bank
Corporate Lending Headquarters
8333 Douglas Avenue
Dallas, TX 75225

Hare & Co.
c/o The Bank of NY
P.O. Box 11203
New York, NY 10286

Bank of the West
Real Estate Managed Asset Department
3000 Oak Road, Suite 400
Walnut Creek, CA 94597

Union Bank of California, N.A.
Special Assets Dept. – Attn: Joel Steiner
445 South Figueroa St., 4th Floor
Los Angeles, CA 90071

Himefish Co
c/o State Street Bank and Trust
PO Box 5756
Boston, MA 02206

John Hancock Life Insurance Company USA
John Hancock Pl
200 Clarendon St
Boston, MA 02117

Manulife Insurance Company
fka Investors Partner Life Insurance Company
John Hancock Pl
200 Clarendon St
Boston, MA 02117

Brian O'Connor
First Bank

Wachovia Bank NA
Washcovia Capital Markets, LLC
Attn: Kathy Harkness
301 South College Street, NC0537
Charlotte, NC 28288

Washington Mutual Bank
Corporate Headquarters
1301 Second Avenue
Seattle, WA 98101

Keybank NA
Corporate Headquarters
127 Public Square
Cleveland, OH 44144

Regions Bank (successor by merger to AmSouth Bank)
Special Assets Dept. – Attn: Carl Ferris
Mail Stop BH10701B
1901 6th Avenue North
Birmingham, AL 35203

Wells Fargo Bank NA
Attn: Loan Adjustment Group
MAC U1228-062
299 South Main Street, 6th Floor
Salt Lake City, UT 84111

AXA Equitable Life Insurance Co
Neville Hemmings
1290 Ave of the Americas 12th Fl
New York, NY 10104

Snell & Wilmer LLP
Michael B Reynolds & Eric S Pezold
600 Anton Blvd Ste 1400
Costa Mesa, CA 92626
mreynolds@swlaw.com;
epezold@swlaw.com

John Hancock Variable Life Insurance Co
John Hancock Life Insurance Company
Bond and Corporate Finance Group
197 Clarendon St
Boston, MA 02117

Metropolitan Life Insurance Company
1 MetLife Plaza
27 01 Queens Plaza North
Long Island City, NY 11101

New England Life Insurance Company
c/o Metropolitan Life Insurance Company
1 MetLife Plaza
27 01 Queens Plaza North
Long Island City, NY 11101

ING Investment Management LLC
5780 Powers Ferry Rd. NW #300
Atlanta, GA 30327-4349

US Bank, NA
US Bankcorp Center
800 Nicollet Mall
Minneapolis, MN 55402

New York Life Insurance co.
c/o New York Life Investment Mgmt.
51 Madison Ave.
New York, NY 10010

Metropolitan Life insurance Company of Ct.
10 Park Avenue
P.O. Box 1902
Morristown, NJ 07962

CUNA Mutual Life Insurance Society
Attn: Managing Director – Investments
5910 Mineral Point Road
Madison, WI 53705

Bingham McCutchen LLP
Michael Reilly Esq & Mark W Deveno Esq
399 Park Ave
New York, NY 10022-4689
michael.reilly@bingham.com;
mark.deveno@bingham.com

John Hancock Life Insurance Co
General Account
John Hancock Pl
200 Clarendon St
Boston, MA 02117

JPMorgan Chase
Outsourcing Dept
4 New York Plaza
11th Fl Dept 6583
New York, NY 10004

National Benefit Life Insurance Co
Attn Private Placements 7th Fl
242 Trumbull St
Hartford, CT 06115-0449

Ohio National Life Assurance Corporation
Attn Investment Dept
PO Box 237
Cincinnati, OH 45201

Primerica Life Insurance Company
Attn Private Placements 7th Fl
242 Trumbull St
Hartford, CT 06115-0449

Riverside County Treasurer
PO Box 12005
Riverside, CA 92502-2205

Security Financial Life Insurance Co
4000 Pine Lake Rd
PO Box 82248
Lincoln, NE 68501-2248

Security Life of Denver Insurance Company
Mike Lisenby
c/o ING Investment Management LLC
5780 Powers Ferry Rd NW Ste 300
Atlanta, GA 30327-4349

State of California
Thomas P O'Brien
3880 Lemon St Ste 210
Riverside, CA 92501

The Ohio National Life Insurance Company
Attn Investment Dept
One Financial Way
Cincinnati, OH 45242

