Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
jrichards@pszjlaw.com
lcantor@pszjlaw.com
mlitvak@pszjlaw.com

[Proposed] Attorneys for the Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>WOODSIDE GROUP, LLC, et al.,[1]<br><br>Debtors.<br><br><br>☒   Affects ALL DEBTORS | Chapter 11<br>6:08-bk-20682-PC (Jointly Administered)<br><br>**DEBTORS' OBJECTIONS TO AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF DEWEY IMHOFF IN SUPPORT OF THE AD HOC GROUP OF NOTEHOLDERS FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE, OR, ALTERNATIVELY, DIRECTING BOTH (I) THE APPOINTMENT OF AN EXAMINER FOR CERTAIN SPECIFIED PURPOSES AND (II) THE TERMINATION OF THE DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE AND CONFIRM A PLAN**<br><br><u>Hearing Information</u><br><br>Date:    October 14, 2008<br>Time:   9:30 a.m.<br>Place:   Courtroom 304<br>           United States Bankruptcy Court<br>           3420 Twelfth Street<br>           Riverside, CA 92501<br>Judge:  Honorable Peter H. Carroll |

---

[1] *See Notice Identifying Jointly Administered Debtors* setting forth all alleged debtors and debtors in possession in these jointly administered cases and their respective tax identification numbers [Docket No. 32].

94851-004\DOCS_NY:16672.1

Woodside Group, LLC et al., the debtors and debtors in possession in the above-captioned case (the "Debtors") hereby object to, and move to strike, certain portions of the Declaration of Dewey Imhoff in Support of Motion of the Ad Hoc Group of Noteholders for Entry of an Order Directing the Appointment of a Chapter 11 Trustee, or, Alternatively, Directing both (I) The Appointment of an Examiner for Certain Specified Purposes and (II) the Termination of the Debtors' Exclusive Periods in which to File and Confirm a Plan ("Declaration") on the following grounds, pursuant to the Federal Rules of Evidence and other applicable law, as identified below:

| | Objectionable text and/or Exhibit | Legal Objection(s) |
|---|---|---|
| 1. | **Paragraph 6, lines 12-16:**<br><br>"Based upon a review of applicable Credit Agreement documents, I believe the Debtors began to suffer defaults under the Credit Agreement in October of 2007. As of December 31, 2007, the Debtors began to breach certain financial covenants applicable to the Notes. Tri-party restructuring discussions began in December of 2007." | F.R.E. 402:<br><br>The conclusory allegations that the Debtors began to "suffer defaults" under the Credit Agreement and "began to breach certain financial covenants" under the Notes are too vague and amorphous to be probative of any facts or issues to be determined at the evidentiary hearing. |
| 2. | **Paragraph 7, lines 17-21:**<br><br>"Approximately 90% of the equity interests in Woodside Group are owned by some combination of Ezra K. Nilson, his family and certain family trusts. The remainder of such interests are held by certain managers of the | F.R.E. 602:<br><br>There is no evidence that Mr. Imhoff has any personal knowledge as to the ownership structure of the Woodside Group. |

| | | |
|---|---|---|
| | Debtors (collectively, together with the Nilson's, the "Equity Holders")." | |
| 3. | **Paragraph 11, lines 9-14:** "During the course of restructuring discussions, the Debtors indicated that they would likely be writing down the value of certain assets from a financial accounting perspective. In June of 2008, Woodside Group produced its consolidated financial statements for the period ending December 31, 2007, which report contained a write down of assets by approximately $384 million." | **F.R.E 602:** There is no evidence that Mr. Imhoff has personal knowledge as to the "restructuring discussions" he refers to. |
| 4. | **Paragraph 12, lines 15-21:** "Based on a review of corporate records provided by the Debtors, I believe the Debtors consummated a corporate reorganization on July 25, 2008 (the "Tax Reorganization"). Among the documents I have reviewed from the Debtors is an Ernst & Young engagement letter dated May 1, 2008. To the best of my knowledge, the Debtors did not disclose the consummation of the Tax Reorganization to the Noteholders, the Bank Lenders or their restructuring professionals." | **F.R.E. 602:** There is no evidence that Mr. Imhoff has personal knowledge as to whether the Debtors "consummated a corporate reorganization on July 25, 2008." **F.R.E. 402:** The statement that the "Debtors did not disclose the consummation of the Tax Reorganization to the Noteholders, the Bank lenders or their restructuring professionals" is irrelevant. |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | | |
|---|---|---|
| 5. | **Paragraph 14, lines 25-27:**<br><br>"I have reviewed the E&Y Presentation provided to the Noteholders after the filing of the bankruptcy cases. The first page of the E&Y Presentation reads as follows:<br><br>**Purpose**<br><br>To convert Woodside Group Inc. (an S-corporation) into a limited liability company, which will trigger ordinary loss, in the S-corporation, due to high-basis, low value assets that will be completely liquidated to the shareholders." | **F.R.E. 802:**<br><br>The E&Y Presentation is being cited for the truth of the matter asserted and is otherwise inadmissible hearsay. |
| 6. | **Paragraph 16, lines 8-18:**<br><br>"Based upon my review of the E&Y Presentation, I believe that the Equity Holders will likely argue that Section 331 of the Internal Revenue Code treats Woodside Group's conversion to an LLC as a taxable corporate liquidation. According to the E&Y Presentation, under Section 336 of the Internal Revenue Code, Woodside Group will be treated as having sold its assets for an amount equal to the greater of their fair market value or the total outstanding intercompany debt. And, according to the E&Y Presentation, any loss so recognized will be passed through for the benefit of the Equity Holders. The E&Y | **F.R.E. 602:**<br><br>There is no evidence that Mr. Imhoff has any personal knowledge with respect to what the Equity Holders "will likely argue."<br><br>**F.R.E. 702:**<br><br>There is no evidence that Mr. Imhoff possesses a greater degree of knowledge, skill, training or education than the Court to "interpret" the E&Y Presentation. |

