FILED
NOV - 3 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
NOV - 3 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>WOODSIDE GROUP, LLC, et. al.,<br><br><br><br><br><br><br><br><br><br><br>Debtors. | Case No. 6:08-bk-20682-PC<br>(Jointly Administered)<br>Chapter 11<br><br>ORDER ON THE MOTION OF THE AD HOC GROUP OF NOTEHOLDERS FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE OR, ALTERNATIVELY, DIRECTING BOTH (I) THE APPOINTMENT OF AN EXAMINER FOR CERTAIN SPECIFIED PURPOSES AND (II) THE TERMINATION OF THE DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE AND CONFIRM A PLAN<br><br>Date: November 3, 2008<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom # 304<br>3420 Twelfth Street<br>Riverside, CA 92501 |

On the above captioned date and time, the court held a continued hearing on the Motion of the Ad Hoc Group of Noteholders for Entry of an Order Directing the Appointment of a Chapter 11 Trustee, or, Alternatively, Directing Both (I) the Appointment of an Examiner for Certain Specified Purposes and (II) the Termination of the Debtors' Exclusive Periods in Which to File and Confirm a Plan ("Motion"). Appearances were entered on the record. Based upon findings of fact and conclusions of law stated on the record pursuant to F.R.Civ.P. 52(a)(1), as incorporated into FRBP 7052 and applied to contested matters through FRBP 9014(c), it is

ORDERED that the Ad Hoc Group of Noteholders' motion to appoint a chapter 11 trustee is denied without prejudice; and it is further

ORDERED that the Ad Hoc Group of Noteholders' motion to appoint an examiner in these jointly administered cases is granted pursuant to 11 U.S.C. § 1104(c)(1) & (2); and it is further

1  ORDERED that the United States trustee shall appoint forthwith a disinterested person as
2  examiner in these jointly administered cases to investigate:

3  1.  Whether Woodside Group or its creditors have any cognizable claims against Woodside Group's senior managers and/or its shareholders, including but not
4  limited to, any claim for breach of fiduciary duty, attributable to the conversion of Woodside Group, Inc. from a subchapter S corporation to a limited liability
5  company on July 25, 2008, which triggered a write down of its remaining assets by approximately $500 million, including the question of whether the acceleration
6  of loss triggered by the Woodside conversion on July 25, 2008, should be unwound before December 31, 2008, to reinstate and preserve a basis of
7  approximately $500 million in the assets of Woodside Group; and

8  2.  Whether Woodside Group or its creditors have any cognizable claim against the shareholders with respect to the original distributions made to shareholders in
9  2006 and 2007 in order to pay the shareholders' "pass through" tax liabilities;

10  and it is further

11  ORDERED that the examiner is directed to file a statement of the investigation
12  conducted, including any fact ascertained during the course and scope of the above investigation
13  pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the
14  management of the affairs of the Debtors, not later than December 15, 2008; and it is further

15  ORDERED that the examiner shall transmit a copy of such statement to counsel for each
16  of the following not later than December 15, 2008: Debtors; JP Morgan Chase Bank, N.A., in its
17  own right and as administrative agent for various other lenders (collectively, the "Bank Group");
18  Ad Hoc Group of Noteholders; Official Committee of Unsecured Creditors; United States
19  trustee; and to such other entity as the court may by later order designate; and it is further

20  ORDERED that the examiner shall serve in these jointly administered cases until further
21  order of this court, and shall be compensated pursuant to application duly filed by the examiner
22  in accordance with the Bankruptcy Code and rules; and it is further

23  ORDERED that the Ad Hoc Group of Noteholders' motion to terminate the Debtors'
24  exclusive periods in which to file and confirm a plan is denied without prejudice.

25  Dated: November 3, 2008

26  PETER H. CARROLL
United States Bankruptcy Judge

27

- 2 -

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re WOODSIDE GROUP, LLC, et al., | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER RS 08-20682 PC |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*: ORDER ON THE MOTION OF THE AD HOC GROUP OF NOTEHOLDERS FOR ENTRY OF AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE OR, ALTERNATIVELY, DIRECTING BOTH (I) THE APPOINTMENT OF AN EXAMINER FOR CERTAIN SPECIFIED PURPOSES AND (II) THE TERMINATION OF THE DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE AND CONFIRM A PLAN

   was entered on *(specify date)*: NOV 03 2008

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: NOV 03 2008

Dated: NOV 03 2008

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

SERVICE LIST

Jeremy V. Richards
Linda F. Cantor
Maxim B. Litvak
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Elizabeth Lossing
United States Trustee
3685 Main Street, Ste. 300
Riverside, CA 92501

Jonathan B. Alter
Mark W. Deveno
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178

Suzy Li
Michael A. Sherman
Bingham McCutchen, LLP
355 S. Grand Ave., Ste. 4400
Los Angeles, CA 90071-3106

Donald L. Gaffney
Snell & Wilmer, L.L.P.
400 E. Van Buren
Phoenix, AZ 85004-2202

Michael B. Reynolds
Eric S. Pezold
Snell & Wilmer, L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689

Daniel J. Weintraub
James R. Selth
Cristopher Rahtz
Weintraub & Selth, APC
12424 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025

Tobias S. Keller
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

Angele Motlagh
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614

Jeffrey L. Shields
Steven L. Ingleby
Callister Nebeker & McCullough
Zions Bank Building, Suite 900
10 East South Temple
Salt Lake City, UT 84133

Mark Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122

Alan H. Martin
Stephanie M. Seidl
Sheppard Mullin Richter & Hampton, LLC
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993

Chad Schexnayder
Jennings, Haug & Cunningham
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004