Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
jrichards@pszjlaw.com
lcantor@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>WOODSIDE GROUP, LLC, et al.,[1]<br><br>Debtors.<br><br>☒ Affects ALL DEBTORS | Case No.: 6:08-bk-20682-PC<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF MOTION FOR ORDER: (A) APPROVING SUPPLEMENT TO DISCLOSURE STATEMENT WITH RESPECT TO AMENDED PLAN OF REORGANIZATION; AND (B) SETTING REVISED CONFIRMATION DATE, RELATED DEADLINES AND APPROVING NOTICE THEREOF**<br><br>Date: August 25, 2009<br>Time: 11:30 a.m.<br>Place: Courtroom 304<br>United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501-3819<br>Judge: Honorable Peter H. Carroll |

**TO ALL PARTIES IN INTEREST AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to an order shortening time granted on the record of proceedings held before the Court in this matter on August 17, 2009, please take notice that on August 25, 2009, at 11:30 a.m. or

---

[1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified on July 20, 2009, which is available for review on kccllc.net/woodside.

as soon thereafter as counsel may be heard in the courtroom of the Honorable Peter H. Carroll, United States Bankruptcy Court, Courtroom 304, 3420 Twelfth Street, Riverside, California 90251, a hearing will be held on the motion (the "Motion") of the Debtors for an order: (A) approving a Supplement to the Disclosure Statement with respect to an amended plan of reorganization; and (B) setting a revised confirmation date, related deadlines and approving notice thereof. Pursuant to the Motion, the Debtors will seek approval, pursuant to Bankruptcy Code section 1125, of a supplement to their previously approved Disclosure Statement, approving supplemental disclosures with respect to certain amendments to the Debtors' plan of reorganization herein, including an amendment to reflect an intercompany settlement by and between the Reorganizing Debtors, Liberty and Alameda.[2]

The Debtors intend to file the Motion and the Supplement as soon as reasonably practicable, but in any event prior to the hearing on the Motion. Parties in interest may assert objections to the Motion and the Supplement orally on the record at the hearing on the Motion.

Dated: August 21, 2009
PACHULSKI STANG ZIEHL & JONES LLP

/s/ Jeremy V. Richards
Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
Maxim B. Litvak (CA Bar No. 215852)
Attorneys for Debtors and Debtors in Possession

---

[2] All capitalized terms not otherwise defined herein shall have the meaning as set forth in the Debtors' previously approved Disclosure Statement.

DOCS_LA:206798.1          2

| In re:<br>**WOODSIDE GROUP, LLC, ET AL.**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-20682 (PC) Jointly Administered |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Blvd., Ste. 1100, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described **NOTICE OF MOTION FOR ORDER: (A) APPROVING SUPPLEMENT TO DISCLOSURE STATEMENT WITH RESPECT TO AMENDED PLAN OF REORGANIZATION; AND (B) SETTING REVISED CONFIRMATION DATE, RELATED DEADLINES AND APPROVING NOTICE THEREOF,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 21, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 21, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Peter H. Carroll
Central District of California
3420 Twelfth Street
Riverside, CA 92501-3819

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 21, 2009 | Diane H. Hinojosa | */s/ Diane H. Hinojosa* |
|---|---|---|
| *Date* | *Type Name:* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: **WOODSIDE GROUP, LLC, ET AL.** Debtor(s). | CHAPTER 11 CASE NUMBER 08-20682 (PC) Jointly Administered |
|---|---|

