1  Jeremy V. Richards (CA Bar No. 102300)
   Linda F. Cantor (CA Bar No. 153762)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
3  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   jrichards@pszjlaw.com
5  lcantor@pszjlaw.com
   mlitvak@pszjlaw.com
6
   Attorneys for the Debtors and Debtors in Possession
7
8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **RIVERSIDE DIVISION**

11  In re                          Case No. 6:08-bk-20682 (PC)

12  WOODSIDE GROUP, LLC, et al.,[1]
                                   Chapter 11
13          Debtors.

14

15                                 **NOTICE OF MOTION AND DEBTORS'
                                   MOTION FOR ORDER FURTHER
16                                 EXTENDING THE TIME DURING WHICH
                                   DEBTORS MUST ASSUME OR REJECT
17                                 CERTAIN NONRESIDENTIAL REAL
                                   PROPERTY LEASES PURSUANT TO 11
18                                 U.S.C. § 365(d)(4)(B)(ii); MEMORANDUM OF
                                   POINTS AND AUTHORITIES;
19                                 DECLARATION OF LEONARD ARAVE**

20                                 [No hearing required unless requested pursuant to
                                   L.B.R. 9013-1]
21  ☒    Affects ALL DEBTORS

22      **TO THE HONORABLE PETER H. CARROLL, UNITED STATES BANKRUPTCY**

23  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL**

24  **COMMITTEES OF UNSECURED CREDITORS, THE AFFECTED LESSORS AND**

25  **PARTIES REQUESTING SPECIAL NOTICE:**

26

27  ─────────────────────
    [1] For a listing of all of the debtors and debtors in possession in the above-captioned cases (collectively, the
28  "Debtors"), see Exhibit A to the Second Amended Joint Plan of Reorganization of Woodside Group, LLC and
    Affiliated Debtors, as modified on July 20, 2009, which is available for review on www.kccllc.net/woodside.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**PLEASE TAKE NOTICE** that Woodside Group, LLC, et al., the debtors and debtors in possession herein (collectively, the "Debtors"), hereby move (the "Motion") the Court for entry of an order, substantially in the form attached hereto as **Exhibit A**, under section 365(d)(4)(B)(ii) of title 11 of the United States Code (the "Bankruptcy Code"), further extending the deadline for the Debtors to assume or reject certain of their unexpired non-residential real property leases set forth on **Exhibit B**.

Absent consent by each applicable lessor, the deadline for the Debtors, other than Woodside Portofino, Inc. ("Woodside Portofino"), Woodside AMR 107, Inc. ("Woodside AMR 107" and, together with Woodside AMR 107, the "March 2008 Debtors"), Woodside Ceramista City, LLC ("Ceramista City"), Woodside Ceramista Village ("Ceramista Village" and, together with Ceramista City, the "Ceramista Entities"), Alameda Investments, LLC ("Alameda"), and Liberty Holdings Group, LLC ("Liberty"), to assume or reject their non-residential real property leases is the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009, pursuant to the *Order Extending the Time During Which the Debtors Must Assume or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(d)(4)(B)(i)* entered by this Court on May 13, 2009 [Docket No. 1111]. By this Motion, the Debtors seek an order under section 365(d)(4)(B)(ii) granting a further extension of time to assume or reject certain of their leases upon the prior written consents of the applicable lessors to the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) November 30, 2009.

The Debtors have made a determination regarding whether to assume or reject most of their unexpired leases, and have obtained approval to assume or reject several such leases. The Debtors are continuing to negotiate with their creditor constituencies and various lessors with respect to determining whether to assume or reject the remaining leases under the Second Amended Joint Plan of Reorganization of Woodside Group, LLC and Its Affiliated Debtors (the "Plan"). Based on the status of such negotiations, it is premature at this stage to make a decision with respect to the assumption or rejection of the leases. The Debtors are current on their post-petition obligations under the leases.

1     **PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice of Motion

2 and Motion, the Memorandum of Points and Authorities submitted herewith, the record in this case

3 and all other matters of which this Court may take judicial notice pursuant to Rule 201 of the Federal

4 Rules of Evidence, and such other arguments or evidence as may be presented at any hearing on the

5 Motion.

6     **PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(g) requires that

7 any response to the Motion be filed with the Bankruptcy Court and served upon counsel for the

8 Debtors at the address appearing in the upper-left hand corner of the caption page to this Motion

9 within fifteen (15) days after service of this Notice of Motion and Motion.  Pursuant to Local

10 Bankruptcy Rule 9013-1(a)(11), the failure to timely file and serve a written opposition may be

11 deemed by the Court to be consent to the granting of the relief requested in the Motion.

12     WHEREFORE, the Debtors respectfully request that the Court enter an order granting the

13 Motion, and such other relief as the Court deems just and proper.

14 Dated:    August 21, 2009        PACHULSKI STANG ZIEHL & JONES LLP

15

16                     By  /s/ _____

                          Jeremy V. Richards

17                          Linda F. Cantor

                          Maria A. Bove

18                          Attorneys for the Debtors and Debtors in

                         Possession

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**INTRODUCTION**

On May 13, 2009, the Court entered the *Order Extending the Time During Which the Debtors Must Assume or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(d)(4)(B)(i)* (the "Extension Order") [Docket No. 1111] extending the time to assume or reject certain of the Debtors' unexpired non-residential real property leases to the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009 pursuant to consents obtained by the applicable lessors. By this Motion, the Debtors seek an order under section 365(d)(4)(B)(ii) granting a further extension of time to assume or reject nine of their remaining unexpired non-residential real property leases (the "Leases") upon the prior written consents of the applicable lessors to the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) November 30, 2009. The nine Leases consist of: (i) eight leases of model homes; and (ii) one lease of office space.

The Debtors are in the process of negotiating with their creditor constituencies and certain lessors with respect to determining whether to assume or reject the Leases pursuant to the Plan. At this stage, it would be premature for the Debtors to make any final decisions as to the assumption or rejection of the Leases set forth in **Exhibit B**. The Debtors have obtained the requisite prior written consents from the applicable lessors as set forth in each of the stipulations (the "Consent Stipulations") attached collectively hereto as **Exhibit C**. Further, the Debtors are current on their obligations under the Leases.

**II.**

**STATEMENT OF FACTS**

**A.    Debtors' Background**

Woodside Group, LLC ("Woodside Group") and its affiliate entities (collectively, the "Woodside Entities") operate one of the nation's largest privately held home building companies. Woodside Group is the parent company of multiple subsidiaries and through approximately 185 of those subsidiaries (the "Restricted Subsidiaries") is primarily engaged in homebuilding operations in

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  eight states.  Historically, approximately forty-two percent of the Restricted Subsidiaries'

2  homebuilding revenues were derived from their operations in California.  The Restricted

3  Subsidiaries also have significant homebuilding operations in Nevada, Arizona, Utah, Minnesota,

4  Florida, Maryland and Texas.  The operations of the Woodside Group are financed through

5  Woodside Group's affiliate Pleasant Hill Investments, LC ("PHI").  Woodside Group, PHI and each

6  of the Restricted Subsidiaries are the Debtors herein.

7  Woodside Group also has subsidiaries that are engaged in business activities outside its

8  standard homebuilding operations (the "Unrestricted Subsidiaries").  The Unrestricted Subsidiaries

9  purchase land from third parties, hold real estate, obtain zoning and other entitlements on longer-

10  term projects, reinsure the Restricted Subsidiaries, invest in joint venture projects with other

11  homebuilders, perform renovation work on governmental facilities and sell land to Restricted

12  Subsidiaries at market prices.

13  During 2007, the Woodside Entities generated revenues exceeding one billion dollars on a

14  consolidated basis.  According to the Woodside Entities' 2007 financial statements, the Woodside

15  Entities had consolidated assets and liabilities of approximately $1.5 billion and $1.1 billion,

16  respectively.  The Woodside Entities employ approximately 295 employees.

17  **B.    The Bankruptcy Cases**

18  Woodside AMR 107 and Woodside Portofino, two of the Restricted Subsidiaries, filed

19  voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court under Case

20  Nos. 08-13994 and 08-13996, respectively, on March 31, 2008.

21  On August 20, 2008, an *ad hoc* group of noteholders filed involuntary petitions (the

22  "Noteholder Petitions") against the Debtors other than the March 2008 Debtors and the Ceramista

23  Debtors, Alameda and Liberty (as defined below).  JPMorgan Chase Bank, N.A., on behalf of a

24  group of lenders, commenced filing certain joinders to the Noteholder Petitions (the "Bank

25  Petitions," and together with the Noteholder Petitions, the "Involuntary Petitions").  Pursuant to a

26  Court-approved stipulation, on September 16, 2008, these Debtors (collectively, the "Woodside

27  Group Debtors") consented to the entry of orders for relief.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Debtors Woodside Ceramista Village and Ceramista City also filed chapter 11 bankruptcy

2    petitions in this Court on December 19, 2008. Debtor Alameda filed a chapter 11 bankruptcy

3    petition on January 9, 2009. Finally, on February 26, 2009, Liberty filed its chapter 11 petition.

4    The Debtors' cases are being jointly administered for procedural purposes. The Debtors

5    remain in possession of and manage their assets as debtors in possession.

6    On October 2, 2008, the Office of the United States Trustee (the "U.S. Trustee") appointed

7    the Official Committee of Unsecured Creditors for all Debtors with the exception of Alameda.

