1  Jeremy V. Richards (CA Bar No. 102300)
   Linda F. Cantor (CA Bar No. 153762)
2  Maxim B. Litvak (CA Bar No. 215852)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California 90067-4100
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5  jrichards@pszjlaw.com
   lcantor@pszjlaw.com
6  mlitvak@pszjlaw.com

7  Attorneys for Debtor and Debtor in Possession Woodside
   Group, LLC

**FILED & ENTERED**

**AUG 28 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY CRAIG     DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re:

WOODSIDE GROUP, LLC, et al.,[1]

　　　　　　Debtors.

☒　　Affects ALL DEBTORS

Case No.: 6:08-bk-20682-PC
(Jointly Administered)

Chapter 11

**ORDER ON MOTION ON SHORTENED NOTICE FOR ORDER: (A) APPROVING SUPPLEMENT TO DISCLOSURE STATEMENT WITH RESPECT TO AMENDED PLAN OF REORGANIZATION; AND (B) SETTING REVISED CONFIRMATION DATE, RELATED DEADLINES AND APPROVING NOTICE THEREOF**

Date:　　August 27, 2009
Time:　　2:00 p.m.
Place:　　Courtroom 304
　　　　　United States Bankruptcy Court
　　　　　3420 Twelfth Street
　　　　　Riverside, CA 92501-3819
Judge:　　Honorable Peter H. Carroll

　　　　The Motion on Shortened Notice for Order: (A) Approving Supplement to Disclosure Statement With Respect to Amended Plan of Reorganization; and (B) Setting Revised Confirmation Date, Related Deadlines and Approving Notice Thereof (the "Motion") of the above-captioned

---

[1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as modified on July 20, 2009, which is available for review on kccllc.net/woodside.

DOCS_LA:206761.1

Debtors and Debtors in Possession (collectively, the "Debtors") came on for hearing before the above-captioned Court on August 27, 2009 at 2:00 p.m. pursuant to a previously granted Order shortening notice with respect thereto. Appearances were as noted in the record. All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion. Upon reviewing the Motion, and no oppositions having been filed thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Supplement in the form attached to the Motion as Exhibit "A" is hereby approved as containing "adequate information" (as that term is defined in Bankruptcy Code section 1125(a)(1)) with respect to the amendments from the Plan [Docket No. 1334] incorporated into the Amended Plan.

3. The previous confirmation hearing and the dates and deadlines set in connection therewith set in this Court's Order (I) Approving Disclosure Statement and (II) Granting Amended Motion of Debtors for Order (A) Approving Plan Solicitation, Notice, and Voting Procedures, (B) Approving Forms of Notice and Ballots, and (C) Establishing Plan Confirmation Deadlines and Procedures entered July 10, 2009 [Docket No. 1303] ("Disclosure Statement Order") are hereby vacated and the Court hereby sets the following deadlines in connection with confirmation of the Amended Plan, which confirmation hearing shall be held on October 16, 2009 commencing at 10:30 a.m.:

(a) The deadline for the receipt of the Ballots accepting or rejecting the Plan shall be 5:00 p.m. (Pacific time) on September 14, 2009 (the "New Voting Deadline"). For a Ballot to be counted, it must be actually received prior to the New Voting Deadline at the applicable address indicated in the voting instructions that accompany the Ballot. If a creditor has already cast a Ballot and wishes to change its vote in connection with the Amended Plan, it should submit a new Ballot in accordance with the foregoing procedures on or before the New Voting Deadline, indicating that it intends for this Ballot to replace and supersede the Ballot previously cast.

(b) October 2, 2009 is fixed as the new last day for filing and serving written objections, comments or responses, including any supporting memoranda, to confirmation of the Amended Plan. Any such objections, comments or responses must be filed and served in accordance with the procedures set forth in paragraph 20 of the Disclosure Statement Order.

(c) The last day for the Debtors to file a memorandum in support of confirmation of the Amended Plan and for the Debtors and any other parties supporting the Amended Plan to file and serve on the applicable objecting party any response to a timely filed objection to confirmation of the Amended Plan is now set for October 9, 2009.

(d) The Debtors shall file their balloting report no later than October 9, 2009.

(e) The hearing to consider confirmation of the Amended Plan shall be held before the above-captioned Court on October 16, 2009, commencing at 10:30 a.m.

4. The Court hereby approves the Supplement as providing adequate notice to creditors and other parties in interest of the new dates and deadlines set forth in paragraph 3 above. The Supplement shall be mailed to all creditors and other parties in interest that have received the Disclosure Statement (or notice of the filing thereof) no later than the close of business on September 1, 2009.

