Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Bar No. 153762)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
jrichards@pszjlaw.com
lcantor@pszjlaw.com
mlitvak@pszjlaw.com

Attorneys for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

In re:

WOODSIDE GROUP, LLC, et al.,[1]

Debtors.

☒ Affects Alameda Investments, LLC

Chapter 11
Case No. 6:08-bk-20682-PC
(Jointly Administered)

**NOTICE OF FILING OF NON-EXCLUSIVE LIST OF CLAIMS AND CAUSES OF ACTION RETAINED BY THE ESTATE OF ALAMEDA INVESTMENTS, LLC, PURSUANT TO SECTION 6.3.6 OF THE SECOND AMENDED JOINT PLAN OF REORGANIZATION OF WOODSIDE GROUP, LLC AND AFFILIATED DEBTORS, AS MODIFIED**

Confirmation Hearing:
Date:     October 16, 2009
Time:    10:30 a.m.
Place:    Courtroom 304
             3420 Twelfth Street
             Riverside, CA  92501

**PLEASE TAKE NOTICE** that Alameda Investments, LLC, a debtor and debtor in possession herein ("Alameda"), hereby files its non-exclusive list of claims and Causes of Action retained by the Estate of Alameda, attached hereto and being submitted pursuant to Section 6.3.6 of

---

[1] For a listing of all of the debtors and debtors in possession in the above-captioned cases, see Exhibit A to the Second Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as Modified on August 26, 2009, which is available for review on www.kccllc.net/woodside.

DOCS_LA:208868.1

the Second Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as Modified (as may be amended or modified, the "Plan").[2]

Dated: October 6, 2009

PACHULSKI STANG ZIEHL & JONES LLP

By    /s/ *Linda F. Cantor*
    Jeremy V. Richards
    Linda F. Cantor
    Maxim B. Litvak
    Attorneys for the Debtors and Debtors in Possession

---

[2] All capitalized terms not defined herein have the meaning ascribed to them in the Plan.

## NON-EXCLUSIVE LIST OF CLAIMS AND CAUSES OF ACTION RETAINED BY THE ESTATE OF ALAMEDA INVESTMENTS, LLC PURSUANT TO SECTION 6.3.6 OF THE PLAN

**This Exhibit is subject to all of the provisions of this Plan,[1] including, without limitation, Section 12.1, under which the Debtors reserved the right to alter, amend, or modify the Plan, including any Exhibits thereto, under Section 1127(e) of the Bankruptcy Code at any time prior to the Effective Date.**

The following is a non-exclusive list of potential or actual Causes of Action and Defenses that Alameda Investments, LLC ("Alameda") have asserted or may potentially assert.

1. All claims identified in the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("SOFA") filed by Alameda and Liberty Holdings Group, LLC ("Liberty"), including specifically with respect to the transfers listed on attachment 3c to the SOFA filed by Alameda and attachments 3b and 3c to the SOFA filed by Liberty, respectively. Additional copies of the attachments are attached to this Exhibit and made a part hereof.

2. All claims against other parties, or members of ventures, in which Alameda or Liberty was or is a party, member or otherwise owns or owned an ownership interest, including the JV Interests, as listed on pages 42 and 43 of the Disclosure Statement, on account of the acquisition, operations or affairs of the ventures, and specifically including, but not limited to, the following entities:

Century Communities Colorado, LLC
Folsom White Rock Investors, LLC
West Lakeside, LLC
Wheatland Hop Farm, LLC
Woodside Teresi, LLC
Florin Bradshaw Investors, LLC
Sunridge Investors, LLC
Wolf Creek Development, LLC
A. Murphy Ranch, LLC
Douglas Grantline Investors, LLC
Grantline Investors, LLC
Kyle Acquisition Group, LLC
LW D'Andrea, LLC
North Natomas 575 Investors, LLC
Schulz Ranch Developers, LLC
SNI 290, LLC

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

South Edge, LLC
Woodside R&B Placer, LLC
WS Milford, LLC
Eagleridge Office Park, LLC
JSO Land, LLC
Wheatland Heritage Oaks, LLC
Menifee Development, LLC

3. All claims on account of the Reimbursement Rights as described in Section 6.2.6 of the Plan and specifically with respect to those projects known as:

Union Ranch Partners, LLC
Wolf Creek, LLC
Heritage Lake Project
Audie Murphy Ranch Project

4. All claims arising under Sections 542, 544, 547, 548, 549, 550 and 551 of the Bankruptcy Code, including but not limited to such claims as may be identified in the attachments to Alameda's and Liberty's Schedules and SOFAs.