The Ohio National Life Insurance Company
Attn Investment Dept
PO Box 237
Cincinnati, OH 45201

The Travelers Insurance Company
Attn Private Placements 7th Fl
242 Trumbull St
PO Box 150449
Hartford, CT 06115-0449

The Travelers Insurance Company
c/o Metropolitan Life Ins Co
10 Park Ave
PO Box 1902
Morristown, NJ 07962

Comerica Bank
Cynthia B Jones
500 Woodward Ave 4th Fl
Detroit, ,MI 48226

Compass Bank
Corporate Headquarters
15 South 20th St
Birmingham, AL 35233

Suntrust Bank
Corporate Headquarters
303 Peachtree St NE
Atlanta, GA 30308

First Commercial Bank
New York Agency
750 3rd Ave 34th Floor
New York, NY 10017

Callister Nebeker & McCullough
Jeffery L Shields Esq
Zions Bank Building Ste 900
10 East South Temple
Salt Lake City, UT 84133
jlshields@cnmlaw.com

Pillsbury Winthrop Shaw Pittman LLP
Mark D Houle Esq
650 Town Center Dr Ste 700
Costa Mesa, CA 92626-7122
mark.houle@pillsburylaw.com

Bingham McCutchen LLP
Jonathan B Alter
One State St
Hartford, CT 06103-3178
jonathan.alter@bingham.com

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Securities and Exchange Commission
5670 Wilshire Blvd 11th Fl
Los Angeles, CA 90036

United States Department of Justice
Attorney General
Ben Franklin Station
PO Box 683
Washington, DC 20044

United States Attorneys Office
Civil Process Clerk
Federal Building Room 7516
300 North Los Angeles St
Los Angeles, CA 90012

Acacia Bank
Rob Jacobs
7600 Leesburg Pike East Building Ste 200
Falls Church, VA 22043

AKT Investments
Mark Enes
7700 College Town Dr Ste 101
Sacramento, CA 95826

Alameda Investments LLC
Leonard K Arave
39 E Eagleridge Dr Ste 102
N Salt Lake, UT 84054

Ballard Spahr Andrews & Ingersoll LLP
Richard Perelman
1735 Market St
Philadelphia, PA 19103-7599

Bank of America NA
Ronald V Montoro Senior VP
450 B Street Ste 620
San Diego, CA 92101

Beazer Holdings Corp
Bill June President
9121 West Russell Road Ste 200
Las Vegas, NV 89148

Beretta Property Management / VINTACO
David Beretta Director of Real Estate
39560 Stevenson Place Ste 118
Freemont, CA 94539

Bilzin Sumberg Baena Price & Axelrod
Brian Bilzin
2500 Wachovia Financial Center
Miami, FL 33131

Brookfield Homes
Richard T Whitney
12865 Pointe Del Mar Ste 200
Del Mar, CA 92014

Brookfield Homes Corporation
Dennis J Chapman
1522 Brookhollow Dr Ste 1
Santa Ana, CA 92705

Coleman-Toll Limited Partnership
Gary Mayo VP
1140 Town Center Dr Ste 350
Las Vegas, NV 89144

Colemant-Toll Bros Inc
Gary Mayo VP
1140 Town Center Dr Ste 350
Las Vegas, NV 89144

Comerica Bank
David J Lardner Senior VP
455 Capitol Mall Ste 310
MC 4202
Sacramento, CA 95814

Daro Ventures LLC
Dale Francescon
Robert J Francescon
5975 Greenwood Plaza Blvd Ste 105
Greenwood Village, CO 80111

Amy Klarer VP Appraisal Review
11901 Olive Blvd
Creve Coeur, MO 63141

Focus / Kyle Acquisition Group LLC
John Ritter
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89189

Focus Property Group
I Scott Bogatz General Counsel
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89129

Focus South Group LLC
John Ritter
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89189

Guarontor
Christo D Bardis
10630 Mather Blvd
Sacramento, CA 95655

Holland & Knight LLP
John R Nyweide
131 S Dearborn St 30th Fl
Chicago, IL 60603

Honigman Miller Schwartz and Cohn LLP
Thomas E Przybylski
2290 First National Bldg
660 Woodward Ave
Detroit, MI 48226-3506