| | | |
|---|---|---|
| | Presentation also outlines, with a focus on capital losses for the Equity Holders, the impact of the transaction on the Equity Holders' basis in their Woodside Group shares." | |
| 7. | **Paragraph 17, lines 19-21:**<br><br>"Based on my review of drafts provided by the Debtors, the E&Y Presentation appears to have been first produced in June of 2008. Based on my review of the E&Y Presentation, I believe the E&Y Presentation is silent on the issue of bankruptcy tax planning." | **F.R.E. 402:**<br><br>The date on which the E&Y Presentation was "first produced" is irrelevant.<br><br>**F.R.E. 402:**<br><br>The issue of whether the E&Y Presentation was "silent" as to bankruptcy tax planning is irrelevant to any issue that must be determined by the Court.<br><br>**F.R.E. 602:**<br><br>There is no evidence that Mr. Imhoff has any personal knowledge regarding the communications between E&Y and the Debtors on the issue of bankruptcy tax planning. |
| 8. | **Paragraph 18, lines 22-23:**<br><br>"Although the bulk of Woodside Group's subsidiaries and affiliates are guarantors of the obligations owing to the Noteholders, certain | **F.R.E. 602:**<br><br>There is no evidence that Mr. Imhoff has any personal knowledge regarding the (a) management of the Debtors and the Non- |

| | | |
|---|---|---|
| | of them are not. Each of the guarantors is currently a Debtor before this Court, whereas the approximately 25 entities that do not guarantee the Notes are not debtors at this time (the "Non-Debtor Affiliates"). To the best of my knowledge, there is significant overlapping management between the Debtors and the Non-Debtor Affiliates. To the best of my knowledge, based on summaries provided by the Debtors, intercompany debt obligations run in favor of the Debtors from certain of the Non-Debtor Affiliates. To the best of my knowledge, the Debtors provide services and corporate overhead to the Non-Debtor Affiliates that result in continuing claims against such Non-Debtor Affiliates." | Debtor Affiliates; (b) intercompany debt obligations; or (c) provision of services and overhead between and among Debtors and Non-Debtor Affiliates.<br><br>**F.R.E. 402:**<br><br>The allegations concerning (a) management of the Debtors and the Non-Debtor Affiliates; (b) intercompany debt obligations; or (c) provision of services and overhead between and among Debtors and Non-Debtor Affiliates are irrelevant.<br><br>**F.R.E. 702:**<br><br>There is no evidence that Mr. Imhoff possesses a greater degree of knowledge, skill, experience, training or education than the Court to "interpret" the "summaries" referred to by Mr. Imhoff. |
| 9. | **Paragraph 19, lines 4-12:**<br><br>Based upon my review of loan documents provided by the Debtors, I believe that six of those Non-Debtor Affiliates (the "Zions Borrowers") are subject to a loan agreement with Zions First National Bank ("Zions" or "Zions Bank"). Post-petition disclosures | **F.R.E. 402:**<br><br>The Debtors' claimed failure to disclose to the Noteholders the transfer of assets is irrelevant.<br><br>**F.R.E. 602, 702:**<br><br>There is no evidence that Mr. Imhoff has |

| related to these entities have revealed transfers of assets to these entities from guarantors of the Notes, which transfers were not disclosed to the Noteholders prior to the bankruptcy petitions. To the best of my knowledge, based on summaries provided by the Debtors, the assets so transferred can be valued between $13 million and $30 million. | any personal knowledge as to the value of any assets transferred, nor is there any indication that Mr. Imhoff is an expert in valuing such assets. |
|---|---|