## ADDITIONAL SERVICE INFORMATION (if needed):

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

Franklin C Adams - franklin.adams@bbklaw.com
Jonathan B Alter - jonathan.alter@bingham.com
Wesley H Avery - wavery@rpmlaw.com
Julian K Bach - Julian@Jbachlaw.com
William Bates - bill.bates@bingham.com
Dennis G Bezanson - dennis.bezanson@bbklaw.com
Bradley D Blakeley - bblakeley@bandblaw.com
John A Boyd - fednotice@tclaw.net
Richard W Brunette - rbrunette@sheppardmullin.com
Michael E Busch - michael.busch@fnf.com
Frank Cadigan - frank.cadigan@usdoj.gov
Mark R Campbell - mcampbell@markcampbelllaw.com
Lawrence G Campitiello - campitiello@shlaw.com, cannone@shlaw.com
Linda F Cantor - lcantor@pszjlaw.com, lcantor@pszjlaw.com
Shawn M Christianson - cmcintire@buchalter.com
Marc S Cohen - mcohen@kayescholer.com
Michael S Cryan - cryan.michael@arentfox.com
Ashleigh A Danker - adanker@kayescholer.com
Brian L Davidoff - bdavidoff@rutterhobbs.com
G Larry Engel - lengel@mofo.com
Christine R Etheridge - christine.etheridge@ikonfin.com
Kathryn F Evans - kevans@stutman.com
Jerome Bennett Friedman - jfriedman@hkemlaw.com
Donald L Gaffney - dgaffney@swlaw.com
Lauren N Gans - lgans@stutman.com
Robert P Goe - kmurphy@goeforlaw.com
Richard H Golubow - pj@winthropcouchot.com
Kelly C Griffith - bkemail@harrisbeach.com
Harry D. Hochman - hhochman@pszjlaw.com, hhochman@pszjlaw.com
Mark D Houle - mark.houle@pillsburylaw.com
Gregory K Jones - gjones@stutman.com
Jason Jones - jjones@avatarlegal.com
Ivan L Kallick - ikallick@manatt.com, ihernandez@manatt.com
Mark J Krone - mk@amclaw.com
Leib M Lerner - leib.lerner@alston.com
William C Lewis - ecf@williamclewis.com
Susy Li - susy.li@bingham.com
Maxim B Litvak - mlitvak@pszyjw.com
Elizabeth A Lossing - elizabeth.lossing@usdoj.gov
Frank F McGinn - ffm@bostonbusinesslaw.com
David W. Meadows - david@davidwmeadowslaw.com
C John M Melissinos - jmelissinos@rutterhobbs.com, jreinglass@rutterhobbs.com
Craig Millet - cmillet@gibsondunn.com
Margreta M Morgulas - mmorgulas@stutman.com
Randall P Mroczynski - randym@cookseylaw.com
Avi Muhtar - amuhtar@stutman.com
Paul J Pascuzzi - ppascuzzi@ffwplaw.com
Eric S Pezold - epezold@swlaw.com, dlewis@swlaw.com
Mark D Poniatowski - ponlaw@ponlaw.com
Jeremy V Richards - jrichards@pszjlaw.com, bdassa@pszjlaw.com
Kirsten A Roe - kroe@wthf.com, dfunsch@wthf.com
Martha E Romero - Romero@mromerolawfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re:<br>**WOODSIDE GROUP, LLC, ET AL.** | Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-20682 (PC) Jointly Administered |
|---|---|---|

Anthony J Rothman - anthony@arothmanlaw.com
Chad L Schexnayder - cls@jhc-law.com, wm@jhc-law.com
Mark C Schnitzer - mschnitzer@rhlaw.com
Nathan A Schultz - schultzn@gtlaw.com
Stephanie M Seidl - sseidl@sheppardmullin.com
James R Selth - jim@wsrlaw.net
Mark A Serlin - mserlin@globelaw.com
Mark L Shaffer - shaffer@markshafferlaw.com
Curt Todd - ctodd@lrflegal.com, ewesselhoff@lrflegal.com
United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov
Andrea M Valdez - avaldez@fulbright.com
Annie Verdries - verdries@lbbslaw.com
Madeleine C Wanslee - mwanslee@gustlaw.com, rstein@gustlaw.com
George C Webster - gwebster@stutman.com
William E Winfield - wwinfield@nchc.com
Jasmin Yang - jyang@swlaw.com -

## II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL

*Joint Venture Parties*
**Acacia Bank**
Rob Jacobs
7600 Leesburg Pike East Building Ste 200
Falls Church, VA 22043