8    On April 6, 2009, the U.S. Trustee appointed the Official Committee of Creditors for

9    Alameda.

10    On July 20, 2009, the Debtors filed the Plan, as modified, and the Second Amended

11    Disclosure Statement , as modified, in support of the modified Plan.

12    **C.    The Leases**

13    In the operation of their business the Debtors lease certain lots and homes from individual

14    owners that are used as model homes and sales offices as well as office space to conduct their

15    operations at the division level. There were no defaults under the Leases as of the Petition Date and

16    the Debtors have continued to pay monthly rent under the Leases post-petition.[2]

17    Due to the length of the terms of certain of the Leases and the continuing lease and plan

18    negotiation process, the Debtors are unable to determine at this stage whether to assume or reject

19    such Leases. Accordingly, the Debtors have obtained the prior written consents of the applicable

20    lessors as set forth in the Consent Stipulations. By this Motion, the Debtors seek an order granting a

21    further extension of time to make a decision regarding assumption or rejection of the Leases to the

22    earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) November 30, 2009.

23    **III.**

24    **DISCUSSION**

25    Section 365(d) of the Bankruptcy Code provides that:

26    (A) Subject to subparagraph (B), an unexpired lease of nonresidential
real property under which the debtor is the lessee shall be deemed

27

28    ───────────────
[2] To the extent the Debtors have reached agreements with certain lessors whereby such lessors have agreed to accept a lower amount of postpetition rent, the Debtors are paying the reduced amount of rent postpetition.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

rejected, and the trustee shall immediately surrender that nonresidential real property to the lessor, if the trustee does not assume or reject the unexpired lease by the earlier of –

(i) the date that is 120 days after the date of the order for relief; or

(ii) the date of the entry of an order confirming a plan.

(B) (i) The court may extend the period determined under subparagraph (A), prior to the expiration of the 120-day period, for 90 days on the motion of the trustee or lessor for cause.

(ii) If the court grants an extension under clause (i), the court may grant a subsequent extension only upon prior written consent of the lessor in each instance.

11 U.S.C. § 365(d)(4) (emphasis added).  Thus, after the 90-day extension has been granted, the Court may grant subsequent extensions of the period during which a debtor in possession must assume or reject nonresidential real property leases upon prior written consent of applicable lessors.[3]

A further extension of time to determine whether to assume or reject the Leases set forth in **Exhibit B** is necessary and warranted under the Debtors' current circumstances.  The Debtors are continuing to negotiate with their creditor constituencies to determine whether to assume or reject the Leases, and with certain of the applicable lessors regarding certain of the Leases.  The Debtors have obtained the prior written consents of each of the applicable lessors as required under section 365(d)(4)(B)(ii) of the Bankruptcy Code.  In light of the foregoing, and given that there are no prepetition defaults under the Leases and the Debtors continue to perform under the Leases on a post-petition basis, an extension of time to make final determinations as to the appropriate disposition of the Leases is appropriate.

### IV.

### CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an Order: (a) granting the Motion; (b) extending the time for the Debtors to assume or reject the Leases set forth in

---

[3] Courts have found that, where the debtor timely files a motion to assume an unexpired nonresidential real property lease, there is no express limit to the time within which the bankruptcy court must hear and decide such motion. *See, e.g., In re R. Ring Enterprises, Inc.*, 2009 WL 779800 (Bankr. N.D. Cal. 2009) (post-BAPCPA case following *In re Victoria Station Inc.*, 840 F.2d 682 (9th Cir. 1988) (motion to assume lease filed and served on the sixtieth day after the entry of order for relief).  Moreover, as courts of equity, bankruptcy courts are compelled to disfavor a lease forfeiture. *See id.*  The Debtors have timely filed this Motion and, accordingly, respectfully submit that the entry of an order with respect to this Motion after August 31, 2009 is proper and will not result in a deemed rejection of the Leases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    **Exhibit B** until the earlier of (i) confirmation of the Debtors' plan of reorganization and

2    (ii) November 30, 2009; and (c) granting such other and further relief as it deems necessary and

3    appropriate.

4    Dated:    August 21, 2009            PACHULSKI STANG ZIEHL & JONES LLP

5

6                                By

7                                   Jeremy V. Richards
                                  Linda F. Cantor

8                                   Maria A. Bove
                                  Attorneys for the Debtors and Debtors in
                                  Possession

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### DECLARATION OF LEONARD ARAVE

I, Leonard K. Arave declare as follows:

1.      I am a Manager and the Chief Financial Officer of Woodside Group, LLC ("Woodside Group"), which is the direct or indirect parent company of each of the corporations, partnerships and limited liability companies that make up the debtors and debtors in possession (collectively, the "Debtors") in these jointly administered bankruptcy cases, with the exception of one affiliated Debtor, Pleasant Hill Investments, LC, which is not a subsidiary of Woodside Group, but of which I am the Manager.  I am an authorized representative of each of the Debtors.  I am also the sole director of WDS GP, Inc., which is the General Partner of each of the limited partnership Debtors.  In these capacities, I am generally familiar with the day-to-day operations, business and financial affairs of each of the Debtors.

2.      I am over the age of eighteen (18) years and either have personal knowledge of the facts set forth below or have obtained knowledge of such facts based upon inquiry from those working at my direction.  I am making this declaration in support of the *Debtors' Motion for Order Further Extending the Time During Which Debtors Must Assume or Reject Certain Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4)(B)(ii)* (the "Motion").[1]  All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

3.      In the operation of their business the Debtors lease certain lots and homes from individual owners that are used as model homes and sales offices as well as office space to conduct their operations at the division level.  There were no defaults under the Leases as of the Petition Date and the Debtors have continued to pay monthly rent under the Leases post-petition.[2]  Pursuant to the Extension Order, the deadline for the Debtors to assume or reject their non-residential real property leases is the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009.

4.      Due to the continuing lease and plan negotiation process, the Debtors are unable to determine at this stage whether to assume or reject the Leases.  Accordingly, the Debtors have

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2]  To the extent the Debtors have reached agreements with certain lessors whereby such lessors have agreed to accept a lower amount of postpetition rent, the Debtors are paying the reduced amount of rent postpetition.

94851-004\DOCS_NY:18640.1

obtained the prior written consents of the applicable lessors as set forth in the Consent Stipulations attached as **Exhibit C** to the Motion.  By the Motion, the Debtors seek an order granting a further extension of time to make a decision regarding assumption or rejection of the Leases to the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) November 30, 2009.

5.    I believe that a further extension of time to determine whether to assume or reject the leases set forth in **Exhibit B** to the Motion is necessary and warranted under the Debtors' current circumstances.  Due to the length of the terms of certain of the Leases and the continuing lease and plan negotiation process, the Debtors are unable to determine at this stage whether to assume or reject such Leases.  The Debtors have obtained the prior written consents of each of the applicable lessors as required under section 365(d)(4)(B)(ii) of the Bankruptcy Code.  In light of the foregoing, and given that there are no prepetition defaults under the Leases and the Debtors continue to perform under the Leases on a post-petition basis, I believe that an extension of time to make final determinations as to the appropriate disposition of the Leases is appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August 2009 at North Salt Lake, Utah.

*/s/ Leonard K. Arave*
Leonard K. Arave
Authorized Agent

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Linda F. Cantor<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd, Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 772-2358<br>Facsimile: (310) 201-0760<br>*Attorney for:* Woodside Group, LLC, et al. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Woodside Group, LLC | CASE NO.: 6:08-bk-20682-PC |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists         Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____

☒ Other: `Ntc & Mtn re Order Further Extending Time Debtors Must`    Date Filed: `8/21/2009`
`Assume or Reject Certain Nonresidential Real Property Leases`

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____        August 21, 2009
Signature of Authorized Signatory of Filing Party       Date

*Leonard K. Arave*
Printed Name of Authorized Signatory of Filing Party

*Authorized Representative*
Title of Authorized Signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Linda F. Cantor        August 21, 2009
Signature of Attorney for Filing Party       Date

Linda F. Cantor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

American LegalNet, Inc.
www.FormsWorkflow.com

1

## EXHIBIT A

2

**(Proposed Order)**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Jeremy V. Richards (CA Bar No. 102300)
   Linda F. Cantor (CA Bar No. 153762)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
3  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   jrichards@pszjlaw.com
5  lcantor@pszjlaw.com
   mlitvak@pszjlaw.com
6
   Attorneys for the Debtors and Debtors in Possession
7
                    UNITED STATES BANKRUPTCY COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9
                          RIVERSIDE DIVISION
10

11  In re                                    Case No. 6:08-bk-20682 (PC)

12  WOODSIDE GROUP, LLC, et al.,[1]
                                             Chapter 11
13              Debtors.

14

15                                           ORDER FURTHER EXTENDING THE TIME
                                             DURING WHICH DEBTORS MUST ASSUME
16                                           OR REJECT CERTAIN NONRESIDENTIAL
                                             REAL PROPERTY LEASES PURSUANT TO
17                                           11 U.S.C. § 365(d)(4)(B)(ii)

18  ☒   Affects ALL DEBTORS

19          Upon the motion ("Motion") of Woodside Group, LLC, et al., the above-captioned debtors

20  and debtors in possession (the "Debtors") for entry of an order under Bankruptcy Code section

21  365(d)(4)(B)(ii) further extending the deadline for the Debtors to assume or reject certain of their

22  unexpired non-residential real property leases (the "Leases"); and the Court, having considered the

23  Motion; and it appearing that all legal requisites having been met and good cause appearing to grant

24  the Motion,

25          IT IS HEREBY ORDERED THAT:

26          1.     The Motion is granted.