# # #

DATED: August 28, 2009

United States Bankruptcy Judge

DOCS_LA:206761.1

Submitted by:

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jeremy V. Richards*
Jeremy V. Richards
Linda F. Cantor
Attorneys for Debtors and Debtors in Possession

DOCS_LA:206761.1

| In re: | CHAPTER 11 |
|---|---|
| **WOODSIDE GROUP, LLC, ET AL.** Debtor(s). | CASE NUMBER 08-20682 (PC) Jointly Administered |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Blvd., Ste. 1100, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described **ORDER ON MOTION ON SHORTENED NOTICE FOR ORDER: (A) APPROVING SUPPLEMENT TO DISCLOSURE STATEMENT WITH RESPECT TO AMENDED PLAN OF REORGANIZATION; AND (B) SETTING REVISED CONFIRMATION DATE, RELATED DEADLINES AND APPROVING NOTICE THEREOF,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On_____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 28, 2009,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Peter H. Carroll
Central District of California
3420 Twelfth Street
Riverside, CA 92501-3819

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 28, 2009 | Sophia L. Lee | */s/ Sophia L. Lee* |
|---|---|---|
| *Date* | *Type Name:* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9021-1.1**

| In re:<br>**WOODSIDE GROUP, LLC, ET AL.**<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-20682 (PC) Jointly Administered |
|---|---|

### III. SERVED BY EMAIL

Franklin C Adams - franklin.adams@bbklaw.com
Jonathan B Alter - jonathan.alter@bingham.com
Wesley H Avery - wavery@rpmlaw.com
Julian K Bach - Julian@Jbachlaw.com
William Bates - bill.bates@bingham.com
Dennis G Bezanson - dennis.bezanson@bbklaw.com
Bradley D Blakeley - bblakeley@bandblaw.com
John A Boyd - fednotice@tclaw.net
Richard W Brunette - rbrunette@sheppardmullin.com
Michael E Busch - michael.busch@fnf.com
Frank Cadigan - frank.cadigan@usdoj.gov
Mark R Campbell - mcampbell@markcampbelllaw.com
Lawrence G Campitiello - campitiello@shlaw.com, cannone@shlaw.com
Shawn M Christianson - cmcintire@buchalter.com
Marc S Cohen - mcohen@kayescholer.com
Michael S Cryan - cryan.michael@arentfox.com
Ashleigh A Danker - adanker@kayescholer.com
Brian L Davidoff - bdavidoff@rutterhobbs.com
G Larry Engel - lengel@mofo.com
Christine R Etheridge - christine.etheridge@ikonfin.com
Kathryn F Evans - kevans@stutman.com
Jerome Bennett Friedman - jfriedman@hkemlaw.com
Donald L Gaffney - dgaffney@swlaw.com
Lauren N Gans - lgans@stutman.com
Robert P Goe - kmurphy@goeforlaw.com
Richard H Golubow - pj@winthropcouchot.com
Kelly C Griffith - bkemail@harrisbeach.com
Harry D. Hochman - hhochman@pszjlaw.com, hhochman@pszjlaw.com
Mark D Houle - mark.houle@pillsburylaw.com
John J Immordino - john.immordino@wilsonelser.com
Gregory K Jones - gjones@stutman.com
Jason Jones - jjones@avatarlegal.com
Ivan L Kallick - ikallick@manatt.com, ihernandez@manatt.com
Mark J Krone - mk@amclaw.com
Leib M Lerner - leib.lerner@alston.com
William C Lewis - ecf@williamclewis.com
Susy Li - susy.li@bingham.com
Elizabeth A Lossing - elizabeth.lossing@usdoj.gov
Frank F. McGinn - ffm@bostonbusinesslaw.com
David W. Meadows - david@davidwmeadowslaw.com
C. John M Melissinos - jmelissinos@rutterhobbs.com, jreinglass@rutterhobbs.com
Craig Millet - cmillet@gibsondunn.com
Margreta M. Morgulas - mmorgulas@stutman.com
Randall P. Mroczynski - randym@cookseylaw.com
Avi Muhtar - amuhtar@stutman.com
Paul J Pascuzzi - ppascuzzi@ffwplaw.com
Eric S Pezold - epezold@swlaw.com, dwlewis@swlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*      **F 9021-1.1**

| In re: **WOODSIDE GROUP, LLC, ET AL.** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-20682 (PC) Jointly Administered |

Mark D Poniatowski - ponlaw@ponlaw.com
Kirsten A Roe - kroe@wthf.com, dfunsch@wthf.com
Martha E Romero - Romero@mromerolawfirm.com
Anthony J Rothman - anthony@arothmanlaw.com
Chad L Schexnayder - cls@jhc-law.com, wm@jhc-law.com
Mark C Schnitzer - mschnitzer@rhlaw.com
Nathan A Schultz - schultzn@gtlaw.com
Stephanie M Seidl - sseidl@sheppardmullin.com
James R Selth - jim@wsrlaw.net
Mark A Serlin - mserlin@globelaw.com
Mark L Shaffer - shaffer@markshafferlaw.com
Curt Todd - ctodd@lrflegal.com, ewesselhoff@lrflegal.com
Andrea M Valdez - avaldez@fulbright.com
Annie Verdries - verdries@lbbslaw.com
Madeleine C Wanslee - mwanslee@gustlaw.com, rstein@gustlaw.com
George C Webster - gwebster@stutman.com
William E Winfield - wwinfield@nchc.com
Jasmin Yang - jyang@swlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*          **F 9021-1.1**

| In re:<br>**WOODSIDE GROUP, LLC, ET AL.**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-20682 (PC) Jointly Administered |
|---|---|

#### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION ON SHORTENED NOTICE FOR ORDER: (A) APPROVING SUPPLEMENT TO DISCLOSURE STATEMENT WITH RESPECT TO AMENDED PLAN OF REORGANIZATION; AND (B) SETTING REVISED CONFIRMATION DATE, RELATED DEADLINES AND APPROVING NOTICE THEREOF** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 28, 2009,** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

⊠ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

| In re: **WOODSIDE GROUP, LLC, ET AL.** Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-20682 (PC) Jointly Administered |
|---|---|

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

Franklin C Adams - franklin.adams@bbklaw.com
Jonathan B Alter - jonathan.alter@bingham.com
Wesley H Avery - wavery@rpmlaw.com
Julian K Bach - Julian@Jbachlaw.com
William Bates - bill.bates@bingham.com
Dennis G Bezanson - dennis.bezanson@bbklaw.com
Bradley D Blakeley - bblakeley@bandblaw.com
John A Boyd - fednotice@tclaw.net
Richard W Brunette - rbrunette@sheppardmullin.com
Michael E Busch - michael.busch@fnf.com
Frank Cadigan - frank.cadigan@usdoj.gov
Mark R Campbell - mcampbell@markcampbelllaw.com
Lawrence G Campitiello - campitiello@shlaw.com, cannone@shlaw.com
Linda F Cantor - lcantor@pszjlaw.com, lcantor@pszjlaw.com
Shawn M Christianson - cmcintire@buchalter.com
Marc S Cohen - mcohen@kayescholer.com
Michael S Cryan - cryan.michael@arentfox.com
Ashleigh A Danker - adanker@kayescholer.com
Brian L Davidoff - bdavidoff@rutterhobbs.com
G Larry Engel - lengel@mofo.com
Christine R Etheridge - christine.etheridge@ikonfin.com
Kathryn F Evans - kevans@stutman.com
Jerome Bennett Friedman - jfriedman@hkemlaw.com
Donald L Gaffney - dgaffney@swlaw.com
Lauren N Gans - lgans@stutman.com
Robert P Goe - kmurphy@goeforlaw.com
Richard H Golubow - pj@winthropcouchot.com
Kelly C Griffith - bkemail@harrisbeach.com
Harry D. Hochman - hhochman@pszjlaw.com, hhochman@pszjlaw.com
Mark D Houle - mark.houle@pillsburylaw.com
Gregory K Jones - gjones@stutman.com
Jason Jones - jjones@avatarlegal.com
Ivan L Kallick - ikallick@manatt.com, ihernandez@manatt.com
Mark J Krone - mk@amclaw.com
Leib M Lerner - leib.lerner@alston.com
William C Lewis - ecf@williamclewis.com
Susy Li - susy.li@bingham.com
Maxim B Litvak - mlitvak@pszyjw.com
Elizabeth A Lossing - elizabeth.lossing@usdoj.gov
Frank F McGinn - ffm@bostonbusinesslaw.com
David W. Meadows - david@davidwmeadowslaw.com
C John M Melissinos - jmelissinos@rutterhobbs.com, jreinglass@rutterhobbs.com
Craig Millet - cmillet@gibsondunn.com
Margreta M Morgulas - mmorgulas@stutman.com
Randall P Mroczynski - randym@cookseylaw.com
Avi Muhtar - amuhtar@stutman.com
Paul J Pascuzzi - ppascuzzi@ffwplaw.com
Eric S Pezold - epezold@swlaw.com, dwlewis@swlaw.com
Mark D Poniatowski - ponlaw@ponlaw.com
Jeremy V Richards - jrichards@pszjlaw.com, bdassa@pszjlaw.com

| In re: **WOODSIDE GROUP, LLC, ET AL.** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-20682 (PC) Jointly Administered |

Kirsten A Roe - kroe@wthf.com, dfunsch@wthf.com
Martha E Romero - Romero@mromerolawfirm.com
Anthony J Rothman - anthony@arothmanlaw.com
Chad L Schexnayder - cls@jhc-law.com, wm@jhc-law.com
Mark C Schnitzer - mschnitzer@rhlaw.com
Nathan A Schultz - schultzn@gtlaw.com
Stephanie M Seidl - sseidl@sheppardmullin.com
James R Selth - jim@wsrlaw.net
Mark A Serlin - mserlin@globelaw.com
Mark L Shaffer - shaffer@markshafferlaw.com
Curt Todd - ctodd@lrflegal.com, ewesselhoff@lrflegal.com
United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov
Andrea M Valdez - avaldez@fulbright.com
Annie Verdries - verdries@lbbslaw.com
Madeleine C Wanslee - mwanslee@gustlaw.com, rstein@gustlaw.com
George C Webster - gwebster@stutman.com
William E Winfield - wwinfield@nchc.com
Jasmin Yang - jyang@swlaw.com -