In Re: Alameda Investments, LLC
Case No. 09-10348
Attachment 3c
Payments to creditors who were insiders

| Name of creditor who were insider | Address 1 | City | State | Zip | Payment date | Amount paid | Payment Type |
|---|---|---|---|---|---|---|---|
| **Payments to Joint Ventures and Members:** | | | | | | | |
| A.Murphy Ranch, LLC | 12865 Pointe Del Mar, Suite 200 | Del Mar | CA | 92014 | 4/25/08 | $167,009.62 | Wire |
| A.Murphy Ranch, LLC | 12865 Pointe Del Mar, Suite 200 | Del Mar | CA | 92014 | 5/9/08 | $158,327.68 | Wire |
| A.Murphy Ranch, LLC | 12865 Pointe Del Mar, Suite 200 | Del Mar | CA | 92014 | 6/4/08 | $38,667.75 | Wire |
| A.Murphy Ranch, LLC | 12865 Pointe Del Mar, Suite 200 | Del Mar | CA | 92014 | 1/5/09 | $65,775.00 | Wire |
| A.Murphy Ranch, LLC | 12865 Pointe Del Mar, Suite 200 | Del Mar | CA | 92014 | 1/6/09 | $25,000.00 | Wire |
| Folsom White Rock Investors | 640 Bercut Drive, Suite A | Sacramento | CA | 95814 | 2/21/08 | $160,000.00 | Check |
| Grantline Investors, LLC | 640 Bercut Drive, Suite A | Sacramento | CA | 95814 | 3/7/08 | $45,000.00 | Check |
| Grantline Investors, LLC | 640 Bercut Drive, Suite A | Sacramento | CA | 95814 | 6/23/08 | $150,000.00 | Check |
| Grantline Investors, LLC | 640 Bercut Drive, Suite A | Sacramento | CA | 95814 | 10/3/08 | $14,000.00 | Check |
| Grantline Investors, LLC | 640 Bercut Drive, Suite A | Sacramento | CA | 95814 | 11/18/08 | $38,000.00 | Check |
| Lennar Reno LLC | 10345 Professional Circle, Suite 100 | Reno | NV | 89521 | 11/5/08 | $3,000.00 | Check |
| Pleasant Hill Investments | 39 East Eagleridge Drive, Suite 102 | North Salt Lake | UT | 84054 | 10/31/08 | $20,677.00 | Wire |
| Pleasant Hill Investments | 39 East Eagleridge Drive, Suite 102 | North Salt Lake | UT | 84054 | 12/31/08 | $24.00 | Wire |
| SNI 290, LLC | 3001 "I" Street, Suite 200 | Sacramento | CA | 95816 | 1/24/08 | $4,000.00 | Check |
| SNI 290, LLC | 3001 "I" Street, Suite 200 | Sacramento | CA | 95816 | 2/19/08 | $4,000.00 | Check |
| Wolf Creek Development LLC | 255 East Rincon Street, Suite 200 | Corona | CA | 92879 | 2/12/08 | $46,290.00 | Wire |
| Wolf Creek Development LLC | 255 East Rincon Street, Suite 200 | Corona | CA | 92879 | 3/10/08 | $54,768.78 | Wire |
| Woodside R&B 356, L.P. | 9848 Business Park Drive, Suite H | Sacramento | CA | 95827 | 1/30/08 | $1,462.90 | Check |
| Woodside R&B 356, L.P. | 9848 Business Park Drive, Suite H | Sacramento | CA | 95827 | 1/30/08 | $144,826.95 | Check |
| Woodside R&B 356, L.P. | 9848 Business Park Drive, Suite H | Sacramento | CA | 95827 | 2/25/08 | $377.32 | Check |
| Woodside R&B 356, L.P. | 9848 Business Park Drive, Suite H | Sacramento | CA | 95827 | 2/25/08 | $37,354.44 | Check |
| Woodside R&B 356, L.P. | 9848 Business Park Drive, Suite H | Sacramento | CA | 95827 | 4/9/08 | $39,876.68 | Check |
| Woodside R&B 356, L.P. | 9848 Business Park Drive, Suite H | Sacramento | CA | 95827 | 6/4/08 | $1,983.83 | Check |
| Woodside R&B 356, L.P. | 9848 Business Park Drive, Suite H | Sacramento | CA | 95827 | 6/4/08 | $19,838.34 | Check |
| Woodside Teresi, LLC | 39560 Stevenson Place, Suite 118 | Fremont | CA | 94539 | 1/17/08 | $73,429.00 | Check |