JAS Development / Sioukas Investments
Dean Sioukas
2277 Fairoaks Blvd Ste 295
Sacramento, CA 95825

JPMorgan Chase Bank NA
John McDonagh
277 Park Ave 8th Fl
New York, NY 10172

KB Home
Christopher Stephens
5655 Badura Ave
Las Vegas, NV 89118

KB Home
Kelly M Allred
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

KB Home
Tony Richelieu
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

KB Home
William R Hollinger
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

KB Home Nevada Inc
James Widner
5655 Badura Ave
Las Vegas, NV 89118

KB Home Nevada Inc
James Widner
5644 Badura Ave
Las Vegas, NV 89118

KB Homes Nevada Inc
Don Delgiorno Division President
5655 Badura Ave
Las Vegas, NV 89118

Kimball Hill Homes Nevada Inc
Stan Gutshall
8 Sunset Way Ste 101
Henderson , NV 89014

Kimball Hill Homes of Nevada Inc
Gary Kazio VP Community Development
8965 South Eastern Ave Ste 200
Las Vegas, NV 89183

Kimball Hill Inc
Hal H Barber
5999 New Wilke Rd Ste 504
Rolling Meadows, IL 60008

Kimball Hills Homes of Nevada Inc
Stan Gutshall
8 Sunset Way Ste 101
Henderson, NV 89014

Kummer Kaempfer Bonner & Renshaw
John C Jeppsen
3800 Howard Hughes Pkwy Seventh Fl
Las Vegas, NV 89109

Lennar
Dustin Barker VP Finance
10345 Professional Circle Ste 100
Reno, NV 89521

Lennar Communities Nevada LLC
Edward Gierman
25 Enterprise
Aliso Viejo, CA 92656

Lennar Communities of Nevada LLC
Jeremy Parness Division President
2920 N Green Valley Pkwy Ste 811
Henderson, NV 89014

Lennar Corporation
Edward Gierman
25 Enterprise
Aliso Viejo, CA 92656

Lennar Corporation
Treasury
25 Enterprise
Aliso Viejo, CA 92656

Lennar Reno LLC
Larry Gualco
10345 Professional Circle Ste 100
Reno, NV 89521

LW D'Andrea LLC
Joy Condon
25 Enterprise
Aliso Viejo, CA 92656

Meritage Homes Corporation
Larry W Seay
8501 E Princess Dr Ste 290
Scottsdale, AZ 85255

Meritage Homes of Nevada
Robb Beville Division President
5555 West Badura Ave Ste 120
Las Vegas, NV 89118

Morrison & Foerster LLP
Thoma R Fileti
555 W Fifth St
Los Angeles, CA 90013-1024

MTH-Homes Nevada Inc
Robert M Beville
555 Went Badura Ave Ste 120
Las Vegas, NV 89118

Pardee Homes of Nevada
Klif Andrews Division President
650 White Dr Ste 100
Las Vegas, NV 89119

PN II Inc
Bruce E Robinson
100 Bloomfield Hill Pkwy No 300
Bloomfield Hills, MI 48304

PN II Inc
John Cahlan
1635 Village Center Circle Ste 250
Las Vegas, NV 89134

Premier Homes
Kevin Yttrup
8205 Sierra College Blvd Ste 100
Roseville, CA 95661

Pulte Homes Inc
Bruce E Robinson
100 Bloomfield Hill Pkwy No 300
Bloomfield Hills, MI 48304

Reyen & Bardis (Placer 356) LP
John Reynen
9848 Business Park Dr Ste H
Sacramento CA 95827

Rice Silbey Reuther & Sullivan
Renee R Reuther
3960 Howard Hughes Pkwy Ste 700
Las Vegas, NV 89109

Rice Silbey Reuther & Sullivan LLP
Stephen M Sullivan
3960 Howard Hughes Pkwy Ste 700
Las Vegas, NV 89109

River West Investments Inc
Brian Vail
3001 "I" Street Ste 200
Sacramento, CA 95816

Ryland Homes Nevada LLC
Cathey S Lowe
24025 Park Sorrento Ste 400
Calabasas, CA 91302

Sacramento Valley View
Eric Gragg
12401 Folsom Blvd Ste 303
Rancho Cordova, CA 95742

Shulz Ranch Developers LLC
Joy Condon
25 Enterpise
Aliso Viejo, CA 92656

Simpson Thacher & Barlett LLP
Peter V Pantaleo
425 Lexington Ave 12th Fl
New York, NY 10017