Dated:   October 2, 2008

PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ Jeremy V. Richards*
    Jeremy V. Richards
    Linda F. Cantor
    Maxim B. Litvak
    [Proposed] Attorneys for the Debtors and
    Debtors in Possession

# **PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                                              )
COUNTY OF LOS ANGELES   )

I, Sophia L. Lee, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

On October 2, 2008, I caused to be served the **DEBTORS' OBJECTIONS TO AND MOTION TO STRIKE CERTAIN PORTIONS OF THE DECLARATION OF DEWEY IMHOFF IN SUPPORT OF THE AD HOC GROUP OF NOTEHOLDERS FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE, OR, ALTERNATIVELY, DIRECTING BOTH (I) THE APPOINTMENT OF AN EXAMINER FOR CERTAIN SPECIFIED PURPOSES AND (II) THE TERMINATION OF THE DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE AND CONFIRM A PLAN** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) By sending by           to the addressee(s) as indicated on the attached list.

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on October 2, 2008, at Los Angeles, California.

/s/ Sophia L. Lee
Sophia L. Lee

DOCS_LA:181779.1

In re Woodside Group, LLC
Case No. 6:08-bk-20682 PC

**Parties Requesting Special Notice
By Mail or E-mail**

A Murphy Ranch, LLC
c/o Bruce R. Corbett, Esq.
Corbett, Steelman & Specter
18200 Von Karman Ave., Ste. 900
Irvine, CA 92612-900

Counsel to KeyBank National Association
Marc S. Cohen, Esq./Steven F. Werth, Esq.
Kaye Scholer, LLP
1999 Avenue of the Stars, Ste. 1700
Los Angeles, CA 90067
E-mail: marccohen@kayescholer.com

Counsel to Strategic Land Advisors, Inc.
Robert P. Goe, Esq.
Goe & Forsythe, LLP
660 Newport Center Dr., Ste. 320
Newport Beach, CA 92660
E-mail: rgoe@goeforlaw.com

Counsel to Griffith Company
Donald E. Bradley/Donna B. Noushkam
Musick, Peeler & Garrett LLP
650 Town Center Dr., Ste. 1200
Costa Mesa, CA 92626
E-mail: d.bradley@mpglaw.com

**Parties Requesting Special Notice via
ECF Notification**

Dennis G. Bezanson
Best Best & Krieger, LLP

**Creditors Holding 20 Largest Unsecured
Claims**

Alliance Capital Management Corp.
1345 Avenue of the Americas, 39th Flr.
New York, NY 10105

Debtor
Leonard K. Arave
Woodside Group LLC
39 East Eagleridge Drive, Suite 102
N. Salt Lake, UT 84054

Attys for Travelers Casualty and Surety Co.
Chad Schexnayder
Jennings, Haug & Cunningham
2800 N. Central Ave., Suite 1800
Phoenix, AZ 85004
E-mail: CLS@jhc-law.com

A Murphy Ranch, LLC
c/o Richard Whitney
Brookfield Homes
12865 Pointe Del Mar, Ste. 200
Del Mar, CA 92014

Counsel to Stock Building Supply
Scott E. Blakely, Esq.
Blakeley & Blakeley
1000 Quail Street, Suite 200
Newport Beach, CA 92660
E-mail: seb@bandlaw.com

Counsel to Ad Hoc C'tee of Noteholders
Michael a. Sherman, Esq.
Bingham McCutchen LLP
355 South Grand Ave., Ste. 4400
Los Angeles, CA 90071
E-mail: Michael.sherman@bingham.com

Counsel for Quip-Con, Inc. and Perrault
Corporation
Jon F. Gauthier
Marks, Golia & Finch, LLP
3900 Harvey Street, 1st Floor
San Diego, CA 92110-2825

Attorneys for Bank of America
Richard W. Brunette
Sheppard Mullin Richter & Hampton

Franklin C. Adams
Best Best & Krieger, LLP

JP Morgan Chase Bank, NA
Attn: Dept. AZ1-1328
201 North Central Avenue, 14th Floor
Phoenix, AZ 55004

Metropolitan Life Insurance Company
Investments
10 Park Avenue
P.O. Box 1902
Morristown, NJ 07962

Elizabeth Lossing
Offices of the United States Trustee
3685 Main Street, Ste. 300
Riverside, CA 92501
E-mail: Elizabeth.Lossing@usdoj.gov

Attys for Travelers Casualty and Surety Co.
Robert C. Niesley/Kirsten Roe
Watt, Tieder, Hoffar & Fitzgerald, LLC
2040 Main St, Ste. 300
Irvine, CA 92615
E-mail: rniesley@wthf.com