*Alameda Committee Members*
**AKT Investments**
Chris Donnelly CFO
7700 College Town Dr Ste 101
Sacramento, CA 92586

*Joint Venture Parties*
**AKT Investments**
Mark Enes
7700 College Town Dr Ste 101
Sacramento, CA 95826

*2002 List*
**Amy Klarer VP Appraisal Review**
11901 Olive Blvd
Creve Coeur, MO 63141

*Committee Member*
**AXA Equitable Life Insurance Co**
Neville Hemmings & Paul L Harinstein
1290 Ave of the Americas 12th Fl
New York, NY 10104

*Joint Venture Parties*
**Ballard Spahr Andrews & Ingersoll LLP**
Richard Perelman
1735 Market St
Philadelphia, PA 19103-7599

*Joint Venture Parties*
**Bank of America NA**
Ronald V Montoro Senior VP
450 B Street Ste 620
San Diego, CA 92101

*Committee Member*
**Bank of America NA**
Tamara A Frederick Senior VP
201 E Washington St 22nd Fl
Phoenix, AZ 85004

*Joint Venture Parties*
**Beazer Holdings Corp**
Bill June President
9121 West Russell Road Ste 200
Las Vegas, NV 89148

*Joint Venture Parties*
**Beretta Property Management / VINTACO Inc**
David Beretta Director of Real Estate
39560 Stevenson Place Ste 118
Freemont, CA 94539

*Joint Venture Parties*
**Bilzin Sumberg Baena Price & Axelrod LLP**
Brian Bilzin
2500 Wachovia Financial Center
Miami, FL 33131

*Woodside AMR 107 & Woodside Portofino Voluntaries - Counsel to Ad Hoc Committee of Noteholders*
**Bingham McCutchen LLP**
Michael A Sherman
355 South Grand Ave Ste 4400
Los Angeles, CA 90071-3106

*Joint Venture Parties*
**Brookfield Homes**
Richard T Whitney
12865 Pointe Del Mar Ste 200
Del Mar, CA 92014

*2002 List - Woodside Involuntaries - A Murphy Ranch, LLC*
**Brookfield Homes**
Richard Whitney
12865 Pointe Del Mar Ste 200
Del Mar, CA 92014

*2002 List - Woodside Involuntaries - A Murphy Ranch, LLC*
**Brookfield Homes California Customer Care**
William Seith
1522 Brookhollow Dr Ste 1
Santa Ana, CA 92705

*Alameda Committee Members*
**Brookfield Homes Corporation**
Bill Seith Executive Vice President
1522 Brookhollow Dr Ste 1
Santa Ana, CA 92705

*Joint Venture Parties*
**Brookfield Homes Corporation**
Dennis J Chapman
1522 Brookhollow Dr Ste 1
Santa Ana, CA 92705

*2002 List - Counsel for Oracle USA, Inc. ("Oracle") and Oracle Credit Corporation*
**Buchalter Nemer A Professional Corporation**
Shawn M Christianson Esq
333 Market St 25th Fl
San Francisco, CA 94105-2126

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                 **F 9013-3.1**

| In re: **WOODSIDE GROUP, LLC, ET AL.** | Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-20682 (PC) Jointly Administered |
|---|---|---|

*Counsel for Zion's Bank*
**Callister Nebeker & McCullough**
Jeffery L Shields Esq
Zions Bank Building Ste 900
10 East South Temple
Salt Lake City, UT 84133

*2002 List - Counsel for City of Henderson, Nevada*
**City of Henderson**
Shauna M Hughes Esq
240 Water St MSC 144
Henderson, NV 89015

*Joint Venture Parties*
**Coleman-Toll Limited Partnership**
Gary Mayo VP
1140 Town Center Dr Ste 350
Las Vegas, NV 89144

*Joint Venture Parties*
**Colemant-Toll Bros Inc**
Gary Mayo VP
1140 Town Center Dr Ste 350
Las Vegas, NV 89144