27
    ───────────────
28  [1] For a listing of all of the debtors and debtors in possession in the above-captioned cases (collectively, the
    "Debtors"), see Exhibit A to the Second Amended Joint Plan of Reorganization of Woodside Group, LLC and
    Affiliated Debtors, as modified on July 20, 2009, which is available for review on www.kccllc.net/woodside.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1         2.     The deadline for the Debtors to assume or reject the Leases set forth in **Exhibit B** to

2    the Motion is extended to and including the date that is the earlier of (i) confirmation of the Debtors'

3    plan of reorganization and (ii) November 30, 2009.

4

5    Dated: _____

6                                              _____

7                                              THE HONORABLE PETER H. CARROLL
                                          UNITED STATES BANKRUPTCY JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**

**(List of Leases)**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXTENDED LEASES

| Division | Community | Lessee | Lessor | Type of Lease |
|---|---|---|---|---|
| Nevada | Madison 7821 | Woodside Homes of Nevada, Inc. | CFT 2001 Trust<br>Attn: John H. Crockett<br>8017 Marches Way<br>El Dorado Hills, CA 95762 | Model Home Lease |
| Nevada | Madison 7819 | Woodside Homes of Nevada, Inc. | CFT 2001 Trust<br>Attn: John H. Crockett<br>8017 Marches Way<br>El Dorado Hills, CA 95762 | Model Home Lease |
| Nevada | Madison 7817 | Woodside Homes of Nevada, Inc. | CFT 2001 Trust<br>Attn: John H. Crockett<br>8017 Marches Way<br>El Dorado Hills, CA 95762 | Model Home Lease |
| Nevada | Madison 10275 | Woodside Homes of Nevada, Inc. | CFT 2001 Trust<br>Attn: John H. Crockett<br>8017 Marches Way<br>El Dorado Hills, CA 95762 | Model Home Lease |
| Nevada | Brookstone 238 | Woodside Homes of Nevada, Inc. | Ray and Donna Ballew<br>2808 Lakecrest Drive<br>Las Vegas, NV 89128 | Model Home Lease |
| Nevada | Brookstone 239 | Woodside Homes of Nevada, Inc. | Ren-na and Duane Blevins<br>2716 Lakecrest Drive<br>Las Vegas, NV 8912 | Model Home Lease |
| Nevada | Brookstone 240 | Woodside Brookstone, LLC | Mark and Teralyn Nielsen<br>2412 East 2250 North<br>Layton, UT 84040 | Model Home Lease |
| Nevada | Hearthstone | Woodside Homes of Nevada, Inc. | Nateeh and Anthony Pedroza<br>1726 West Gregory Street<br>Chicago, IL 60640 | Model Home Lease |
| Nevada | | Woodside Homes of Nevada, Inc. | HDI Las Vegas, LLC<br>11620 Wilshire Blvd., Ste. 800<br>Los Angeles, CA 90025<br>Attn: Howard S. Mann | Office Lease |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

## EXHIBIT C

2

**(Consent Stipulations)**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

94851-004\DOCS_NY:18640.1

1   Jeremy V. Richards (CA Bar No. 102300)
    Linda F. Cantor (CA Bar No. 153762)
2   Maxim B. Litvak (CA Bar No. 215852)
    PACHULSKI STANG ZIEHL & JONES LLP
3   10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California 90067-4100
4   Telephone: 310/277-6910
    Facsimile:  310/201-0760
5   jrichards@pszjlaw.com
    lcantor@pszjlaw.com
6   mlitvak@pszjlaw.com

7   Attorneys for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Chapter 11<br>Case No. 08-20843 (PC)<br>(Jointly Administered) |
| WOODSIDE GROUP LLC, et al.,[1] | |
|                   Debtors. | **STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT OFFICE LEASE PURSUANT TO 11 U.S.C. § 365(d)(4)(B)(ii)** |
| ☒ Affects All Debtors | |

16       This stipulation and agreed order (the "Stipulation") is made and entered into by and between

17   Woodside Homes of Nevada, Inc., debtor and debtor in possession in the above-captioned cases

18   (the "Debtor"), on the one hand, and HDI Las Vegas, LLC (the "Lessor"), on the other hand, and is

19   made in reference to the following facts:

20       1.     The Debtor leases approximately 10,641 square feet of office space located at 5888

21   West Sunset Road, Las Vegas, Nevada 89118 pursuant to that certain lease agreement (the "Lease")

22   dated on or about August 1, 2007, by and between the Debtor and the Lessor.

23       2.     Absent consent from the Lessor, the deadline to assume or reject the Lease expires on

24   the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009,

25   pursuant to the *Order Extending the Time During Which the Debtors Must Assume or Reject*

---

[1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified, filed on July 9, 2009, which is available for review on kcellc.net/woodside.

*Left margin:* PACHULSKI STANG ZIEHL & JONES LLP · ATTORNEYS AT LAW · LOS ANGELES, CALIFORNIA

1  *Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(d)(4)(B)(i)* entered by this Court

2  on January 14, 2009 [Docket No. 554].

3      4.    The Lessor is willing to consent to a further extension of time for the Debtor to

4  assume or reject the Lease pursuant to the conditions set forth below.

5      Therefore, it is hereby stipulated that:

6      A.    The deadline to assume or reject the Lease shall be extended to the earlier of

7  (i) confirmation of the Debtor's plan of reorganization and (ii) November 30, 2009.

8      B.    The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the

9  interpretation or enforcement of this Stipulation.

10  Dated:  August _1 1_, 2009      HDI LAS VEGAS, LLC

11

12                             By: _____

13  Dated:  August _18_, 2009      PACHULSKI STANG ZIEHL & JONES LLP

14

15                             By: _____
                                Jeremy V. Richards

16                                 Linda F. Cantor
                               Maxim B. Litvak

17                                 10100 Santa Monica Blvd., 11th Floor
                               Los Angeles, California  90067-4100

18                                 Telephone: 310/277/6910
                               Facsimile:  310/201/0760

19                                 Attorneys for the Debtors and Debtors in
                               Possession

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

AUG-14-2009 FRI 04:34 PM    From-Cornish & Carey                    916 987 5982                T-614   P.004/008   F-185

08-14-2009  02:48pm  From-Cornish & Carey                                                      T-614   P.004/008   F-185



1   Jeremy V. Richards (CA Bar No. 102300)
    Linda F. Cantor (CA Bar No. 153762)
2   Mortin B. Litvak (CA Bar No. 215852)
    PACHULSKI STANG ZIEHL & JONES LLP
3   10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California 90067-4100
4   Telephone: 310/277-6910
    Facsimile: 310/201-0760
5   jrichards@pszjlaw.com
    lcantor@pszjlaw.com
6   mlitvak@pszjlaw.com

7   Attorneys for the Debtors and Debtors in Possession

8

9                        UNITED STATES BANKRUPTCY COURT

10                       CENTRAL DISTRICT OF CALIFORNIA

11                              RIVERSIDE DIVISION

12  In re:                              )   Chapter 11
                                        )   Case No. 08-20843 (PC)
13  WOODSIDE GROUP LLC, et al.,[1]      )   (Jointly Administered)
                                        )
14                    Debtors.          )   STIPULATION CONSENTING TO EXTENSION
                                        )   OF DEADLINE TO ASSUME OR REJECT MODEL
15  ☒ Affects All Debtors               )   HOME LEASE PURSUANT TO 11 U.S.C.
                                        )   § 365(d)(4)(B)(ii)
16
                                        )
17        This stipulation and agreed order (the "Stipulation") is made and entered into by and between

18  Woodside Homes of Nevada, Inc., debtor and debtor in possession in the above-captioned cases

19  (the "Debtor"), on the one hand, and CFT 2001 Trust (the "Lessor"), on the other hand, and is made

20  in reference to the following facts:

21        1.    The Debtor leases a model home located at 7819 Askew Place, Las Vegas, Nevada

22  pursuant to that certain lease agreement (the "Lease") dated March 18, 2008, by and between the

23  Debtor and the Lessor.

24        2.    Absent consent from the Lessor, the deadline to assume or reject the Lease expires on

25  the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009,

26  pursuant to the *Order Extending the Time During Which the Debtors Must Assume or Reject*

27

28  _____
    [1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second
    Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified, filed on July 9,
    2009, which is available for review on kccllc.net/woodside.

    PACHULSKI STANG ZIEHL & JONES LLP
    ATTORNEYS AT LAW
    LOS ANGELES, CALIFORNIA

94831-001\DOCS_NY\18407.1

Received   07-31-2008   09:52am    From-                       Tor-Cornish & Carey              Page 004



*Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(d)(4)(A)(B)(H)* entered by this Court on May 13, 2009 [Docket No. 1111].

4.    The Lessor is willing to consent to a further extension of time for the Debtor to assume or reject the Lease pursuant to the conditions set forth below.

Therefore, it is hereby stipulated that:

A.    The deadline to assume or reject the Lease shall be extended to the earlier of (i) confirmation of the Debtor's plan of reorganization and (ii) November 30, 2009.