In Re: Liberty Holdings Group, LLC
Case No. 09-13484
Attachment 3b
Payments to creditors

| Name of creditor | Address | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|
| Alvarez & Marsal | 100 Pine, Suite 900 | San Francisco | CA | 94111 | 2/19/09 | $51,615.00 |
| Amelia Walk Community Development | 14785 Old St. Augustine Road Suite 4 | Jacksonville | FL | 32258 | 1/12/09 | $17,596.11 |
| Amelia Walk Community Development | 14785 Old St. Augustine Road Suite 4 | Jacksonville | FL | 32258 | 1/12/09 | $17,596.11 |
| Amelia Walk Community Development | 14785 Old St. Augustine Road Suite 4 | Jacksonville | FL | 32258 | 1/12/09 | $17,596.11 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 11/30/08 | $69.18 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 12/1/08 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 12/19/08 | $240.00 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 12/31/08 | $3,400,000.00 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 12/31/08 | $15.00 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 12/31/08 | $56.27 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 1/31/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 1/31/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 1/31/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 1/31/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 1/31/09 | $10.00 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 1/31/09 | $55.26 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 1/31/09 | $33.75 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/17/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/19/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/19/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/19/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/23/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/24/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/25/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/25/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/25/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/25/09 | $180.00 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/26/09 | $7.50 |
| Barnes Bank | 33 South Main Street | Kaysville | UT | 84037 | 2/26/09 | $7.50 |
| Bingham Engineering | 5225 Wiley Post Way Ste 200 | Salt Lake City | UT | 84116 | 12/22/08 | $4,203.05 |
| Bingham Engineering | 5225 Wiley Post Way Ste 200 | Salt Lake City | UT | 84116 | 12/22/08 | $21,742.55 |
| Bingham Engineering | 5225 Wiley Post Way Ste 200 | Salt Lake City | UT | 84116 | 12/22/08 | $33,300.20 |
| Bingham Engineering | 5225 Wiley Post Way Ste 200 | Salt Lake City | UT | 84116 | 12/22/08 | $20,018.88 |

Page 1 of 3

3/30/2009 1:41 PM
Liberty Holdings Group LLC-SOFA 3b

In Re: Liberty Holdings Group, LLC
Case No. 09-13484
Attachment 3b
Payments to creditors