SKK Developments
Sotiris K Kolokotronis
730 Alhambra Blvd Ste 222
Sacramento, CA 95816

Slenker Communities
William Slenker
6225 Brandon Ave Ste 260
Springfield, VA 22150

Standard Pacific Corp
August Belmont
255 East Rincon Street Ste 200
Corona, CA 92879

Standard Pacific Homes
Jon Nicholson
2240 Douglas Boulevard Ste 200
Roseville, CA 95661

The Ryland Group Inc
Cathey S Lowe
24025 Park Sorrento Ste 400
Calabasas, CA 91302

The Ryland Group Inc
Timothy J Geckle
24025 Park Sorrento Ste 400
Calabasas, CA 91302

Toll Brothers Inc
Ann Marie Mitchell
250 Gibraltar Rd
Horsham, PA 19044

Toll Brothers Inc
Mark J Warshauer VP
250 Gibraltar Rd
Horsham, PA 19044

Union Bank of California
Joel Steiner VP
445 South Figueroa St
Los Angeles, CA 90071

US Bank National Association
Michelle Pearce VP
170 South Main Ste 600
Salt Lake City, UT 84101

Wachovia Bank NA / Real Estate Financial Services
Elena Bennett Senior VP
18300 Von Karman Ave Ste 450
Irvine, CA 92612

Wachovia Bank Nation Association
C Mark Hedrick
301 South Tryon St
Charlotte, NC 28288

Wayne Farnsworth
39 E Eagleridge Dr Ste 102
N Salt Lake, UT 84054

Woodside Group Inc
Leonard K Arave
39 E Eagleridge Dr Ste 102
N Salt Lake, UT 84054

Woodside R&B 356 LP
John Reynen
9848 Business Park Dr Ste H
Sacramento, CA 95827

American Equity Investment Life Insurance
5000 Westown Pkwy Ste 440
West De Moines, IA 50266

American Family Life Insurance Co
6000 American Pkwy
Madison, WI 53783

Assurity Life Insurance Company
4000 Pine Lake Rd
Lincoln, NE 68516

Chimefish Company
c/o State St Bank & Trust
Box 5756
Boston, MA 02206

CUMIS Insurance Society
c/o CUMIS Mutual Ins Society
Attn Managing Director Investments
5910 Mineral Point Rd
Madison, WI 53705

Invester Partner Life
200 Clarendon St
Boston, MA 02117

Invester Partner Life Insurance Co
200 Clarendon St
Boston, MA 02117

John Hancock Life Insurance Company
197 Clarendon St C 2
Boston, MA 02117

John Hancock Life Insurance Company USA
197 Clarendon St C 2
Boston, MA 02117

John Hancock Life Variable Insurance Co
197 Clarendon St C 2
Boston, MA 02117

John Hancock Variable Life
197 Clarendon St C 2
Boston, MA 02117

JP Morgan Securities
270 Park Ave
New York, NY 10017

Members Life Insurance Company
5910 Mineral Point Rd
Madison, WI 53705

Met Life and Annuity Company of Ct
10 Park Ave
PO Box 1902
Morristown, NJ 07962

National Benefit Life Insurance Company
One Financial Plaza 13th Fl
Hartford, CT 06103

Nationwide Annuity
One Nationwide Plaza
Columbus, OH 43215

Nationwide Life
One Nationwide Plaza
Columbus, OH 43215

Nationwide Life Insurance Company
One Nationwide Plaza
Columbus, OH 43215

Nationwide Life Insurance Company Life and Annuity
One Nationwide Plaza
Columbus, OH 43215