A Murphy Ranch, LLC
c/o William Seith
Brookfield Homes
Calif. Customer Care
1522 Brookhollow Dr., Ste. #1
Santa Ana, CA 92705

JP Morgan Chase Bank, N.A.
c/o Donald L. Gaffney, Esq.
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202

Counsel to Bank of America
Alan H. Martin, Esq.
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
E-mail: amartin@sheppardmullin.com

Primeshares World Markets, LLC
Primeshares
Attn: RVS
261 Fifth Ave., 22nd Floor
New York, NY 10016
E-mail: ksync@primeshares.com

Kelly C. Griffith, Esq.
Harris Beach, PPLC

Curt Todd
Lottner Rubin Fishman Brown & Saul, P.C.

Bank of America
Real Estate Managed Assets
201 E. Washington Street
Phoenix, AZ 85004

John Hancock Life Insurance Co.
Attn: Isaac Epps
197 Clarendon Street C-2
Boston, MA 02117

The Guardian Life Insurance Company of
America
7 Hanover Square
New York, NY 10004-2616

Guaranty Bank
Corporate Lending Headquarters
8333 Douglas Avenue
Dallas, TX 75225

Hare & Co.
c/o The Bank of NY
P.O. Box 11203
New York, NY 10286

Bank of the West
Real Estate Managed Asset Department
3000 Oak Road, Suite 400
Walnut Creek, CA 94597

Union Bank of California, N.A.
Special Assets Dept. – Attn: Joel Steiner
445 South Figueroa St., 4th Floor
Los Angeles, CA 90071

Himefish Co
c/o State Street Bank and Trust
PO Box 5756
Boston, MA 02206

John Hancock Life Insurance Company
USA
John Hancock Pl
200 Clarendon St
Boston, MA 02117

Manulife Insurance Company
fka Investors Partner Life Insurance
Company
John Hancock Pl
200 Clarendon St
Boston, MA 02117

Brian O'Connor
First Bank

Wachovia Bank NA
Washcovia Capital Markets, LLC
Attn: Kathy Harkness
301 South College Street, NC0537
Charlotte, NC 28288

Washington Mutual Bank
Corporate Headquarters
1301 Second Avenue
Seattle, WA 98101

Keybank NA
Corporate Headquarters
127 Public Square
Cleveland, OH 44144

Regions Bank (successor by merger to
AmSouth Bank)
Special Assets Dept. – Attn: Carl Ferris
Mail Stop BH10701B
1901 6th Avenue North
Birmingham, AL 35203

Wells Fargo Bank NA
Attn: Loan Adjustment Group
MAC U1228-062
299 South Main Street, 6th Floor
Salt Lake City, UT 84111

AXA Equitable Life Insurance Co
Neville Hemmings
1290 Ave of the Americas 12th Fl
New York, NY 10104

Snell & Wilmer LLP
Michael B Reynolds & Eric S Pezold
600 Anton Blvd Ste 1400
Costa Mesa, CA 92626
mreynolds@swlaw.com;
epezold@swlaw.com

John Hancock Variable Life Insurance Co
John Hancock Life Insurance Company
Bond and Corporate Finance Group
197 Clarendon St
Boston, MA 02117

Metropolitan Life Insurance Company
1 MetLife Plaza
27 01 Queens Plaza North
Long Island City, NY 11101

New England Life Insurance Company
c/o Metropolitan Life Insurance Company
1 MetLife Plaza
27 01 Queens Plaza North
Long Island City, NY 11101

ING Investment Management LLC
5780 Powers Ferry Rd. NW #300
Atlanta, GA 30327-4349

US Bank, NA
US Bankcorp Center
800 Nicollet Mall
Minneapolis, MN 55402

New York Life Insurance co.
c/o New York Life Investment Mgmt.
51 Madison Ave.
New York, NY 10010

Metropolitan Life insurance Company of
Ct.
10 Park Avenue
P.O. Box 1902
Morristown, NJ 07962

CUNA Mutual Life Insurance Society
Attn: Managing Director – Investments
5910 Mineral Point Road
Madison, WI 53705

Bingham McCutchen LLP
Michael Reilly Esq & Mark W Deveno Esq
399 Park Ave
New York, NY 10022-4689
michael.reilly@bingham.com;
mark.deveno@bingham.com

John Hancock Life Insurance Co
General Account
John Hancock Pl
200 Clarendon St
Boston, MA 02117

JPMorgan Chase
Outsourcing Dept
4 New York Plaza
11th Fl Dept 6583
New York, NY 10004