*Joint Venture Parties*
**Comerica Bank**
David J Lardner Senior VP
455 Capitol Mall Ste 310
MC 4202
Sacramento, CA 95814

*2002 List - Counsel for MCH Electric, Inc.*
**Felderstein Fitzgerald Willoughby & Pascuzzi LLP**
Holly A Estioko
400 Capitol Mall Ste 1450
Sacramento, CA 95814

*Joint Venture Parties*
**First Bank & Trust**
Liz Van De Vanter Senior Vice President
16900 Goldenwest St
Huntington Beach, CA 92647

*Joint Venture Parties*
**Focus / Kyle Acquisition Group LLC**
John Ritter
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89189

*Joint Venture Parties*
**Focus Property Group**
I Scott Bogatz General Counsel
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89129

*Joint Venture Parties*
**Focus South Group LLC**
John Ritter
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89189

*2002 List - Counsel for JPMorgan Chase Bank NA*
**Fulbright & Jaworski LLP**
Louis R Strubeck & Kristian W Gluck Esq
2200 Ross Ave Ste 2800
Dallas, TX 75201

*Woodside AMR 107 & Woodside Portofino Voluntaries - Counsel to Strategic Land Advisors, Inc.*
**Goe & Forsythe LLP**
Robert P Goe Esq
18101 Von Karman Ave Ste 510
Irvine, CA 92612

*Joint Venture Parties*
**Guarontor**
Christo D Bardis
10630 Mather Blvd
Sacramento, CA 95655

*2002 List - Class Counsel for Class Representatives in the Class Action Case of In re Kitec Fitting Litigation*
**Harrison Kemp Jones & Coulthard**
J Randall Jones Esq & William L Coulthard Esq
3800 Howard Hughes Pkwy 17th Fl
Las Vegas, NV 89169

*2002 List - Counsel for Ezra Nelson, Leonard Arave and Scott Nelson*
**Hatch James & Dodge**
Mark F James & Gary A Dodge
10 West Broadway Ste 400
Salt Lake City, UT 84101

*Joint Venture Parties*
**Holland & Knight LLP**
John R Nyweide
131 S Dearborn St 30th Fl
Chicago, IL 60603

*Joint Venture Parties*
**Honigman Miller Schwartz and Cohn LLP**
Thomas E Przybylski
2290 First National Bldg
660 Woodward Ave
Detroit, MI 48226-3506

*Federal Agencies - Internal Revenue Service*
**Internal Revenue Service**
PO Box 21126
Philadelphia, PA 19114

*Joint Venture Parties*
**JAS Development / Sioukas Investments**
Dean Sioukas
2277 Fairoaks Blvd Ste 295
Sacramento, CA 95825

*Committee Member*
**John Hancock Life Insurance Company**
Willma H Davis Senior Managing Director
197 Clarendon St
Boston, MA 02117

*Counsel for KB Home Nevada, Inc*
**Jones Day**
John H Chase
2727 N Harwood St
Dallas, TX 75201

*Committee Member*
**JP Morgan Chase Bank NA**
Administrative Agent George W Buzz Welch Senior VP
201 S Main St Ste 300
Salt Lake City, UT 84111-2215

*Joint Venture Parties*
**JPMorgan Chase Bank NA**
John McDonagh
277 Park Ave 8th Fl
New York, NY 10172

*2002 List - Woodside Involuntaries - Counsel to KeyBank National Association*
**Kaye Scholer LLP**
Marc S Cohen Esq & Steven F Werth Esq
1999 Ave of the Stars Ste 1700
Los Angeles, CA 90067

*Joint Venture Parties*
**KB Home**
Christopher Stephens
5655 Badura Ave
Las Vegas, NV 89118

*Joint Venture Parties*
**KB Home**
Kelly M Allred
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