B.    The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the interpretation or enforcement of this Stipulation.

Dated: 8/7 , 2009

CFT 2001 TRUST

By: _____
CFT 2001 Trust, Lessor
Attn: John H. Crockett
8017 Marchas Way
El Dorado Hills, CA. 95762

Dated: 8/18 , 2009

PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Jeremy V. Richards
Linda F. Cantor
Maxim B. Litvak
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277/6910
Facsimile: 310/201/0760
Attorneys for the Debtors and Debtors in Possession

2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

54851-001\DOCS_NY:21847.1

AUG-14-2009  FRI 04:34 PM  From-Cornish & Carey        816 967 6882          T-814  P.006/008  F-185

P. 006

12:49pm  From-Cornish & Carey

AUG-14-2009

1  Jeremy V. Richards (CA Bar No. 102300)
2  Linda F. Cantor (CA Bar No. 153762)
   Maxim B. Litvak (CA Bar No. 215852)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile: 310/201-0760
   jrichards@pszjlaw.com
6  lcantor@pszjlaw.com
   mlitvak@pszjlaw.com
7
   Attorneys for the Debtors and Debtors in Possession
8
                    UNITED STATES BANKRUPTCY COURT
9
                     CENTRAL DISTRICT OF CALIFORNIA
10
                          RIVERSIDE DIVISION
11
   In re:                          Chapter 11
12                                 Case No. 08-20843 (PC)
   WOODSIDE GROUP LLC, et al.,[1]   (Jointly Administered)
13
                   Debtors.        STIPULATION CONSENTING TO EXTENSION
14                                 OF DEADLINE TO ASSUME OR REJECT MODEL
   ☒ Affects All Debtors           HOME LEASE PURSUANT TO 11 U.S.C.
15                                 § 365(d)(4)(B)(ii)

16     This stipulation and agreed order (the "Stipulation") is made and entered into by and between

17  Woodside Homes of Nevada, Inc, debtor and debtor in possession in the above-captioned cases

18  (the "Debtor"), on the one hand, and CFT 2001 Trust (the "Lessor"), on the other hand, and is made

19  in reference to the following facts:

20     1.  The Debtor leases a model home located at 7821 Askew Place, Las Vegas, Nevada

21  pursuant to that certain lease agreement (the "Lease") dated March 18, 2008, by and between the

22  Debtor and the Lessor.

23     2.  Absent consent from the Lessor, the deadline to assume or reject the Lease expires on

24  the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009,

25  pursuant to the Order Extending the Time During Which the Debtors Must Assume or Reject

26

27  [1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second
    Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified, filed on July 9,
28  2009, which is available for review on kccllc.net/woodside.

   54651-001\DOCS_NY:18749.1

Received   07-31-2009  08:42am  From-          To-Cornish & Carey          Page 006

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

AUG-14-2009 FRI 04:35 PM    From-Cornish & Carey    916 967 9862    T-614   P.017/003   F-165



1  *Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(d)(4)(B)(B)(ii)* entered by this Court

2  on May 15, 2009 [Docket No. 1111].

3      4.    The Lessor is willing to consent to a further extension of time for the Debtor to

4  assume or reject the Lease pursuant to the conditions set forth below.

5  Therefore, it is hereby stipulated that:

6      A.    The deadline to assume or reject the Lease shall be extended to the earlier of

7  (i) confirmation of the Debtor's plan of reorganization and (ii) November 30, 2009.

8      B.    The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the

9  interpretation or enforcement of this Stipulation.

10  Dated:  8/17, 2009

12                              CFT 2001 TRUST

13                              By: _____
                                CFT 2001 Trust, Lessor
14                              Attn: John H. Crockett
                                8927 Marches Way
15                              El Dorado Hills, CA 95762

17  Dated:  8/18, 2009

18                              PACHULSKI STANG ZIEHL & JONES LLP

19                              By: _____
                                Jeremy V. Richards
20                              Linda F. Cantor
                                Maxim B. Litvak
21                              10100 Santa Monica Blvd., 11th Floor
                                Los Angeles, California 90067-4100
22                              Telephone: 310/277/6910
                                Facsimile: 310/201/0760
23                              Attorneys for the Debtors and Debtors in
                                Possession

2

94853-001\DOCS_NY:18586.1

Received   07-31-2009   09:12am   From-           To-Cornish & Carey           Page 007

AUG-14-2009 FRI 04:36 PM                                                                        P. 011

JUL-31-2009 FRI 11:08 AM

1  Jeremy V. Richards (CA Bar No. 102300)
2  Linda F. Cantor (CA Bar No. 153762)
   Maxim B. Litvak (CA Bar No. 215852)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California 90067-4100
   Telephone: 310/277-6910
5  Facsimile: 310/201-0760
   jrichards@pszjlaw.com
6  lcantor@pszjlaw.com
   mlitvak@pszjlaw.com
7
   Attorneys for the Debtors and Debtors in Possession
8
9                 UNITED STATES BANKRUPTCY COURT
10                CENTRAL DISTRICT OF CALIFORNIA
                       RIVERSIDE DIVISION
11  In re:                              Chapter 11
                                        Case No. 08-20843 (PC)
12  WOODSIDE GROUP LLC, et al., [1]     (Jointly Administered)
13                        Debtors.      STIPULATION CONSENTING TO EXTENSION
                                        OF DEADLINE TO ASSUME OR REJECT MODEL
14  ☒ Affects All Debtors               HOME LEASE PURSUANT TO 11 U.S.C.
                                        § 365(d)(4)(B)(i)
15
16         This stipulation and agreed order (the "Stipulation") is made and entered into by and between
17  Woodside Homes of Nevada, Inc., debtor and debtor in possession in the above-captioned cases
18  (the "Debtor"), on the one hand, and CFT 2001 Trust (the "Lessor"), on the other hand, and is made
19  in reference to the following facts:
20         1.     The Debtor leases a model home located at 7817 Askew Place, Las Vegas, Nevada
21  pursuant to that certain lease agreement (the "Lease") dated March 18, 2008, by and between the
22  Debtor and the Lessor.
23         2.     Absent consent from the Lessor, the deadline to assume or reject the Lease expires on
24  the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009,
25  pursuant to the Order Extending the Time During Which the Debtors Must Assume or Reject
26
27  _____
28  [1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second
    Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified, filed on July 9,
    2009, which is available for review on www.kccllc.net/woodside.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

94851-001\DOCS_NY:17234.1

Received    07-31-2009    10:32am    From-                                    To-Corhish & Carey    Page 002

AUG-14-2009 FRI 04:38 PM                                                                P. 012

JUL-01-2009 FRI 11:09 AM                                                                P. 000



*Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(d)(4)(B)(ii)* entered by this Court on May 13, 2009 [Docket No. 1111].

4.      The Lessor is willing to consent to a further extension of time for the Debtor to assume or reject the Lease pursuant to the conditions set forth below.

Therefore, it is hereby stipulated that:

A.      The deadline to assume or reject the Lease shall be extended to the earlier of (i) confirmation of the Debtor's plan of reorganization and (ii) November 30, 2009.

B.      The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the interpretation or enforcement of this Stipulation.

Dated:  8/7, 2009        CRT 2001 TRUST

                         By:
                             CRT 2001 Trust, Lessor
                             Attn: John E. Crockett
                             8017 Marches Way
                             El Dorado Hills, CA 95762

Dated:  7/18, 2009       PACHULSKI STANG ZIEHL & JONES LLP

                         By:
                             Jeremy V. Richards
                             Linda F. Cantor
                             Maxim B. Litvak
                             10100 Santa Monica Blvd., 11th Floor
                             Los Angeles, California 90067-4100
                             Telephone: 310/277/6910
                             Facsimile: 310/201/0760
                             Attorneys for the Debtors and Debtors in
                             Possession

                              2

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
Los Angeles, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Received  07-01-2009  08:52am      From-      7305 105 015      To-Cornish & Carey      Page 003

AUG-14-2009 FRI 04:35 PM

JUL-31-2009 FRI 11:09 AM

P. 005

Jeremy V. Richards (CA. Bar No. 102300)
Linda F. Cantor (CA. Bar No. 153762)
Maxim B. Litvak (CA. Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11ᵗʰ Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
jrichards@pszjlaw.com
lcantor@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for the Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

WOODSIDE GROUP LLC, et al.,[1]

          Debtors.

☒ Affects All Debtors

Chapter 11
Case No. 08-20843 (PC)
(Jointly Administered)

STIPULATION CONSENTING TO EXTENSION
OF DEADLINE TO ASSUME OR REJECT MODEL
HOME LEASE PURSUANT TO 11 U.S.C.
§ 365(d)(4)(B)(ii)

This stipulation and agreed order (the "Stipulation") is made and entered into by and between

Woodside Homes of Nevada, Inc., debtor and debtor in possession in the above-captioned cases

(the "Debtor"), on the one hand, and CFT 2001 Trust (the "Lessor"), on the other hand, and is made

in reference to the following facts:

1.    The Debtor leases a model home located at 10275 Headrick Drive, Las Vegas,

Nevada pursuant to that certain lease agreement (the "Lease") dated March 18, 2008, by and

between the Debtor and the Lessor.

2.    Absent consent from the Lessor, the deadline to assume or reject the Lease expires on

the earlier of: (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009,

pursuant to the Order Extending the Time During Which the Debtors Must Assume or Reject

[1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second
Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified, filed on July 9,
2009, which is available for review on kccllc.net/woodside.

94852-001\DOCS_NV:3158#.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA





1  *Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(a)(4)(B)(ii)* entered by this Court

2  on May 13, 2009 [Docket No. 1111].

3      4.    The Lessor is willing to consent to a further extension of time for the Debtor to

4  assume or reject the Lease pursuant to the conditions set forth below.