| Name of creditor | Address | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|
| Bingham Engineering | 5225 Wiley Post Way Ste 200 | Salt Lake City | UT | 84116 | 12/22/08 | $1,867.97 |
| Bingham Engineering | 5225 Wiley Post Way Ste 200 | Salt Lake City | UT | 84116 | 12/22/08 | $4,059.00 |
| Bingham Engineering | 5225 Wiley Post Way Ste 200 | Salt Lake City | UT | 84116 | 12/22/08 | $28,972.38 |
| Blackhawk Concrete Company, Inc. - CBW | 4868 Pasadena Ave. | Sacramento | CA | 95841 | 1/9/09 | $8,190.00 |
| City of Henderson - LID FEES | PO Box 95050 | Henderson | NV | 89009 | 12/1/08 | $141,193.30 |
| Clark County Treasurer-Property Taxes | 500 Grand Central Parkway | Las Vegas | NV | 89155 | 1/5/09 | $51,188.68 |
| Clark County Treasurer-Property Taxes | 500 Grand Central Parkway | Las Vegas | NV | 89155 | 1/5/09 | $399.29 |
| Corporation of the Presiding Bishop | 50 E North Temple | Salt Lake City | UT | 84150-0002 | 12/2/08 | $12,075.00 |
| Cox, Castle & Nicholson - CNW | 555 California St # 10, | San Francisco | CA | 94104-1513 | 12/29/08 | $14,174.93 |
| Cox, Castle & Nicholson - CNW | 555 California St # 10, | San Francisco | CA | 94104-1513 | 12/29/08 | $4,555.44 |
| Cox, Castle & Nicholson - CNW | 555 California St # 10, | San Francisco | CA | 94104-1513 | 12/29/08 | $7,827.39 |
| Cox, Castle & Nicholson - CNW | 555 California St # 10, | San Francisco | CA | 94104-1513 | 2/25/09 | $5,173.93 |
| Definitive Concrete Solutions AZ, Inc. | 3990 S. Emerson St. | Chandler | AZ | 85248 | 12/31/08 | $5,031.69 |
| Definitive Concrete Solutions AZ, Inc. | 3990 S. Emerson St. | Chandler | AZ | 85248 | 12/31/08 | $6,980.09 |
| Definitive Concrete Solutions AZ, Inc. | 3990 S. Emerson St. | Chandler | AZ | 85248 | 12/31/08 | $23,637.37 |
| Definitive Concrete Solutions AZ, Inc. | 3990 S. Emerson St. | Chandler | AZ | 85248 | 12/31/08 | $1,973.64 |
| Dick Larsen-Tax Collector-CSW | 172 W Third Street, 1st Floor | San Bernardino | CA | 92415-0360 | 12/8/08 | $56,887.21 |
| Kims Inc. | 315 West 3300 South | Salt Lake City | UT | 84115 | 12/1/08 | $26,125.00 |
| Kims Inc. | 315 West 3300 South | Salt Lake City | UT | 84115 | 12/1/08 | $2,655.43 |
| Kims Inc. | 315 West 3300 South | Salt Lake City | UT | 84115 | 12/23/08 | $11,102.34 |
| Kims Inc. | 315 West 3300 South | Salt Lake City | UT | 84115 | 1/9/09 | $26,125.00 |
| Kims Inc. | 315 West 3300 South | Salt Lake City | UT | 84115 | 1/9/09 | $3,580.63 |
| Kims Inc. | 315 West 3300 South | Salt Lake City | UT | 84115 | 2/6/09 | $26,125.00 |
| Kims Inc. | 315 West 3300 South | Salt Lake City | UT | 84115 | 2/6/09 | $3,580.63 |
| Maricopa County Treasurer | PO Box 78574 | Phoenix | AZ | 85062-8574 | 12/10/08 | $10,729.68 |
| Maricopa County Treasurer | PO Box 78574 | Phoenix | AZ | 85062-8574 | 12/10/08 | $44,848.60 |
| Maricopa County Treasurer | PO Box 78574 | Phoenix | AZ | 85062-8574 | 12/10/08 | $2,539.36 |
| McDonough, Holland & Allen-CAN | 555 Capital Mall, 9th Floor | Sacramento | CA | 95814 | 1/9/09 | $164.32 |
| McDonough, Holland & Allen-CAN | 555 Capital Mall, 9th Floor | Sacramento | CA | 95814 | 1/9/09 | $1,098.24 |
| McDonough, Holland & Allen-CAN | 555 Capital Mall, 9th Floor | Sacramento | CA | 95814 | 2/23/09 | $26,773.24 |
| MCH Electric Inc (CBW) | 31084 S Hwy 33 | Tracy | CA | 95304 | 1/9/09 | $3,731.25 |
| MCH Electric Inc (CBW) | 31084 S Hwy 33 | Tracy | CA | 95304 | 1/9/09 | $11,687.14 |
| MCH Electric Inc (CBW) | 31084 S Hwy 33 | Tracy | CA | 95304 | 1/9/09 | $900.44 |
| MCH Electric Inc (CBW) | 31084 S Hwy 33 | Tracy | CA | 95304 | 1/9/09 | $866.05 |

In Re: Liberty Holdings Group, LLC
Case No. 09-13484
Attachment 3b
Payments to creditors