Nationwide Life of America
One Nationwide Plaza
Columbus, OH 43215

Nationwide Multiple
One Nationwide Plaza
Columbus, OH 43215

Nationwide Mutual
One Nationwide Plaza
Columbus, OH 43215

New York Life Insurance & Annuity Corp
51 Madison Ave
New York, NY 10010

Ohio National
One Financial Way
Cincinnati, OH 45202

Ohio National Life
One Financial Way
Cincinnati, OH 45202

| | | |
|---|---|---|
| Ohio National Life Assurance Corporation<br>One Financial Way<br>Cincinnati, OH 45202 | Primerica<br>One Financial Plaza 13th Floor<br>Hartford, CT 06103 | Scottsdale Insurance Company<br>One Nationwide Plaza<br>Columbus, OH 43215 |
| TCI-MGA10 Park Ave<br>PO Box 1902<br>Morristown, NJ 07962 | TLAC-MGA10 Park Ave<br>PO Box 1902<br>Morristown, NJ 07962 | Travelers Insurance Company<br>10 Park Ave<br>PO Box 1902<br>Morristown, NJ 07962 |
| State of California Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | State of California Franchise Tax Board<br>Attn Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 | JP Morgan Chase Bank NA Admin Agent<br>Attn Jerri Hunt<br>80 W Broadway<br>Executive Offices UT1 7600<br>Salt Lake City, UT 84101 |
| Adams Bros Interiors of Nevada<br>PO Box 51916 Unit A<br>Los Angeles. CA 90051-6216<br>gtorchia@clopay.com | Bair's Carpet Valley Inc<br>7465 W Sunset Rd Ste 1200<br>Las Vegas, NV 89113<br>llundmark@isidc.com | Banker Insulation<br>4730 Cecile Ave<br>Las Vegas, NV 89115 |
| BD Trim Co Inc<br>6270 Kimberly Ave Ste B<br>Las Vegas, NV 89122 | Cabinet West Distributors<br>150 Cassia Way No 100<br>Henderson, NV 89014 | Creative Touch Interiors Inc<br>6480 Cameron St Ste 303<br>Las Vegas, NV 89118<br>rob_talkington@ctihome.com |
| Floors by Design Inc<br>2043 West Lone Cactus Dr<br>Phoenix, AZ 85027-6832<br>teresastewart@floorsbydesign.biz | H & M Roofing Inc CNW<br>3189 Fitzgerald Rd<br>Rancho Cordova, CA 95742 | Houston Stafford Electric<br>451 Mark Leany Dr<br>Henderson, NV 89015 |
| Integrity Wall Systems LLC<br>1012 Sharp Circle<br>North Las Vegas, NV 89030 | Interior Specialists Inc<br>7465 W Sunset Rd Ste 1200<br>Las Vegas, NV 89113 | Interstate Plumbing & Air Conditioning<br>7201 W Post Rd<br>Las Vegas, NV 89113<br>andy@ipair.com |
| Jim Crawford Construction Co., Inc CFW<br>1189 Holbitt Ave<br>Clovis, CA 93612 | K Bell Plumbing<br>3476 W 4600 South<br>West Haven, UT 84401<br>kevin@kbell.biz<br>terry@kbell.biz<br>marilyn@kbell.biz | KBI Construction LLC<br>4339 Corporate Center Dr Ste 108<br>North Las Vegas, NV 89030 |
| Lake Las Vegas Properties LLC<br>1605 Lake Las Vegas Pkwy<br>Henderson, NV 89011 | Landscape Services Inc<br>PO Box 270698<br>Las Vegas, NV 89106-0698<br>702-386-5477<br>702-2515972<br>brian.mcbride@landserv.com | Las Vegas Rock Inc<br>PO Box 19118<br>Jean, NV 89019<br>702-791-7625<br>702-896-4533 |
| Lunas Construction Clean Up<br>4830 E Cartier Ave<br>Las Vegas, NV 891155 | M G Building Materials<br>2651 SW Military Dr<br>San Antonio, TX 78224<br>mpalacios@mgbuildingmaterials.com | MCH Electric Inc (CBW)<br>31084 S Hwy 33<br>Tracy, CA 95304 |

| | | |
|---|---|---|
| Red Rock Insulation<br>5810 S Wynn Rd<br>Las Vegas, NV 891183 | Roadrunner Drywall – NEVADA<br>4025 East Post Rd<br>Las Vegas, NV 89120 | SelectBuild Nevada Inc (Windows)<br>4339 Corporate Center Dr No 108<br>North Las Vegas, NV 89030 |
| Three G Construction<br>1820 E Deer Valley Rd<br>Phoenix, AZ 85024<br>woodside.starts@3-gconstruction.com | Zions First National Bank<br>Doug Gray<br>1 South Main Ste 1340<br>Salt Lake City, UT 84118 | Zions First National Bank<br>Jared Geisler<br>310 South Main St 14th Fl<br>Salt Lake City, UT 84101<br>jared.geisler@zionsbank.com |