National Benefit Life Insurance Co
Attn Private Placements 7th Fl
242 Trumbull St
Hartford, CT 06115-0449

Ohio National Life Assurance Corporation
Attn Investment Dept
PO Box 237
Cincinnati, OH 45201

Primerica Life Insurance Company
Attn Private Placements 7th Fl
242 Trumbull St
Hartford, CT 06115-0449

Riverside County Treasurer
PO Box 12005
Riverside, CA 92502-2205

Security Financial Life Insurance Co
4000 Pine Lake Rd
PO Box 82248
Lincoln, NE 68501-2248

Security Life of Denver Insurance Company
Mike Lisenby
c/o ING Investment Management LLC
5780 Powers Ferry Rd NW Ste 300
Atlanta, GA 30327-4349

State of California
Thomas P O'Brien
3880 Lemon St Ste 210
Riverside, CA 92501

The Ohio National Life Insurance Company
Attn Investment Dept
One Financial Way
Cincinnati, OH 45242

The Ohio National Life Insurance Company
Attn Investment Dept
PO Box 237
Cincinnati, OH 45201

The Travelers Insurance Company
Attn Private Placements 7th Fl
242 Trumbull St
PO Box 150449
Hartford, CT 06115-0449

The Travelers Insurance Company
c/o Metropolitan Life Ins Co
10 Park Ave
PO Box 1902
Morristown, NJ 07962

Comerica Bank
Cynthia B Jones
500 Woodward Ave 4th Fl
Detroit, ,MI 48226

Compass Bank
Corporate Headquarters
15 South 20th St
Birmingham, AL 35233

Suntrust Bank
Corporate Headquarters
303 Peachtree St NE
Atlanta, GA 30308

First Commercial Bank
New York Agency
750 3rd Ave 34th Floor
New York, NY 10017

Callister Nebeker & McCullough
Jeffery L Shields Esq
Zions Bank Building Ste 900
10 East South Temple
Salt Lake City, UT 84133
jlshields@cnmlaw.com

Pillsbury Winthrop Shaw Pittman LLP
Mark D Houle Esq
650 Town Center Dr Ste 700
Costa Mesa, CA 92626-7122
mark.houle@pillsburylaw.com

Bingham McCutchen LLP
Jonathan B Alter
One State St
Hartford, CT 06103-3178
jonathan.alter@bingham.com

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Securities and Exchange Commission
5670 Wilshire Blvd 11th Fl
Los Angeles, CA 90036

United States Department of Justice
Attorney General
Ben Franklin Station
PO Box 683
Washington, DC 20044

United States Attorneys Office
Civil Process Clerk
Federal Building Room 7516
300 North Los Angeles St
Los Angeles, CA 90012

Acacia Bank
Rob Jacobs
7600 Leesburg Pike East Building Ste 200
Falls Church, VA 22043

AKT Investments
Mark Enes
7700 College Town Dr Ste 101
Sacramento, CA 95826

Alameda Investments LLC
Leonard K Arave
39 E Eagleridge Dr Ste 102
N Salt Lake, UT 84054

Ballard Spahr Andrews & Ingersoll LLP
Richard Perelman
1735 Market St
Philadelphia, PA 19103-7599

Bank of America NA
Ronald V Montoro Senior VP
450 B Street Ste 620
San Diego, CA 92101

Beazer Holdings Corp
Bill June President
9121 West Russell Road Ste 200
Las Vegas, NV 89148

Beretta Property Management / VINTACO
David Beretta Director of Real Estate
39560 Stevenson Place Ste 118
Freemont, CA 94539

Bilzin Sumberg Baena Price & Axelrod
Brian Bilzin
2500 Wachovia Financial Center
Miami, FL 33131

Brookfield Homes
Richard T Whitney
12865 Pointe Del Mar Ste 200
Del Mar, CA 92014

Brookfield Homes Corporation
Dennis J Chapman
1522 Brookhollow Dr Ste 1
Santa Ana, CA 92705