*Joint Venture Parties*
**KB Home**
Tony Richelieu
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                          **F 9013-3.1**

| In re:<br>**WOODSIDE GROUP, LLC, ET AL.** | Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-20682 (PC) Jointly Administered |
|---|---|---|

| *Joint Venture Parties*<br>**KB Home**<br>William R Hollinger<br>10990 Wilshire Blvd 7th Fl<br>Los Angeles, CA 90024 | *Joint Venture Parties*<br>**KB Home Nevada Inc**<br>James Widner<br>5655 Badura Ave<br>Las Vegas, NV 89118 | *Joint Venture Parties*<br>**KB Home Nevada Inc**<br>James Widner<br>5644 Badura Ave<br>Las Vegas, NV 89118 |
| *Joint Venture Parties*<br>**KB Homes Nevada Inc**<br>Don Delgiorno Division President<br>5655 Badura Ave<br>Las Vegas, NV 89118 | *2002 List - Counsel for Kimball Hill Homes*<br>**Kimball Hill Homes**<br>General Counsel<br>5999 New Wilke Rd<br>Building One<br>Rolling Meadows, IL 60008 | *Joint Venture Parties*<br>**Kimball Hill Inc**<br>Hal H Barber<br>5999 New Wilke Rd Ste 504<br>Rolling Meadows, IL 60008 |
| *Joint Venture Parties*<br>**Kummer Kaempfer Bonner & Renshaw**<br>John C Jeppsen<br>3800 Howard Hughes Pkwy Seventh Fl<br>Las Vegas, NV 89109 | *Joint Venture Parties*<br>**Lennar**<br>Dustin Barker VP Finance<br>10345 Professional Circle Ste 100<br>Reno, NV 89521 | *Alameda Committee Members*<br>**Lennar**<br>Isabel Allan Vice President<br>25 Enterprise<br>Aliso Viejo, CA 92656 |
| *Joint Venture Parties*<br>**Lennar Communities Nevada LLC**<br>Edward Gierman<br>25 Enterprise<br>Aliso Viejo, CA 92656 | *Joint Venture Parties*<br>**Lennar Communities of Nevada LLC**<br>Jeremy Parness Division President<br>700 NW 107th Ave Ste 400<br>Miami, FL 33172-3154 | *Counsel for Lennar Corporation*<br>**Lennar Corporation**<br>c o Melanie McCall Houk<br>25 Enterprise Dr<br>Aliso Viejo, CA 92656 |
| *Joint Venture Parties*<br>**Lennar Corporation**<br>Edward Gierman<br>25 Enterprise<br>Aliso Viejo, CA 92656 | *Joint Venture Parties*<br>**Lennar Corporation**<br>Treasury<br>25 Enterprise<br>Aliso Viejo, CA 92656 | *Joint Venture Parties*<br>**Lennar Reno LLC**<br>Larry Gualco<br>10345 Professional Circle Ste 100<br>Reno, NV 89521 |
| *2002 List - Counsel for Bexar County*<br>**Linebarger Goggan Blair & Sampson LLP**<br>David G Aelvoet<br>711 Navarro Ste 300<br>Travis Bldg<br>San Antonio, TX 78205 | *Joint Venture Parties*<br>**LW D'Andrea LLC**<br>Joy Condon<br>25 Enterprise<br>Aliso Viejo, CA 92656 | *Joint Venture Parties*<br>**Meritage Homes Corporation**<br>Larry W Seay<br>8501 E Princess Dr Ste 290<br>Scottsdale, AZ 85255 |
| *Joint Venture Parties*<br>**Meritage Homes of Nevada**<br>Robb Beville Division President<br>5555 West Badura Ave Ste 120<br>Las Vegas, NV 89118 | *Committee Member*<br>**Metlife Inc & Affiliates**<br>Claudia Cromie Director<br>10 Park Ave<br>Morristown, NJ 07962 | *Counsel for Charles County, Maryland*<br>**Meyers Rodbell & Rosenbaum PA**<br>M Evan Meyers<br>6801 Kenilworth Ave Ste 400<br>Riverdale, MD 20737-1385 |
| *Joint Venture Parties*<br>**MTH-Homes Nevada Inc**<br>Robert M Beville<br>555 Went Badura Ave Ste 120<br>Las Vegas, NV 89118 | *Counsel to Griffith Company*<br>**Musick Peeler & Garrett LLP**<br>Donald E Bradley & Donna B Noushkam<br>650 Town Center Dr Ste 1200<br>Costa Mesa, CA 92626 | *Joint Venture Parties*<br>**Pardee Homes of Nevada**<br>Klif Andrews Division President<br>650 White Dr Ste 100<br>Las Vegas, NV 89119 |
| *Joint Venture Parties*<br>**PN II Inc**<br>Bruce E Robinson<br>100 Bloomfield Hill Pkwy No 300<br>Bloomfield Hills, MI 48304 | *Joint Venture Parties*<br>**PN II Inc**<br>John Cahlan<br>8345 W Sunset Rd<br>Las Vegas, NV 89113-2092 | *Joint Venture Parties*<br>**Premier Homes**<br>Kevin Yttrup<br>8205 Sierra College Blvd Ste 100<br>Roseville, CA 95661 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| | | |
|---|---|---|
| In re:<br>**WOODSIDE GROUP, LLC, ET AL.**<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-20682 (PC) Jointly Administered | |