5      Therefore, it is hereby stipulated that:

6      A.    The deadline to assume or reject the Lease shall be extended to the earlier of

7  (i) confirmation of the Debtor's plan of reorganization and (ii) November 30, 2009.'

8      B.    The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the

9  interpretation or enforcement of this Stipulation.

10 Dated:  8/9 , 2009         CFT 2001 TRUST

11

12                          By:

13                              CFT 2001 Trust, Lessor
                               Attn: John H. Crockett
14                             8077 Marches Way
                               El Dorado Hills, CA 95762
15

16                          PACHULSKI STANG ZIEHL & JONES LLP

17                          By:

18                              Jeremy V. Richards
                               Linda F. Cantor
19                             Maxim B. Litvak
                               10100 Santa Monica Blvd., 11th Floor
20                             Los Angeles, California 90067-4100
                               Telephone: 310/277/6910
21                             Facsimile: 310/201/0760
                               Attorneys for the Debtors and Debtors in
22                             Possession.

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
Los Angeles, California                                        2.

94851-001\DOCS_NY:18584.1

AUG-03-2009 MON 02:18 PM                                                                                      P.001



1  Jeremy V. Richards (CA Bar No. 102300)
   Linda F. Cantor (CA Bar No. 153762)
2  Maxim B. Litvak (CA Bar No. 215852)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California 90067-4100
4  Telephone: 310/277-6910
   Facsimile: 310/201-0760
5  jrichards@pszjlaw.com
   lcantor@pszjlaw.com
6  mlitvak@pszjlaw.com

7  Attorneys for the Debtors and Debtors in Possession

8

9                    UNITED STATES BANKRUPTCY COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11                         RIVERSIDE DIVISION

12  In re:                              Chapter 11
                                        Case No. 08-20843 (PC)
13  WOODSIDE GROUP LLC, et al.,[1]      (Jointly Administered)

14                           Debtors.   STIPULATION CONSENTING TO EXTENSION
                                        OF DEADLINE TO ASSUME OR REJECT MODEL
15  ☒ Affects All Debtors               HOME LEASE PURSUANT TO 11 U.S.C.
                                        § 365(d)(4)(B)(ii)
16

17          This stipulation and agreed order (the "Stipulation") is made and entered into by and between

18  Woodside Homes of Nevada, Inc., debtor and debtor in possession in the above-captioned cases

19  (the "Debtor"), on the one hand, and Ren-sa and Dumas Blevins (the "Lessor"), on the other hand,

20  and is made in reference to the following facts:

21          1.      The Debtor leases a model home located at 10237 Bristol Peak Avenue, Las Vegas,

22  Nevada pursuant to that certain lease agreement (the "Lease") dated April 9, 2008, by and between

23  the Debtor and the Lessor.

24          2.      Absent consent from the Lessor, the deadline to assume or reject the Lease expires on

25  the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009,

26  pursuant to the Order Extending the Time During Which the Debtors Must Assume or Reject

27

28  [1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second
    Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified, filed on July 9,
    2009, which is available for review on kccllc.net/woodside.

    94851-002\DOCS_NY:18651.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

AUG-03-2009 MON 02:18 PM                                                                P. 002

*Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(d)(4)(B)(ii)* entered by this Court on May 13, 2009 [Docket No. 1111].

4.    The Lessor is willing to consent to a further extension of time for the Debtor to assume or reject the Lease pursuant to the conditions set forth below.

Therefore, it is hereby stipulated that:

A.    The deadline to assume or reject the Lease shall be extended to the earlier of (i) confirmation of the Debtor's plan of reorganization and (ii) November 30, 2009.

B.    The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the interpretation or enforcement of this Stipulation.

Dated: 08/03/2009                    REN-NJ AND JWH STEVENS -



                                     By: _____
                                         Ren-ra and Diane Blevins, Lessor
                                         2716 Lakecrest Drive
                                         Las Vegas, NV 89128

                                     PACHULSKI STANG ZIEHL, & JONES LLP

Dated: 8/6/2009

                                     By: _____
                                         Jeremy V. Richards
                                         Linda F. Cantor
                                         Maxim B. Litvak
                                         10100 Santa Monica Blvd., 11th Floor
                                         Los Angeles, California 90067-4100
                                         Telephone: 310/277/6910
                                         Facsimile: 310/201/0760
                                         Attorneys for the Debtors and Debtors in
                                         Possession

AUG-03-2009 MON 01:25 PM
09/04/2009 18:15    78254729412    RAVB    PAGE 01/02    P.001



Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
jrichards@pszjlaw.com
lcantor@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for the Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:                                          Chapter 11

WOODSIDE GROUP LLC, et al.,[1]                  Case No. 08-20841 (PC)
                                                (Jointly Administered)
                              Debtors.
                                                STIPULATION CONSENTING TO EXTENSION
☒ Affects All Debtors                           OF DEADLINE TO ASSUME OR REJECT MODEL
                                                HOME LEASE PURSUANT TO 11 U.S.C.
                                                § 365(d)(4)(B)(ii)

This stipulation and agreed order (the "Stipulation") is made and entered into by and between

Woodside Homes of Nevada, Inc., debtor and debtor in possession in the above-captioned cases

(the "Debtor"), on the one hand, and Ray and Donna Ballew (the "Lessor"), on the other hand, and is

made in reference to the following facts:

1.    The Debtor leases a model home located at Lot 238 in Nevada pursuant to that certain

lease agreement (the "Lease") dated April 5, 2008, by and between the Debtor and the Lessor.

2.    Absent consent from the Lessor, the deadline to assume or reject the Lease expires on

the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009,

pursuant to the *Order Extending the Time During Which the Debtors Must Assume or Reject*

*Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(d)(4)(B)(ii)* entered by this Court

on May 13, 2009 [Docket No. 1111].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second
Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified, filed on July 9,
2009, which is available for review on kccllc.net/woodside.

3451-001\DOCS_NY:18825.1

4.   The Lessor is willing to consent to a further extension of time for the Debtor to assume or reject the Lease pursuant to the conditions set forth below.

Therefore, it is hereby stipulated that:

A.   The deadline to assume or reject the Lease shall be extended to the earlier of (i) confirmation of the Debtor's plan of reorganization and (ii) November 30, 2009.

B.   The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the interpretation or enforcement of this Stipulation.

RAY AND DONNA BALLEW

Dated: _8-05_, 2009

By: _____
    Ray and Donna Ballew, Lessor
    2808 Lakecrest Drive
    Las Vegas, NV 89128

PACHULSKI STANG ZIEHL & JONES LLP

Dated: _8/18_, 2009

By: _____
    Jeremy V. Richards
    Linda F. Cantor
    Marvin B. Litvak
    10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California 90067-4100
    Telephone: 310/277/6910
    Facsimile: 310/201/0760
    Attorneys for the Debtors and Debtors in
    Possession



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

94814.01\DOCS_NY:18835.1

Aug 02 09 07:34p      Natesh Pedroza                                    17783783244                                                      p.2

1 | Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
2 | Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
3 | 10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
4 | Telephone: 310/277-6910
Facsimile: 310/201-0760
5 | jrichards@pszjlaw.com
lcantor@pszjlaw.com
6 | mlitvak@pszjlaw.com

7 | Attorneys for the Debtors and Debtors in Possession

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | RIVERSIDE DIVISION

11 | In re:                                 | Chapter 11

12 | WOODSIDE GROUP LLC, et al.,[1]         | Case No. 08-20843 (PC)
                                           | (Jointly Administered)
13 |                         Debtors.
                                           | STIPULATION CONSENTING TO EXTENSION
14 | ☒ Affects All Debtors                 | OF DEADLINE TO ASSUME OR REJECT MODEL
                                           | HOME LEASE PURSUANT TO 11 U.S.C.
15 |                                       | § 365(d)(4)(B)(ii)

16 |     This stipulation and agreed order (the "Stipulation") is made and entered into by and between

17 | Woodside Homes of Nevada, Inc., debtor and debtor in possession in the above-captioned cases

18 | (the "Debtor"), on the one hand, and Natesh and Anthony Pedroza (the "Lessor"), on the other hand,

19 | and is made in reference to the following facts:

20 |     i.     The Debtor leases a model home located at 10238 Bristol Peak Avenue, Las Vegas,

21 | Nevada pursuant to that certain lease agreement (the "Lease") dated April 25, 2008, by and between

22 | the Debtor and the Lessor.

23 |     2.     Absent consent from the Lessor, the deadline to assume or reject the Lease expires on

24 | the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009,

25 | pursuant to the *Order Extending the Time During Which the Debtors Must Assume or Reject*

26 |

27 | [1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second
Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified, filed on July 9,
28 | 2009, which is available for review on kccllc.net/woodside.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

94851-001\DOCS_NY:18553.1

Aug 02 09 07:34p    Nateeh Pedroza    17738783244    p.3

*Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(d)(4)(B)(ii)* entered by this Court

on May 13, 2009 [Docket No. 1111].

    4.    The Lessor is willing to consent to a further extension of time for the Debtor to

assume or reject the Lease pursuant to the conditions set forth below.

    Therefore, it is hereby stipulated that:

    A.    The deadline to assume or reject the Lease shall be extended to the earlier of

(i) confirmation of the Debtor's plan of reorganization and (ii) November 30, 2009.

    B.    The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the

interpretation or enforcement of this Stipulation.