| Name of creditor | Address | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|
| MCH Electric Inc (CBW) | 31084 S Hwy 33 | Tracy | CA | 95304 | 1/9/09 | $3,128.16 |
| MCH Electric Inc (CBW) | 31084 S Hwy 33 | Tracy | CA | 95304 | 1/9/09 | $2,921.79 |
| Pachulski,Stang, Ziehl & Jones | 10100 Santa Monica Blvd., 11th Floor | Los Angeles | CA | 90067-4100 | 1/8/09 | $14,179.58 |
| Pachulski,Stang, Ziehl & Jones | 10100 Santa Monica Blvd., 11th Floor | Los Angeles | CA | 90067-4100 | 2/19/09 | $62,618.00 |
| Pachulski,Stang, Ziehl & Jones | 10100 Santa Monica Blvd., 11th Floor | Los Angeles | CA | 90067-4100 | 2/19/09 | $37,382.00 |
| Pachulski,Stang, Ziehl & Jones | 10100 Santa Monica Blvd., 11th Floor | Los Angeles | CA | 90067-4100 | 2/19/09 | $50,000.00 |
| Parr Brown Gee & Loveless | Post Office Box 11019 | Salt Lake City | UT | 84147 | 2/25/09 | $20,000.00 |
| Parr Brown Gee & Loveless | Post Office Box 11019 | Salt Lake City | UT | 84147 | 2/25/09 | $48,829.50 |
| Placer County Tax Collector-CAN | P.O. Box 7790 | AUBURN | CA | 95604-7790 | 12/3/08 | $13,350.17 |
| Rinehart & Fetzer, P.C. | 50 West Broadway, Suite 1200 | Salt Lake City | UT | 84101 | 12/19/08 | $8,478.53 |
| Rocky Mountain Power | 1033 NE 6th Avenue | Portland | OR | 97256-0001 | 12/10/08 | $2,075.85 |
| Rocky Mountain Power | 1033 NE 6th Avenue | Portland | OR | 97256-0001 | 1/8/09 | $1,698.69 |
| Sacramento County Tax Collector-CAN | 700 H. St. Room 1710 | SACRAMENTO | CA | 95814 | 12/3/08 | $26,371.96 |
| Sacramento County Tax Collector-CAN | 700 H. St. Room 1710 | SACRAMENTO | CA | 95814 | 12/3/08 | $160,093.22 |
| Samuels, Green & Steel, LLP-CSW | 19800 MacArthur Boulevard, Suite 1000 | Irvine | CA | 92612-2433 | 2/26/09 | $12,008.52 |
| Silver Fern Management, LLC | 1960 E. Baseline Rd., Ste 101 | Tempe | AZ | 85283 | 12/18/08 | $7,611.38 |
| Silver Fern Management, LLC | 1960 E. Baseline Rd., Ste 101 | Tempe | AZ | 85283 | 12/18/08 | $1,184.83 |
| Silver Fern Management, LLC | 1960 E. Baseline Rd., Ste 101 | Tempe | AZ | 85283 | 12/18/08 | $805.44 |
| Silver Fern Management, LLC | 1960 E. Baseline Rd., Ste 101 | Tempe | AZ | 85283 | 12/31/08 | $5,000.00 |
| Silver Fern Management, LLC | 1960 E. Baseline Rd., Ste 101 | Tempe | AZ | 85283 | 12/31/08 | $5,000.00 |
| Silver Fern Management, LLC | 1960 E. Baseline Rd., Ste 101 | Tempe | AZ | 85283 | 12/31/08 | $8,400.00 |
| Stoel Rives | 201 South Main Street #100 | Salt Lake City | UT | 84111 | 12/1/08 | $1,666.67 |
| Stoel Rives | 201 South Main Street #100 | Salt Lake City | UT | 84111 | 12/1/08 | $1,666.67 |
| Stoel Rives | 201 South Main Street #100 | Salt Lake City | UT | 84111 | 12/1/08 | $1,666.66 |
| Stoel Rives | 201 South Main Street #100 | Salt Lake City | UT | 84111 | 2/25/09 | $6,590.32 |
| Sunrise Douglas Property Owners Assoc | 7700 College Town Dr # 220 | Sacramento | CA | 95826 | 12/1/08 | $24,143.00 |
| Teichert Construction-CBW | PO Box 15002 | SACRAMENTO | CA | 95851-1002 | 1/9/09 | $16,465.00 |

In Re: Liberty Holdings Group, LLC
Case No. 09-13484
Attachment 3c
Payments to creditors who were insiders