| | | |
|---|---|---|
| Coleman-Toll Limited Partnership<br>Gary Mayo VP<br>1140 Town Center Dr Ste 350<br>Las Vegas, NV 89144 | Colemant-Toll Bros Inc<br>Gary Mayo VP<br>1140 Town Center Dr Ste 350<br>Las Vegas, NV 89144 | Comerica Bank<br>David J Lardner Senior VP<br>455 Capitol Mall Ste 310<br>MC 4202<br>Sacramento, CA 95814 |
| Daro Ventures LLC<br>Dale Francescon<br>Robert J Francescon<br>5975 Greenwood Plaza Blvd Ste 105<br>Greenwood Village, CO 80111 | Amy Klarer VP Appraisal Review<br>11901 Olive Blvd<br>Creve Coeur, MO 63141 | Focus / Kyle Acquisition Group LLC<br>John Ritter<br>3455 Cliff Shadows Pkwy Ste 220<br>Las Vegas, NV 89189 |
| Focus Property Group<br>I Scott Bogatz General Counsel<br>3455 Cliff Shadows Pkwy Ste 220<br>Las Vegas, NV 89129 | Focus South Group LLC<br>John Ritter<br>3455 Cliff Shadows Pkwy Ste 220<br>Las Vegas, NV 89189 | Guarontor<br>Christo D Bardis<br>10630 Mather Blvd<br>Sacramento, CA 95655 |
| Holland & Knight LLP<br>John R Nyweide<br>131 S Dearborn St 30th Fl<br>Chicago, IL 60603 | Honigman Miller Schwartz and Cohn LLP<br>Thomas E Przybylski<br>2290 First National Bldg<br>660 Woodward Ave<br>Detroit, MI 48226-3506 | JAS Development / Sioukas Investments<br>Dean Sioukas<br>2277 Fairoaks Blvd Ste 295<br>Sacramento, CA 95825 |
| JPMorgan Chase Bank NA<br>John McDonagh<br>277 Park Ave 8th Fl<br>New York, NY 10172 | KB Home<br>Christopher Stephens<br>5655 Badura Ave<br>Las Vegas, NV 89118 | KB Home<br>Kelly M Allred<br>10990 Wilshire Blvd 7th Fl<br>Los Angeles, CA 90024 |
| KB Home<br>Tony Richelieu<br>10990 Wilshire Blvd 7th Fl<br>Los Angeles, CA 90024 | KB Home<br>William R Hollinger<br>10990 Wilshire Blvd 7th Fl<br>Los Angeles, CA 90024 | KB Home Nevada Inc<br>James Widner<br>5655 Badura Ave<br>Las Vegas, NV 89118 |
| KB Home Nevada Inc<br>James Widner<br>5644 Badura Ave<br>Las Vegas, NV 89118 | KB Homes Nevada Inc<br>Don Delgiorno Division President<br>5655 Badura Ave<br>Las Vegas, NV 89118 | Kimball Hill Homes Nevada Inc<br>Stan Gutshall<br>8 Sunset Way Ste 101<br>Henderson, NV 89014 |
| Kimball Hill Homes of Nevada Inc<br>Gary Kazio VP Community Development<br>8965 South Eastern Ave Ste 200<br>Las Vegas, NV 89183 | Kimball Hill Inc<br>Hal H Barber<br>5999 New Wilke Rd Ste 504<br>Rolling Meadows, IL 60008 | Kimball Hills Homes of Nevada Inc<br>Stan Gutshall<br>8 Sunset Way Ste 101<br>Henderson, NV 89014 |
| | Kummer Kaempfer Bonner & Renshaw<br>John C Jeppsen<br>3800 Howard Hughes Pkwy Seventh Fl<br>Las Vegas, NV 89109 | Lennar<br>Dustin Barker VP Finance<br>10345 Professional Circle Ste 100<br>Reno, NV 89521 |
| Lennar Communities Nevada LLC<br>Edward Gierman<br>25 Enterprise<br>Aliso Viejo, CA 92656 | Lennar Communities of Nevada LLC<br>Jeremy Parness Division President<br>2920 N Green Valley Pkwy Ste 811<br>Henderson, NV 89014 | Lennar Corporation<br>Edward Gierman<br>25 Enterprise<br>Aliso Viejo, CA 92656 |

Lennar Corporation
Treasury
25 Enterprise
Aliso Viejo, CA 92656

Lennar Reno LLC
Larry Gualco
10345 Professional Circle Ste 100
Reno, NV 89521

LW D'Andrea LLC
Joy Condon
25 Enterprise
Aliso Viejo, CA 92656

Meritage Homes Corporation
Larry W Seay
8501 E Princess Dr Ste 290
Scottsdale, AZ 85255

Meritage Homes of Nevada
Robb Beville Division President
5555 West Badura Ave Ste 120
Las Vegas, NV 89118

Morrison & Foerster LLP
Thoma R Fileti
555 W Fifth St
Los Angeles, CA 90013-1024

MTH-Homes Nevada Inc
Robert M Beville
555 Went Badura Ave Ste 120
Las Vegas, NV 89118

Pardee Homes of Nevada
Klif Andrews Division President
650 White Dr Ste 100
Las Vegas, NV 89119

PN II Inc
Bruce E Robinson
100 Bloomfield Hill Pkwy No 300
Bloomfield Hills, MI 48304