*Joint Venture Parties*
**Pulte Homes Inc**
Bruce E Robinson
100 Bloomfield Hill Pkwy No 300
Bloomfield Hills, MI 48304

*Joint Venture Parties*
**Reyen & Bardis (Placer 356) LP**
John Reynen
9848 Business Park Dr Ste H
Sacramento, CA 95827

*Joint Venture Parties*
**Rice Silbey Reuther & Sullivan**
Renee R Reuther
3960 Howard Hughes Pkwy Ste 700
Las Vegas, NV 89109

*Joint Venture Parties*
**Rice Silbey Reuther & Sullivan LLP**
Stephen M Sullivan
3960 Howard Hughes Pkwy Ste 700
Las Vegas, NV 89109

*Counsel for the Official Committee of Unsecured Creditors of Alameda Investments, LLC*
**Rutter Hobbs & Davidoff Inc**
Brian L Davidoff & C John M Melissinos
1901 Ave of the Stars Ste 1700
Los Angeles, CA 90067

*Joint Venture Parties*
**Ryland Homes Nevada LLC**
Cathey S Lowe
24025 Park Sorrento Ste 400
Calabasas, CA 91302

*Joint Venture Parties*
**Sacramento Valley View**
Eric Gragg
12401 Folsom Blvd Ste 303
Rancho Cordova, CA 95742

*Federal Agencies - Securities and Exchange Commission*
**Securities and Exchange Commission**
5670 Wilshire Blvd 11th Fl
Los Angeles, CA 90036

*2002 List - Counsel for Angelo Tsakopolous*
**Serlin & Whiteford LLP**
Mark A Serlin Esq
813 F St 2nd Fl
Sacramento, CA 95814

*Woodside AMR 107 & Woodside Portofino Voluntaries - Counsel to Bank of America*
**Sheppard Mullin Richter & Hampton LLP**
Alan H Martin Esq
650 Town Center Dr 4th Fl
Costa Mesa, CA 92626-1993

*Joint Venture Parties*
**Shulz Ranch Developers LLC**
Joy Condon
25 Enterpise
Aliso Viejo, CA 92656

*Joint Venture Parties / Counsel for Wachovia Bank, NA*
**Simpson Thacher & Barlett LLP**
Peter V Pantaleo
425 Lexington Ave 12th Fl
New York, NY 10017

*Joint Venture Parties*
**SKK Developments**
Sotiris K Kolokotronis
730 Alhambra Blvd Ste 222
Sacramento, CA 95816

*Joint Venture Parties*
**Slenker Communities**
William Slenker
8302 Professional Hill Dr Ste 100
Fairfax, VA 22031-4611

*Joint Venture Parties*
**Standard Pacific Corp**
August Belmont
255 East Rincon Street Ste 200
Corona, CA 92879