Dated: _August 2, 2009_, 2009    NATEEH AND ANTHONY PEDROZA

                  _Nateeh Pedroza   Aug 2, 2009_

By:    _anthony Pedroza   aug 2, 2009_

        Nateeh and Anthony Pedroza, Lessor
        1726 West Gregory Street
        Chicago, IL 60640

        PACHULSKI STANG ZIEHL & JONES LLP

By:

        Jeremy V. Richards
        Linda F. Cantor
        Maxim B. Litvak
        10100 Santa Monica Blvd., 11th Floor
        Los Angeles, California 90067-4100
        Telephone: 310/277/6910
        Facsimile: 310/201/0760
        Attorneys for the Debtors and Debtors in
        Possession

Dated: _8/18_, 2009

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

94851-001\DOCS_NY:18553.1



Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
jrichards@pszjlaw.com
lcantor@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for the Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re:

WOODSIDE GROUP LLC, et al.,[1]

    Debtors.

☒ Affects All Debtors

Chapter 11
Case No. 08-20843 (PC)
(Jointly Administered)

**STIPULATION CONSENTING TO EXTENSION OF DEADLINE TO ASSUME OR REJECT MODEL HOME LEASE PURSUANT TO 11 U.S.C. § 365(d)(4)(B)(ii)**

This stipulation and agreed order (the "Stipulation") is made and entered into by and between Woodside Brookstone, LLC, debtor and debtor in possession in the above-captioned cases (the "Debtor"), on the one hand, and Mark and Teralyn Nielsen (the "Lessor"), on the other hand, and is made in reference to the following facts:

1.    The Debtor leases a model home located at 10241 Bristol Peak Avenue, Las Vegas, Nevada pursuant to that certain lease agreement (the "Lease") dated March 28, 2008, by and between the Debtor and the Lessor.

2.    Absent consent from the Lessor, the deadline to assume or reject the Lease expires on the earlier of (i) confirmation of the Debtors' plan of reorganization and (ii) August 31, 2009, pursuant to the *Order Extending the Time During Which the Debtors Must Assume or Reject*

---

[1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified, filed on July 9, 2009, which is available for review on kccllc.net/woodside.

94851-004\DOCS_NY:16659.1

AUG-11-2009 TUE 07:29 PM    FL SMITH    P. 002/002
08/11/2009 10:33    8015262923    PAGE 02/02

*Nonresidential Real Property Leases Pursuant to 11 U.S.C. §365(d)(4)(B)(ii)* entered by this Court

on May 13, 2009 [Docket No. 1111].

4.    The Lessor is willing to consent to a further extension of time for the Debtor to

assume or reject the Lease pursuant to the conditions set forth below.

Therefore, it is hereby stipulated that:

A.    The deadline to assume or reject the Lease shall be extended to the earlier of

(i) confirmation of the Debtor's plan of reorganization and (ii) November 30, 2009.

B.    The Bankruptcy Court retains jurisdiction to resolve any dispute arising from the

interpretation or enforcement of this Stipulation.



Dated: 8/11 2009                MARK AND TERALYN NIELSEN

                                By:    Mark L.C. Nielsen
                                       Mark and Teralyn Nielsen, Lessor
                                       2412 East 2250 North
                                       Layton, UT 84040

Dated: 8/18 2009                PACHULSKI STANG ZIEHL & JONES LLP

                                By:
                                       Jeremy V. Richards
                                       Linda F. Cantor
                                       Maxim B. Litvak
                                       10100 Santa Monica Blvd., 11th Floor
                                       Los Angeles, California 90067-4100
                                       Telephone: 310/277/6910
                                       Facsimile: 310/201/0760
                                       Attorneys for the Debtors and Debtors in
                                       Possession

2

94851-000DOCS_NY:13530.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| In re:<br>**WOODSIDE GROUP, LLC, ET AL.**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-20682 (PC) Jointly<br>Administered |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Blvd., Ste. 1100, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described **NOTICE OF MOTION AND DEBTORS'MOTION FOR ORDER FURTHER EXTENDING THE TIME DURING WHICH DEBTORS MUST ASSUME OR REJECT CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)(B)(ii); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LEONARD ARA VE,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On August 21, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 21, 2009,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Peter H. Carroll
Central District of California
3420 Twelfth Street
Riverside, CA 92501-3819

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 21, 2009,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 21, 2009 | Diane H. Hinojosa | /s/ Diane H. Hinojosa |
|---|---|---|
| Date | Type Name: | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re:<br>**WOODSIDE GROUP, LLC, ET AL.**<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-20682 (PC) Jointly Administered |
|---|---|

## ADDITIONAL SERVICE INFORMATION (if needed):

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

Franklin C Adams - franklin.adams@bbklaw.com
Jonathan B Alter - jonathan.alter@bingham.com
Wesley H Avery - wavery@rpmlaw.com
Julian K Bach - Julian@Jbachlaw.com
William Bates - bill.bates@bingham.com
Dennis G Bezanson - dennis.bezanson@bbklaw.com
Bradley D Blakeley - bblakeley@bandblaw.com
John A Boyd - fednotice@tclaw.net
Richard W Brunette - rbrunette@sheppardmullin.com
Michael E Busch - michael.busch@fnf.com
Frank Cadigan - frank.cadigan@usdoj.gov
Mark R Campbell - mcampbell@markcampbelllaw.com
Lawrence G Campitiello - campitiello@shlaw.com, cannone@shlaw.com
Linda F Cantor - lcantor@pszjlaw.com, lcantor@pszjlaw.com
Shawn M Christianson - cmcintire@buchalter.com
Marc S Cohen - mcohen@kayescholer.com
Michael S Cryan - cryan.michael@arentfox.com
Ashleigh A Danker - adanker@kayescholer.com
Brian L Davidoff - bdavidoff@rutterhobbs.com
G Larry Engel - lengel@mofo.com
Christine R Etheridge - christine.etheridge@ikonfin.com
Kathryn F Evans - kevans@stutman.com
Jerome Bennett Friedman - jfriedman@hkemlaw.com
Donald L Gaffney - dgaffney@swlaw.com
Lauren N Gans - lgans@stutman.com
Robert P Goe - kmurphy@goeforlaw.com
Richard H Golubow - pj@winthropcouchot.com
Kelly C Griffith - bkemail@harrisbeach.com
Harry D. Hochman - hhochman@pszjlaw.com, hhochman@pszjlaw.com
Mark D Houle - mark.houle@pillsburylaw.com
Gregory K Jones - gjones@stutman.com
Jason Jones - jjones@avatarlegal.com
Ivan L Kallick - ikallick@manatt.com, ihernandez@manatt.com
Mark J Krone - mk@amclaw.com
Leib M Lerner - leib.lerner@alston.com
William C Lewis - ecf@williamclewis.com
Susy Li - susy.li@bingham.com
Maxim B Litvak - mlitvak@pszyjw.com
Elizabeth A Lossing - elizabeth.lossing@usdoj.gov
Frank F McGinn - ffm@bostonbusinesslaw.com
David W. Meadows - david@davidwmeadowslaw.com
C John M Melissinos - jmelissinos@rutterhobbs.com, jreinglass@rutterhobbs.com
Craig Millet - cmillet@gibsondunn.com
Margreta M Morgulas - mmorgulas@stutman.com
Randall P Mroczynski - randym@cookseylaw.com
Avi Muhtar - amuhtar@stutman.com
Paul J Pascuzzi - ppascuzzi@ffwplaw.com
Eric S Pezold - epezold@swlaw.com, dwlewis@swlaw.com
Mark D Poniatowski - ponlaw@ponlaw.com
Jeremy V Richards - jrichards@pszjlaw.com, bdassa@pszjlaw.com
Kirsten A Roe - kroe@wthf.com, dfunsch@wthf.com
Martha E Romero - Romero@mromerolawfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      F 9013-3.1

| In re: | | CHAPTER 11 |
|---|---|---|
| **WOODSIDE GROUP, LLC, ET AL.** | | |
| | Debtor(s). | CASE NUMBER 08-20682 (PC) Jointly Administered |

Anthony J Rothman - anthony@arothmanlaw.com
Chad L Schexnayder - cls@jhc-law.com, wm@jhc-law.com
Mark C Schnitzer - mschnitzer@rhlaw.com
Nathan A Schultz - schultzn@gtlaw.com
Stephanie M Seidl - sseidl@sheppardmullin.com
James R Selth - jim@wsrlaw.net
Mark A Serlin - mserlin@globelaw.com
Mark L Shaffer - shaffer@markshafferlaw.com
Curt Todd - ctodd@lrflegal.com, ewesselhoff@lrflegal.com
United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov
Andrea M Valdez - avaldez@fulbright.com
Annie Verdries - verdries@lbbslaw.com
Madeleine C Wanslee - mwanslee@gustlaw.com, rstein@gustlaw.com
George C Webster - gwebster@stutman.com
William E Winfield - wwinfield@nchc.com
Jasmin Yang - jyang@swlaw.com -