| Name of creditor who were insider | Address 1 | Address 2 | City | State | Zip | Payment date | Amount paid | Payment Type | |
|---|---|---|---|---|---|---|---|---|---|
| A. Murphy Ranch, LLC | 12865 Pointe Del Mar, Suite 200 | | Del Mar | CA | 92014 | 4/25/08 | $167,009.62 | | [1] |
| A. Murphy Ranch, LLC | 12865 Pointe Del Mar, Suite 200 | | Del Mar | CA | 92014 | 6/4/08 | $38,667.75 | | [1] |
| A. Murphy Ranch, LLC | 12865 Pointe Del Mar, Suite 200 | | Del Mar | CA | 92014 | 1/5/09 | $65,775.00 | | [1] |
| A. Murphy Ranch, LLC | 12865 Pointe Del Mar, Suite 200 | | Del Mar | CA | 92014 | 1/6/09 | $25,000.00 | | [1] |
| Century Communities Colorado, LLC | 5975 Greenwood Plaza Boulevard, Suite 105 | | Greenwood Village | CO | 80111 | 12/31/08 | $4,259.37 | | |
| Grandine Investors, LLC | 640 Bercut Drive, Suite A | | Sacramento | CA | 95814 | 10/3/08 | $14,000.00 | | [1] |
| Grandine Investors, LLC | 640 Bercut Drive, Suite A | | Sacramento | CA | 95814 | 11/19/08 | $38,000.00 | | [1] |
| Lennar Reno LLC | 10345 Professional Circle, Suite 100 | | Reno | NV | 89521 | 11/14/08 | $3,000.00 | | [1] |
| North Natomas 575 Investors | 7700 College Town Drive, Suite 101 | | Sacramento | CA | 95826 | 10/9/08 | $1,000,000.00 | | |
| Pleasant Hill Investments, LC | 39 E Eagleridge Dr | Suite 102 | North Salt Lake | UT | 84054 | 9/26/08 | $700,000.00 | | [2] |
| Pleasant Hill Investments, LC | 39 E Eagleridge Dr | Suite 102 | North Salt Lake | UT | 84054 | 11/25/08 | $25,000.00 | | [2] |
| Pleasant Hill Investments, LC | 39 E Eagleridge Dr | Suite 102 | North Salt Lake | UT | 84054 | 12/31/08 | $25,000.00 | | [2] |
| Pleasant Hill Investments, LC | 39 E Eagleridge Dr | Suite 102 | North Salt Lake | UT | 84054 | 1/30/09 | $140,000.00 | | [2] |
| Pleasant Hill Investments, LC | 39 E Eagleridge Dr | Suite 102 | North Salt Lake | UT | 84054 | 2/24/09 | $75,000.00 | | [2] |
| SNI 290, LLC | 3001 "T" Street, Suite 200 | | Sacramento | CA | 95816 | 2/3/09 | $7,000.00 | | |
| Wolf Creek Development, LLC | 255 East Rincon Street, Suite 200 | | Corona | CA | 92879 | 3/10/08 | $54,788.78 | | [1] |

[1] These payments were made on the behalf of Alameda Investments, LLC. Also see SOFA 3C Attachment to Alameda Investments, LLC
[2] Payments to Pleasant Hill Investments LC set forth in this attachment were made in accordance with the terms of the Cash Management Order entered by this Court in these cases

Payments to Other Insiders [3]:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Anderson, Herman | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Sep-2008 | $3,084.60 | Payroll | |
| Anderson, Herman | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Nov-2008 | $2,585.13 | Payroll | |
| Anderson, Herman | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Dec-2008 | $1,532.31 | Payroll | |
| Anderson, Herman | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Jan-2009 | $1,530.93 | Payroll | |
| Anderson, Herman | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Feb-2009 | $1,465.70 | Payroll | |
| Arave, Leonard K. | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Sep-2008 | $7,797.08 | Payroll | |
| Arave, Leonard K. | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Nov-2008 | $877.74 | Employee Reimbursement | |
| Arave, Leonard K. | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Nov-2008 | $38,985.40 | Payroll | |
| Arave, Leonard K. | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Dec-2008 | $495.25 | Employee Reimbursement | |
| Arave, Leonard K. | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Dec-2008 | $15,625.90 | Payroll | |
| Arave, Leonard K. | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Jan-2009 | $13,963.71 | Payroll | |
| Arave, Leonard K. | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Feb-2009 | $13,963.72 | Payroll | |
| Bennion, David | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Sep-2008 | $141.48 | Expense Reimbursement | |
| Bennion, David | 39 E Eagleridge Dr Suite 102 | | North Salt Lake | UT | 84054 | Sep-2008 | $5,178.96 | Payroll | |

In Re: Liberty Holdings Group, LLC
Case No. 09-13484
Attachment 3c (2)
Payments to creditors who were insiders

SOFA 3C (Liberty) - Net change in payments to/due from insider non-debtor affiliates

| | Victory Holdings, LLC | Century Communities Colorado, LLC | Eagleridge Office Park, LLC | Hillborough, LLC | WDS MTG, LLC | Wheatland Heritage Oaks | Total |
|---|---|---|---|---|---|---|---|
| Balance as of 2/28/08 | - | - | - | - | - | - | - |
| Balance as of 2/28/09 | 604,349 | 13,870,591 | (2,593,166) | (127,304) | 10,015 | 1,885 | 11,766,370 |
| Net Contribution (Borrowings) from Liberty | (604,349) | (13,870,591) | 2,593,166 | 127,304 | (10,015) | (1,885) | (11,766,370) |

Page 1 of 1