PN II Inc
John Cahlan
1635 Village Center Circle Ste 250
Las Vegas, NV 89134

Premier Homes
Kevin Yttrup
8205 Sierra College Blvd Ste 100
Roseville, CA 95661

Pulte Homes Inc
Bruce E Robinson
100 Bloomfield Hill Pkwy No 300
Bloomfield Hills, MI 48304

Reyen & Bardis (Placer 356) LP
John Reynen
9848 Business Park Dr Ste H
Sacramento CA 95827

Rice Silbey Reuther & Sullivan
Renee R Reuther
3960 Howard Hughes Pkwy Ste 700
Las Vegas, NV 89109

Rice Silbey Reuther & Sullivan LLP
Stephen M Sullivan
3960 Howard Hughes Pkwy Ste 700
Las Vegas, NV 89109

River West Investments Inc
Brian Vail
3001 "I" Street Ste 200
Sacramento, CA 95816

Ryland Homes Nevada LLC
Cathey S Lowe
24025 Park Sorrento Ste 400
Calabasas, CA 91302

Sacramento Valley View
Eric Gragg
12401 Folsom Blvd Ste 303
Rancho Cordova, CA 95742

Shulz Ranch Developers LLC
Joy Condon
25 Enterpise
Aliso Viejo, CA 92656

Simpson Thacher & Barlett LLP
Peter V Pantaleo
425 Lexington Ave 12th Fl
New York, NY 10017

SKK Developments
Sotiris K Kolokotronis
730 Alhambra Blvd Ste 222
Sacramento, CA 95816

Slenker Communities
William Slenker
6225 Brandon Ave Ste 260
Springfield, VA 22150

Standard Pacific Corp
August Belmont
255 East Rincon Street Ste 200
Corona, CA 92879

Standard Pacific Homes
Jon Nicholson
2240 Douglas Boulevard Ste 200
Roseville, CA 95661

The Ryland Group Inc
Cathey S Lowe
24025 Park Sorrento Ste 400
Calabasas, CA 91302

The Ryland Group Inc
Timothy J Geckle
24025 Park Sorrento Ste 400
Calabasas , CA 91302

Toll Brothers Inc
Ann Marie Mitchell
250 Gibraltar Rd
Horsham, PA 19044

Toll Brothers Inc
Mark J Warshauer VP
250 Gibraltar Rd
Horsham, PA 19044

Union Bank of California
Joel Steiner VP
445 South Figueroa St
Los Angeles, CA 90071

US Bank National Association
Michelle Pearce VP
170 South Main Ste 600
Salt Lake City, UT 84101

Wachovia Bank NA / Real Estate Financial Services
Elena Bennett Senior VP
18300 Von Karman Ave Ste 450
Irvine, CA 92612

Wachovia Bank Nation Association
C Mark Hedrick
301 South Tryon St
Charlotte, NC 28288

Wayne Farnsworth
39 E Eagleridge Dr Ste 102
N Salt Lake, UT 84054

Woodside Group Inc
Leonard K Arave
39 E Eagleridge Dr Ste 102
N Salt Lake, UT 84054

Woodside R&B 356 LP
John Reynen
9848 Business Park Dr Ste H
Sacramento, CA 95827

American Equity Investment Life Insurance
5000 Westown Pkwy Ste 440
West De Moines, IA 50266

American Family Life Insurance Co
6000 American Pkwy
Madison, WI 53783

Assurity Life Insurance Company
4000 Pine Lake Rd
Lincoln, NE 68516

Chimefish Company
c/o State St Bank & Trust
Box 5756
Boston, MA 02206

CUMIS Insurance Society
c/o CUMIS Mutual Ins Society
Attn Managing Director Investments
5910 Mineral Point Rd
Madison, WI 53705

Invester Partner Life
200 Clarendon St
Boston, MA 02117

Invester Partner Life Insurance Co
200 Clarendon St
Boston, MA 02117

John Hancock Life Insurance Company
197 Clarendon St C 2
Boston, MA 02117

John Hancock Life Insurance Company USA
197 Clarendon St C 2
Boston, MA 02117

John Hancock Life Variable Insurance Co
197 Clarendon St C 2
Boston, MA 02117

John Hancock Variable Life
197 Clarendon St C 2
Boston, MA 02117

JP Morgan Securities
270 Park Ave
New York, NY 10017

Members Life Insurance Company
5910 Mineral Point Rd
Madison, WI 53705

Met Life and Annuity Company of Ct
10 Park Ave
PO Box 1902
Morristown, NJ 07962

National Benefit Life Insurance Company
One Financial Plaza 13th Fl
Hartford, CT 06103