*Joint Venture Parties*
**Standard Pacific Homes**
Jon Nicholson
2240 Douglas Boulevard Ste 200
Roseville, CA 95661

*State Agencies - State of California Employment Development Department*
**State of California Employment Development Department**
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

*State Agencies - State of California Franchise Tax Board*
**State of California Franchise Tax Board**
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

*2002 List - Counsel for SunPower Corporation*
**SunPower Corporation**
Ken Mahaffey Esq Associate General Counsel
1414 Harbour Way South
Richmond, CA 94804

*Joint Venture Parties*
**The Ryland Group Inc**
Cathey S Lowe
24025 Park Sorrento Ste 400
Calabasas, CA 91302

*Joint Venture Parties*
**The Ryland Group Inc**
Timothy J Geckle
24025 Park Sorrento Ste 400
Calabasas, CA 91302

*Joint Venture Parties*
**Toll Brothers Inc**
Ann Marie Mitchell
250 Gibraltar Rd
Horsham, PA 19044

*Joint Venture Parties*
**Toll Brothers Inc**
Mark J Warshauer VP
250 Gibraltar Rd
Horsham, PA 19044

*Committee Member*
**Travelers Casualty & Surety Co of America**
Sam E Barker Senior Claim Counsel
33650 6th Ave South Ste 200
Federal Way, WA 98003

*Joint Venture Parties*
**Union Bank of California**
Joel Steiner VP
445 South Figueroa St
Los Angeles, CA 90071

*Judge's Chambers*
**United States Bankruptcy Court Riverside Division**
Peter H. Carroll
3420 Twelfth St
Riverside, CA 92501-3819

*Federal Agencies - United States Attorney General's Office*
**United States Department of Justice**
Attorney General
Ben Franklin Station
PO Box 683
Washington, DC 20044

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                  **F 9013-3.1**

| In re: **WOODSIDE GROUP, LLC, ET AL.** | Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-20682 (PC) Jointly Administered |
|---|---|---|

*Joint Venture Parties*
**US Bank National Association**
Betty Kinoshita
555 SW Oak St
Portland, OR 97204

*Committee Member*
**Wachovia Bank NA**
Real Estate Special Assets Attn Kurt Huisman
18300 Von Karmann Ave Ste 450
Irvine, CA 92612

*Joint Venture Parties*
**Wachovia Bank NA / Real Estate Financial Services**
Elena Bennett Senior VP
18300 Von Karman Ave Ste 450
Irvine, CA 92612

*Joint Venture Parties*
**Wachovia Bank Nation Association**
C Mark Hedrick
301 South Tryon St
Charlotte, NC 28288

*Joint Venture Parties*
**Wayne Farnsworth**
39 E Eagleridge Dr Ste 102
N Salt Lake, UT 84054

*2002 List - Counsel for Arch Insurance Company*
**Wilson Elser Moskowitz Edelman & Dicker LLP**
John J Immordino & Susannah M Dudley
555 S Flower St Ste 2900
Los Angeles, CA 90071

*Joint Venture Parties*
**Woodside Group Inc**
Leonard K Arave
39 E Eagleridge Dr Ste 102
N Salt Lake, UT 84054

*Joint Venture Parties*
**Woodside R&B 356 LP**
John Reynen
9848 Business Park Dr Ste H
Sacramento, CA 95827

*Zion's First National Bank*
**Zions First National Bank**
Doug Gray
1 South Main Ste 1340
Salt Lake City, UT 84118

*Zion's First National Bank*
**Zions First National Bank**
Jared Geisler
310 South Main St 14th Fl
Salt Lake City, UT 84101

Snell & Wilmer
Attn: Michael B. Reynolds, Esq.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Bingham McCutchen LLP
Attn: Mark W. Deveno, Esq.
One State Street
Hartford, CT 06103-3178

Michael Solow/Michael Messersmith
KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street - Suite 4100
Chicago, IL 60602

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**