## II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL

| *Joint Venture Parties*<br>**Acacia Bank**<br>Rob Jacobs<br>7600 Leesburg Pike East Building Ste 200<br>Falls Church, VA 22043 | *Alameda Committee Members*<br>**AKT Investments**<br>Chris Donnelly CFO<br>7700 College Town Dr Ste 101<br>Sacramento, CA 92586 | *Joint Venture Parties*<br>**AKT Investments**<br>Mark Enes<br>7700 College Town Dr Ste 101<br>Sacramento, CA 95826 |
|---|---|---|
| *2002 List*<br>**Amy Klarer VP Appraisal Review**<br>11901 Olive Blvd<br>Creve Coeur, MO 63141 | *Committee Member*<br>**AXA Equitable Life Insurance Co**<br>Neville Hemmings & Paul L Harinstein<br>1290 Ave of the Americas 12th Fl<br>New York, NY 10104 | *Joint Venture Parties*<br>**Ballard Spahr Andrews & Ingersoll LLP**<br>Richard Perelman<br>1735 Market St<br>Philadelphia, PA 19103-7599 |
| *Joint Venture Parties*<br>**Bank of America NA**<br>Ronald V Montoro Senior VP<br>450 B Street Ste 620<br>San Diego, CA 92101 | *Committee Member*<br>**Bank of America NA**<br>Tamara A Frederick Senior VP<br>201 E Washington St 22nd Fl<br>Phoenix, AZ 85004 | *Joint Venture Parties*<br>**Beazer Holdings Corp**<br>Bill June President<br>9121 West Russell Road Ste 200<br>Las Vegas, NV 89148 |
| *Joint Venture Parties*<br>**Beretta Property Management / VINTACO Inc**<br>David Beretta Director of Real Estate<br>39560 Stevenson Place Ste 118<br>Freemont, CA 94539 | *Joint Venture Parties*<br>**Bilzin Sumberg Baena Price & Axelrod LLP**<br>Brian Bilzin<br>2500 Wachovia Financial Center<br>Miami, FL 33131 | *Woodside AMR 107 & Woodside Portofino Voluntaries - Counsel to Ad Hoc Committee of Noteholders*<br>**Bingham McCutchen LLP**<br>Michael A Sherman<br>355 South Grand Ave Ste 4400<br>Los Angeles, CA 90071-3106 |
| *Joint Venture Parties*<br>**Brookfield Homes**<br>Richard T Whitney<br>12865 Pointe Del Mar Ste 200<br>Del Mar, CA 92014 | *2002 List - Woodside Involuntaries - A Murphy Ranch, LLC*<br>**Brookfield Homes**<br>Richard Whitney<br>12865 Pointe Del Mar Ste 200<br>Del Mar, CA 92014 | *2002 List - Woodside Involuntaries - A Murphy Ranch, LLC*<br>**Brookfield Homes California Customer Care**<br>William Seith<br>1522 Brookhollow Dr Ste 1<br>Santa Ana, CA 92705 |
| *Alameda Committee Members*<br>**Brookfield Homes Corporation**<br>Bill Seith Executive Vice President<br>1522 Brookhollow Dr Ste 1<br>Santa Ana, CA 92705 | *Joint Venture Parties*<br>**Brookfield Homes Corporation**<br>Dennis J Chapman<br>1522 Brookhollow Dr Ste 1<br>Santa Ana, CA 92705 | *2002 List - Counsel for Oracle USA, Inc. ("Oracle") and Oracle Credit Corporation*<br>**Buchalter Nemer A Professional Corporation**<br>Shawn M Christianson Esq<br>333 Market St 25th Fl<br>San Francisco, CA 94105-2126 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                  **F 9013-3.1**

In re:
**WOODSIDE GROUP, LLC, ET AL.**

Debtor(s).

CHAPTER 11

CASE NUMBER 08-20682 (PC) Jointly Administered

---

*Counsel for Zion's Bank*
**Callister Nebeker & McCullough**
Jeffery L Shields Esq
Zions Bank Building Ste 900
10 East South Temple
Salt Lake City, UT 84133

*2002 List - Counsel for City of Henderson, Nevada*
**City of Henderson**
Shauna M Hughes Esq
240 Water St MSC 144
Henderson, NV 89015

*Joint Venture Parties*
**Coleman-Toll Limited Partnership**
Gary Mayo VP
1140 Town Center Dr Ste 350
Las Vegas, NV 89144

*Joint Venture Parties*
**Colemant-Toll Bros Inc**
Gary Mayo VP
1140 Town Center Dr Ste 350
Las Vegas, NV 89144

*Joint Venture Parties*
**Comerica Bank**
David J Lardner Senior VP
455 Capitol Mall Ste 310
MC 4202
Sacramento, CA 95814

*2002 List - Counsel for MCH Electric, Inc.*
**Felderstein Fitzgerald Willoughby & Pascuzzi LLP**
Holly A Estioko
400 Capitol Mall Ste 1450
Sacramento, CA 95814

*Joint Venture Parties*
**First Bank & Trust**
Liz Van De Vanter Senior Vice President
16900 Goldenwest St
Huntington Beach, CA 92647

*Joint Venture Parties*
**Focus / Kyle Acquisition Group LLC**
John Ritter
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89189

*Joint Venture Parties*
**Focus Property Group**
I Scott Bogatz General Counsel
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89129

*Joint Venture Parties*
**Focus South Group LLC**
John Ritter
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89189

*2002 List - Counsel for JPMorgan Chase Bank NA*
**Fulbright & Jaworski LLP**
Louis R Strubeck & Kristian W Gluck Esq
2200 Ross Ave Ste 2800
Dallas, TX 75201

*Woodside AMR 107 & Woodside Portofino Voluntaries - Counsel to Strategic Land Advisors, Inc.*
**Goe & Forsythe LLP**
Robert P Goe Esq
18101 Von Karman Ave Ste 510
Irvine, CA 92612

*Joint Venture Parties*
**Guarontor**
Christo D Bardis
10630 Mather Blvd
Sacramento, CA 95655

*2002 List - Class Counsel for Class Representatives in the Class Action Case of In re Kitec Fitting Litigation*
**Harrison Kemp Jones & Coulthard**
J Randall Jones Esq & William L Coulthard Esq
3800 Howard Hughes Pkwy 17th Fl
Las Vegas, NV 89169

*2002 List - Counsel for Ezra Nelson, Leonard Arave and Scott Nelson*
**Hatch James & Dodge**
Mark F James & Gary A Dodge
10 West Broadway Ste 400
Salt Lake City, UT 84101

*Joint Venture Parties*
**Holland & Knight LLP**
John R Nyweide
131 S Dearborn St 30th Fl
Chicago, IL 60603

*Joint Venture Parties*
**Honigman Miller Schwartz and Cohn LLP**
Thomas E Przybylski
2290 First National Bldg
660 Woodward Ave
Detroit, MI 48226-3506

*Federal Agencies - Internal Revenue Service*
**Internal Revenue Service**
PO Box 21126
Philadelphia, PA 19114

*Joint Venture Parties*
**JAS Development / Sioukas Investments**
Dean Sioukas
2277 Fairoaks Blvd Ste 295
Sacramento, CA 95825

*Committee Member*
**John Hancock Life Insurance Company**
Willma H Davis Senior Managing Director
197 Clarendon St
Boston, MA 02117

*Counsel for KB Home Nevada, Inc*
**Jones Day**
John H Chase
2727 N Harwood St
Dallas, TX 75201

*Committee Member*
**JP Morgan Chase Bank NA**
Administrative Agent George W Buzz Welch Senior VP
201 S Main St Ste 300
Salt Lake City, UT 84111-2215

*Joint Venture Parties*
**JPMorgan Chase Bank NA**
John McDonagh
277 Park Ave 8th Fl
New York, NY 10172

*2002 List - Woodside Involuntaries - Counsel to KeyBank National Association*
**Kaye Scholer LLP**
Marc S Cohen Esq & Steven F Werth Esq
1999 Ave of the Stars Ste 1700
Los Angeles, CA 90067

*Joint Venture Parties*
**KB Home**
Christopher Stephens
5655 Badura Ave
Las Vegas, NV 89118

*Joint Venture Parties*
**KB Home**
Kelly M Allred
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

*Joint Venture Parties*
**KB Home**
Tony Richelieu
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re: **WOODSIDE GROUP, LLC, ET AL.** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-20682 (PC) Jointly Administered |

*Joint Venture Parties*
**KB Home**
William R Hollinger
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

*Joint Venture Parties*
**KB Home Nevada Inc**
James Widner
5655 Badura Ave
Las Vegas, NV 89118

*Joint Venture Parties*
**KB Home Nevada Inc**
James Widner
5644 Badura Ave
Las Vegas, NV 89118

*Joint Venture Parties*
**KB Homes Nevada Inc**
Don Delgiorno Division President
5655 Badura Ave
Las Vegas, NV 89118

*2002 List - Counsel for Kimball Hill Homes*
**Kimball Hill Homes**
General Counsel
5999 New Wilke Rd
Building One
Rolling Meadows, IL 60008

*Joint Venture Parties*
**Kimball Hill Inc**
Hal H Barber
5999 New Wilke Rd Ste 504
Rolling Meadows, IL 60008

*Joint Venture Parties*
**Kummer Kaempfer Bonner & Renshaw**
John C Jeppsen
3800 Howard Hughes Pkwy Seventh Fl
Las Vegas, NV 89109

*Joint Venture Parties*
**Lennar**
Dustin Barker VP Finance
10345 Professional Circle Ste 100
Reno, NV 89521

*Alameda Committee Members*
**Lennar**
Isabel Allan Vice President
25 Enterprise
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Lennar Communities Nevada LLC**
Edward Gierman
25 Enterprise
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Lennar Communities of Nevada LLC**
Jeremy Parness Division President
700 NW 107th Ave Ste 400
Miami, FL 33172-3154

*Counsel for Lennar Corporation*
**Lennar Corporation**
c o Melanie McCall Houk
25 Enterprise Dr
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Lennar Corporation**
Edward Gierman
25 Enterprise
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Lennar Corporation**
Treasury
25 Enterprise
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Lennar Reno LLC**
Larry Gualco
10345 Professional Circle Ste 100
Reno, NV 89521