Nationwide Annuity
One Nationwide Plaza
Columbus, OH 43215

Nationwide Life
One Nationwide Plaza
Columbus, OH 43215

Nationwide Life Insurance Company
One Nationwide Plaza
Columbus, OH 43215

Nationwide Life Insurance Company Life and Annuity
One Nationwide Plaza
Columbus, OH 43215

Nationwide Life of America
One Nationwide Plaza
Columbus, OH 43215

Nationwide Multiple
One Nationwide Plaza
Columbus, OH 43215

Nationwide Mutual
One Nationwide Plaza
Columbus, OH 43215

New York Life Insurance & Annuity Corp
51 Madison Ave
New York, NY 10010

Ohio National
One Financial Way
Cincinnati, OH 45202

Ohio National Life
One Financial Way
Cincinnati, OH 45202

Ohio National Life Assurance Corporation
One Financial Way
Cincinnati, OH 45202

Primerica
One Financial Plaza 13th Floor
Hartford, CT 06103

Scottsdale Insurance Company
One Nationwide Plaza
Columbus, OH 43215

TCI-MGA10 Park Ave
PO Box 1902
Morristown, NJ 07962

TLAC-MGA10 Park Ave
PO Box 1902
Morristown, NJ 07962

Travelers Insurance Company
10 Park Ave
PO Box 1902
Morristown, NJ 07962

State of California Employment
Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

State of California Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

JP Morgan Chase Bank NA Admin Agent
Attn Jerri Hunt
80 W Broadway
Executive Offices UT1 7600
Salt Lake City, UT 84101

Adams Bros Interiors of Nevada
PO Box 51916 Unit A
Los Angeles. CA 90051-6216
gtorchia@clopay.com

Bair's Carpet Valley Inc
7465 W Sunset Rd Ste 1200
Las Vegas, NV 89113
llundmark@isidc.com

Banker Insulation
4730 Cecile Ave
Las Vegas, NV 89115

BD Trim Co Inc
6270 Kimberly Ave Ste B
Las Vegas, NV 89122

Cabinet West Distributors
150 Cassia Way No 100
Henderson, NV 89014

Creative Touch Interiors Inc
6480 Cameron St Ste 303
Las Vegas, NV 89118
rob_talkington@ctihome.com

Floors by Design Inc
2043 West Lone Cactus Dr
Phoenix, AZ 85027-6832
teresastewart@floorsbydesign.biz

H & M Roofing Inc CNW
3189 Fitzgerald Rd
Rancho Cordova, CA 95742

Houston Stafford Electric
451 Mark Leany Dr
Henderson, NV 89015

Integrity Wall Systems LLC
1012 Sharp Circle
North Las Vegas, NV 89030

Interior Specialists Inc
7465 W Sunset Rd Ste 1200
Las Vegas, NV 89113

Interstate Plumbing & Air Conditioning
7201 W Post Rd
Las Vegas, NV 89113
andy@ipair.com

Jim Crawford Construction Co., Inc CFW
1189 Holbitt Ave
Clovis, CA 93612

K Bell Plumbing
3476 W 4600 South
West Haven, UT 84401
kevin@kbell.biz
terry@kbell.biz
marilyn@kbell.biz

KBI Construction LLC
4339 Corporate Center Dr Ste 108
North Las Vegas, NV 89030

Landscape Services Inc
PO Box 270698
Las Vegas, NV 89106-0698
702-386-5477
702-2515972
brian.mcbride@landserv.com

Lake Las Vegas Properties LLC
1605 Lake Las Vegas Pkwy
Henderson, NV 89011

Las Vegas Rock Inc
PO Box 19118
Jean, NV 89019
702-791-7625
702-896-4533

Lunas Construction Clean Up
4830 E Cartier Ave
Las Vegas, NV 891155

M G Building Materials
2651 SW Military Dr
San Antonio, TX 78224
mpalacios@mgbuildingmaterials.com

MCH Electric Inc (CBW)
31084 S Hwy 33
Tracy, CA 95304

| | | |
|---|---|---|
| Red Rock Insulation<br>5810 S Wynn Rd<br>Las Vegas, NV 891183 | Roadrunner Drywall – NEVADA<br>4025 East Post Rd<br>Las Vegas, NV 89120 | SelectBuild Nevada Inc (Windows)<br>4339 Corporate Center Dr No 108<br>North Las Vegas, NV 89030 |
| Three G Construction<br>1820 E Deer Valley Rd<br>Phoenix, AZ 85024<br>woodside.starts@3-gconstruction.com | Zions First National Bank<br>Doug Gray<br>1 South Main Ste 1340<br>Salt Lake City, UT 84118 | Zions First National Bank<br>Jared Geisler<br>310 South Main St 14th Fl<br>Salt Lake City, UT 84101<br>jared.geisler@zionsbank.com |