*2002 List - Counsel for Bexar County*
**Linebarger Goggan Blair & Sampson LLP**
David G Aelvoet
711 Navarro Ste 300
Travis Bldg
San Antonio, TX 78205

*Joint Venture Parties*
**LW D'Andrea LLC**
Joy Condon
25 Enterprise
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Meritage Homes Corporation**
Larry W Seay
8501 E Princess Dr Ste 290
Scottsdale, AZ 85255

*Joint Venture Parties*
**Meritage Homes of Nevada**
Robb Beville Division President
5555 West Badura Ave Ste 120
Las Vegas, NV 89118

*Committee Member*
**Metlife Inc & Affiliates**
Claudia Cromie Director
10 Park Ave
Morristown, NJ 07962

*Counsel for Charles County, Maryland*
**Meyers Rodbell & Rosenbaum PA**
M Evan Meyers
6801 Kenilworth Ave Ste 400
Riverdale, MD 20737-1385

*Joint Venture Parties*
**MTH-Homes Nevada Inc**
Robert M Beville
555 Went Badura Ave Ste 120
Las Vegas, NV 89118

*Counsel to Griffith Company*
**Musick Peeler & Garrett LLP**
Donald E Bradley & Donna B Noushkam
650 Town Center Dr Ste 1200
Costa Mesa, CA 92626

*Joint Venture Parties*
**Pardee Homes of Nevada**
Klif Andrews Division President
650 White Dr Ste 100
Las Vegas, NV 89119

*Joint Venture Parties*
**PN II Inc**
Bruce E Robinson
100 Bloomfield Hill Pkwy No 300
Bloomfield Hills, MI 48304

*Joint Venture Parties*
**PN II Inc**
John Cahlan
8345 W Sunset Rd
Las Vegas, NV 89113-2092

*Joint Venture Parties*
**Premier Homes**
Kevin Yttrup
8205 Sierra College Blvd Ste 100
Roseville, CA 95661

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:<br>**WOODSIDE GROUP, LLC, ET AL.**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-20682 (PC) Jointly<br>Administered |
|---|---|

*Joint Venture Parties*
**Pulte Homes Inc**
Bruce E Robinson
100 Bloomfield Hill Pkwy No 300
Bloomfield Hills, MI 48304

*Joint Venture Parties*
**Reyen & Bardis (Placer 356) LP**
John Reynen
9848 Business Park Dr Ste H
Sacramento, CA 95827

*Joint Venture Parties*
**Rice Silbey Reuther & Sullivan**
Renee R Reuther
3960 Howard Hughes Pkwy Ste 700
Las Vegas, NV 89109

*Joint Venture Parties*
**Rice Silbey Reuther & Sullivan LLP**
Stephen M Sullivan
3960 Howard Hughes Pkwy Ste 700
Las Vegas, NV 89109

*Counsel for the Official Committee of Unsecured Creditors of Alameda Investments, LLC*
**Rutter Hobbs & Davidoff Inc**
Brian L Davidoff & C John M Melissinos
1901 Ave of the Stars Ste 1700
Los Angeles, CA 90067

*Joint Venture Parties*
**Ryland Homes Nevada LLC**
Cathey S Lowe
24025 Park Sorrento Ste 400
Calabasas, CA 91302

*Joint Venture Parties*
**Sacramento Valley View**
Eric Gragg
12401 Folsom Blvd Ste 303
Rancho Cordova, CA 95742

*Federal Agencies - Securities and Exchange Commission*
**Securities and Exchange Commission**
5670 Wilshire Blvd 11th Fl
Los Angeles, CA 90036

*2002 List - Counsel for Angelo Tsakopoulos*
**Serlin & Whiteford LLP**
Mark A Serlin Esq
813 F St 2nd Fl
Sacramento, CA 95814

*Woodside AMR 107 & Woodside Portofino Voluntaries - Counsel to Bank of America*
**Sheppard Mullin Richter & Hampton LLP**
Alan H Martin Esq
650 Town Center Dr 4th Fl
Costa Mesa, CA 92626-1993

*Joint Venture Parties*
**Shulz Ranch Developers LLC**
Joy Condon
25 Enterprise
Aliso Viejo, CA 92656

*Joint Venture Parties / Counsel for Wachovia Bank, NA*
**Simpson Thacher & Bartlett LLP**
Peter V Pantaleo
425 Lexington Ave 12th Fl
New York, NY 10017

*Joint Venture Parties*
**SKK Developments**
Sotiris K Kolokotronis
730 Alhambra Blvd Ste 222
Sacramento, CA 95816

*Joint Venture Parties*
**Slenker Communities**
William Slenker
8302 Professional Hill Dr Ste 100
Fairfax, VA 22031-4611

*Joint Venture Parties*
**Standard Pacific Corp**
August Belmont
255 East Rincon Street Ste 200
Corona, CA 92879

*Joint Venture Parties*
**Standard Pacific Homes**
Jon Nicholson
2240 Douglas Boulevard Ste 200
Roseville, CA 95661

*State Agencies - State of California Employment Development Department*
**State of California Employment Development Department**
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

*State Agencies - State of California Franchise Tax Board*
**State of California Franchise Tax Board**
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

*2002 List - Counsel for SunPower Corporation*
**SunPower Corporation**
Ken Mahaffey Esq Associate General Counsel
1414 Harbour Way South
Richmond, CA 94804

*Joint Venture Parties*
**The Ryland Group Inc**
Cathey S Lowe
24025 Park Sorrento Ste 400
Calabasas, CA 91302

*Joint Venture Parties*
**The Ryland Group Inc**
Timothy J Geckle
24025 Park Sorrento Ste 400
Calabasas, CA 91302

*Joint Venture Parties*
**Toll Brothers Inc**
Ann Marie Mitchell
250 Gibraltar Rd
Horsham, PA 19044

*Joint Venture Parties*
**Toll Brothers Inc**
Mark J Warshauer VP
250 Gibraltar Rd
Horsham, PA 19044

*Committee Member*
**Travelers Casualty & Surety Co of America**
Sam E Barker Senior Claim Counsel
33650 6th Ave South Ste 200
Federal Way, WA 98003

*Joint Venture Parties*
**Union Bank of California**
Joel Steiner VP
445 South Figueroa St
Los Angeles, CA 90071

*Judge's Chambers*
**United States Bankruptcy Court Riverside Division**
Peter H. Carroll
3420 Twelfth St
Riverside, CA 92501-3819

*Federal Agencies - United States Attorney General's Office*
**United States Department of Justice**
Attorney General
Ben Franklin Station
PO Box 683
Washington, DC 20044

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | |
|---|---|---|
| In re:<br>**WOODSIDE GROUP, LLC, ET AL.**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-20682 (PC) Jointly<br>Administered | |

*Joint Venture Parties*
**US Bank National Association**
Betty Kinoshita
555 SW Oak St
Portland, OR 97204

*Committee Member*
**Wachovia Bank NA**
Real Estate Special Assets Attn Kurt Huisman
18300 Von Karmann Ave Ste 450
Irvine, CA 92612

*Joint Venture Parties*
**Wachovia Bank NA / Real Estate Financial Services**
Elena Bennett Senior VP
18300 Von Karman Ave Ste 450
Irvine, CA 92612

*Joint Venture Parties*
**Wachovia Bank Nation Association**
C Mark Hedrick
301 South Tryon St
Charlotte, NC 28288

*Joint Venture Parties*
**Wayne Farnsworth**
39 E Eagleridge Dr Ste 102
N Salt Lake, UT 84054

*2002 List - Counsel for Arch Insurance Company*
**Wilson Elser Moskowitz Edelman & Dicker LLP**
John J Immordino & Susannah M Dudley
555 S Flower St Ste 2900
Los Angeles, CA 90071

*Joint Venture Parties*
**Woodside Group Inc**
Leonard K Arave
39 E Eagleridge Dr Ste 102
N Salt Lake, UT 84054

*Joint Venture Parties*
**Woodside R&B 356 LP**
John Reynen
9848 Business Park Dr Ste H
Sacramento, CA 95827

*Zion's First National Bank*
**Zions First National Bank**
Doug Gray
1 South Main Ste 1340
Salt Lake City, UT 84118

*Zion's First National Bank*
**Zions First National Bank**
Jared Geisler
310 South Main St 14th Fl
Salt Lake City, UT 84101

Snell & Wilmer
Attn:  Michael B. Reynolds, Esq.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Bingham McCutchen LLP
Attn:  Mark W. Deveno, Esq.
One State Street
Hartford, CT 06103-3178

Michael Solow/Michael Messersmith
KAYE SCHOLER LLC
Three First National Plaza
70 West Madison Street - Suite 4100
Chicago, IL 60602

CFT 2001 Trust
Attn: John H. Crockett
8017 Marches Way
El Dorado Hills, CA 95762

Ray and Donna Ballew
2808 Lakecrest Drive
Las Vegas, NV 89128

Ren-na and Duane Blevins
2716 Lakecrest Drive
Las Vegas, NV 89128

Mark and Teralyn Nielsen
2412 East 2250 North
Layton, UT 84040

Nateeh and Anthony Pedroza
1726 West Gregory Street
Chicago, IL 60640

HDI Las Vegas, LLC
Nevada, Inc. Attn: Howard S. Mann
11620 Wilshire Blvd., Ste. 800
Los Angeles, CA 90025

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.