BRIAN L. DAVIDOFF (State Bar No. 102654)
C. JOHN M. MELISSINOS (State Bar No. 149224)
RUTTER HOBBS & DAVIDOFF
    INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 286-1700
Facsimile: (310) 286-1728
Email:    bdavidoff@rutterhobbs.com
          jmelissinos@rutterhobbs.com

Attorneys for The Official Committee
of Unsecured Creditors of Alameda Investments, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:08-bk-20682-PC |
| | (jointly administered) |
| WOODSIDE GROUP, LLC, et al., | Chapter 11 |
| Debtors. | **NOTICE OF IDENTIFICATION OF (I) LIQUIDATING TRUSTEE TO BE APPOINTED PURSUANT TO ALAMEDA LIQUIDATING TRUST AGREEMENT; AND (II) INITIAL MEMBERS OF ALAMEDA SUPERVISORY BOARD SUBMITTED IN CONNECTION WITH THE SECOND AMENDED JOINT PLAN OF REORGANIZATION OF WOODSIDE GROUP, LLC AND AFFILIATED DEBTORS, AS MODIFIED** |
| ☒ Affects ALAMEDA INVESTMENTS, LLC | Plan Confirmation Hearing |
| | Date: October 16, 2009 |
| | Time: 10:30 a.m. |
| | Place: Courtroom 304 |
| | United States Bankruptcy Court |
| | 3420 Twelfth Street |
| | Riverside, CA 92501-3819 |
| | Judge: Honorable Peter H. Carroll |

-1-
NOTICE OF IDENTIFICATION OF (I) ALAMEDA LIQUIDATING TRUSTEE AND (II) ALAMEDA SUPERVISORY BOARD
{7865.001-596689.DOC-(1)}

TO THE HONORABLE PETER H. CARROLL, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL CREDITORS OF ALAMEDA INVESTEMENTS, LLC AND ALL PARTIES-IN-INTEREST HEREIN:

PLEASE TAKE NOTICE that, in accordance with Sections 1.16 and 6.3.1(f) of the Second Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as Modified on October 9, 2009 (as may be amended from time to time, the "Plan"[1]) hereby identifies: (I) Hugh Scheffy as the initial Liquidating Trustee of the Alameda Liquidating Trust, and (II) the initial members of the Alameda Supervisory Board as the authorized representatives of (a) Lennar Corporation, (b) Brookfield Homes Corporation, and (c) AKT Investments, Inc., the current members of the Alameda Committee.

Respectfully submitted,

Dated: October 15, 2009

RUTTER HOBBS & DAVIDOFF INCORPORATED

By: _____
BRIAN L. DAVIDOFF
Attorneys for The Official
Committee of Unsecured Creditors of
Alameda Investments, LLC

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

RUTTER HOBBS & DAVIDOFF INCORPORATED LAWYERS

| In re:<br>WOODSIDE GROUP, LLC, et al.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-20682-PC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**NOTICE OF IDENTIFICATION OF (I) LIQUIDATING TRUSTEE TO BE APPOINTED PURSUANT TO ALAMEDA LIQUIDATING TRUST AGREEMENT; AND (II) INITIAL MEMBERS OF ALAMEDA SUPERVISORY BOARD SUBMITTED IN CONNECTION WITH THE SECOND AMENDED JOINT PLAN OF REORGANIZATION OF WOODSIDE GROUP, LLC AND AFFILIATED DEBTORS, AS MODIFIED**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 15, 2009</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>October 15, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<u>VIA OVERNIGHT MAIL</u>
Honorable Peter Carroll
United States Bankruptcy Judge
United States Bankruptcy Court
3420 12th Street, Room 365
Riverside, California 92501

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 15, 2009 | JAN REINGLASS | /s/ |
|---|---|---|
| Date | Type Name | Signature |

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

-3-

NOTICE OF IDENTIFICATION OF (I) ALAMEDA LIQUIDATING TRUSTEE AND (II) ALAMEDA SUPERVISORY BOARD
{7865.001-596689.DOC-(1)}

| In re:<br>WOODSIDE GROUP, LLC, et al.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-20682-PC |
|---|---|

ELECTRONICALLY SERVED:

Franklin C Adams on behalf of Interested Party Courtesy NEF
franklin.adams@bbklaw.com,
arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com;bknotices@bbklaw.com

Jonathan B Alter on behalf of Attorney Bingham McCutchen LLP
jonathan.alter@bingham.com

Wesley H Avery on behalf of Attorney Wesley Avery
wavery@rpmlaw.com

Julian K Bach on behalf of Creditor ALL AMERICAN ASPHALT
Julian@Jbachlaw.com

William Bates on behalf of Creditor Ad Hoc Group of Noteholders
bill.bates@bingham.com

Dennis G Bezanson on behalf of Creditor Century Communities Colorado, LLC
dennis.bezanson@bbklaw.com,
arthur.johnston@bbklaw.com;kenneth.burgess@bbklaw.com;bknotices@bbklaw.com;\
dennis.bezanson@bbklaw.com

Bradley D Blakeley on behalf of Creditor Stock Building Supply, Inc.
bblakeley@bandblaw.com

John A Boyd on behalf of Creditor Horizon Plumbing Inc.
fednotice@tclaw.net

Richard W Brunette on behalf of Creditor Bank of America NA
rbrunette@sheppardmullin.com

Michael E Busch on behalf of Creditor Chicago Title Insurance Co
michael.busch@fnf.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (RS)
frank.cadigan@usdoj.gov

Mark R Campbell on behalf of Attorney Courtesy NEF
mcampbell@markcampbelllaw.com

Lawrence G Campitiello on behalf of Interested Party Courtesy NEF
campitiello@shlaw.com, cannone@shlaw.com

Linda F Cantor on behalf of Debtor Alameda Investments, LLC
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Shawn M Christianson on behalf of Creditor Oracle USA, Inc.
cmcintire@buchalter.com

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

-4-

NOTICE OF IDENTIFICATION OF (I) ALAMEDA LIQUDATING TRUSTEE AND (II) ALAMEDA SUPERVISORY BOARD
{7865.001-596689.DOC-(1)}

| In re:<br>WOODSIDE GROUP, LLC, et al.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-20682-PC |
|---|---|

ELECTRONICALLY SERVED:

Marc S Cohen on behalf of Interested Party KeyBank National Association
mcohen@kayescholer.com

Michael S Cryan on behalf of Interested Party Acacia Federal Savings Bank
cryan.michael@arentfox.com, giaimo.christopher@arentfox.com

Ashleigh A Danker on behalf of Creditor South Edge, LLC
adanker@kayescholer.com

Brian L Davidoff on behalf of Creditor Committee Official Committee of Unsecured Creditors
bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

G Larry Engel on behalf of Creditor JP Morgan Chase Bank, N.A.
lengel@mofo.com

Christine R Etheridge on behalf of Creditor Ikon Financial Services
christine.etheridge@ikonfin.com

Kathryn F Evans on behalf of Attorney Kathryn Evans
kevans@stutman.com

Jerome Bennett Friedman on behalf of Creditor HDI Las Vegas, LLC
jfriedman@hkemlaw.com

Donald L Gaffney on behalf of Creditor JP Morgan Chase Bank, N.A.
dgaffney@swlaw.com

Lauren N Gans on behalf of Attorney Lauren Gans
lgans@stutman.com

Robert P Goe on behalf of Attorney Robert Goe
kmurphy@goeforlaw.com

Richard H Golubow on behalf of Creditor In re Kitec Fitting Litigation
pj@winthropcouchot.com

Kelly C Griffith on behalf of Interested Party Courtesy NEF
bkemail@harrisbeach.com

Harry D. Hochman on behalf of Debtor Woodside Ballantrae, LLC
hhochman@pszjlaw.com, hhochman@pszjlaw.com

Mark D Houle on behalf of Creditor ZIONS FIRST NATIONAL BANK
mark.houle@pillsburylaw.com

Gregory K Jones on behalf of Interested Party Ezra Nelson
gjones@stutman.com

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

NOTICE OF IDENTIFICATION OF (I) ALAMEDA LIQUDATING TRUSTEE AND (II) ALAMEDA SUPERVISORY BOARD
{7865.001-596689.DOC-(1)}

| In re:<br>WOODSIDE GROUP, LLC, et al.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-20682-PC |
|---|---|

ELECTRONICALLY SERVED:

Jason Jones on behalf of Litigant Frances and Keith Evanoff
jjones@avatarlegal.com

Ivan L Kallick on behalf of Creditor Wachovia Bank, N.A.
ikallick@manatt.com, ihernandez@manatt.com

Mark J Krone on behalf of Creditor Bond Safeguard Insurance Co.
mk@amclaw.com

Leib M Lerner on behalf of Creditor Steiny and Company, Inc.
leib.lerner@alston.com

William C Lewis on behalf of Creditor Brian Vail
ecf@williamclewis.com

Susy Li on behalf of Petitioning Creditor AXA Equitable Life Insurance Company
susy.li@bingham.com

Maxim B Litvak on behalf of Debtor BCD 99, LLC
mlitvak@pszyjw.com

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Frank F McGinn on behalf of Interested Party Courtesy NEF
ffm@bostonbusinesslaw.com

David W. Meadows on behalf of Creditor National City Bank
david@davidwmeadowslaw.com

Craig Millet on behalf of Interested Party IPEX Inc.
cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com

Margreta M Morgulas on behalf of Creditor Kyle Acquisition Group, LLC
mmorgulas@stutman.com

Randall P Mroczynski on behalf of Creditor Daimler Trust
randym@cookseylaw.com

Paul J Pascuzzi on behalf of Creditor MCH Electric, Inc.
ppascuzzi@ffwplaw.com

Eric S Pezold on behalf of Attorney Official Unsecured Creditors Committee
epezold@swlaw.com, dwlewis@swlaw.com

Mark D Poniatowski on behalf of Creditor Caterpillar Financial Services Corporation
ponlaw@ponlaw.com

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

| In re:<br>WOODSIDE GROUP, LLC, et al.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-20682-PC |
|---|---|

ELECTRONICALLY SERVED:

Jeremy V Richards on behalf of Debtor Alameda Investments, LLC
jrichards@pszjlaw.com, bdassa@pszjlaw.com

Kirsten A Roe on behalf of Creditor Insurance Company Of The West
kroe@wthf.com, dfunsch@wthf.com

Martha E Romero on behalf of Creditor California Taxing Authorities
Romero@mromerolawfirm.com

Anthony J Rothman on behalf of Litigant Ahmad Arakozie
anthony@arothmanlaw.com

Chad L Schexnayder on behalf of Creditor Insurance Company Of The West
cls@jhc-law.com, wm@jhc-law.com

Mark C Schnitzer on behalf of Creditor Fenceworks, Inc.
mschnitzer@rhlaw.com

Nathan A Schultz on behalf of Other Professional Ernst & Young LLP
schultzn@gtlaw.com

Stephanie M Seidl on behalf of Interested Party Courtesy NEF
sseidl@sheppardmullin.com

James R Selth on behalf of Attorney Daniel Weintraub
jim@wsrlaw.net

Mark A Serlin on behalf of Creditor Angelo Tsakopolous
mserlin@globelaw.com

Mark L Shaffer on behalf of Plaintiff Scotland Heights Limited Partnership
shaffer@markshafferlaw.com

Curt Todd on behalf of Interested Party Courtesy NEF
ctodd@lrflegal.com, ewesselhoff@lrflegal.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Andrea M Valdez on behalf of Attorney Kristian Gluck
avaldez@fulbright.com

Annie Verdries on behalf of Creditor Merit Masonry, Inc.
verdries@lbbslaw.com

RUTTER HOBBS & DAVIDOFF INCORPORATED LAWYERS

-7-

NOTICE OF IDENTIFICATION OF (I) ALAMEDA LIQUIDATING TRUSTEE AND (II) ALAMEDA SUPERVISORY BOARD
{7865.001-596689.DOC-(1)}

| In re:<br>WOODSIDE GROUP, LLC, et al.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:08-bk-20682-PC |
|---|---|

**ELECTRONICALLY SERVED:**

Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer
mwanslee@gustlaw.com, rstein@gustlaw.com

George C Webster on behalf of Interested Party Ezra Nelson
gwebster@stutman.com

William E Winfield on behalf of Creditor Zurich American Ins. Co.
wwinfield@nchc.com

Jasmin Yang on behalf of Creditor Committee Official Committee of Unsecured Creditors
jyang@swlaw.com

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

Woodside Group, LLC et al.
Attn: Wayne Farnsworth
39 East Eagleridge Drive, Suite 102
North Salt Lake City, Utah 84054

Bingham McCutchen LLP
Attn: Mark W. Deveno, Esq.
One State Street
Hartford, Connecticut 06103-3178

Snell & Wilmer
Attn: Michael B. Reynolds, Esq.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626

SEE CONTINUED MASTER MAILING MATRIX ATTACHED

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

| | | |
|---|---|---|
| **Acacia Bank**<br>Rob Jacobs<br>7600 Leesburg Pike East Building Ste 200<br>Falls Church, VA 22043 | **AKT Investments**<br>Chris Donnelly CFO<br>7700 College Town Dr Ste 101<br>Sacramento, CA 92586 | **AKT Investments**<br>Mark Enes<br>7700 College Town Dr Ste 101<br>Sacramento, CA 95826 |
| *Joint Venture Parties*<br>**Alameda Investments LLC**<br>Leonard K Arave<br>39 E Eagleridge Dr Ste 102<br>N Salt Lake, UT 84054 | *2002 List*<br>**Amy Klarer VP Appraisal Review**<br>11901 Olive Blvd<br>Creve Coeur, MO 63141 | *Committee Member*<br>**AXA Equitable Life Insurance Co**<br>Neville Hemmings & Paul L Harinstein<br>1290 Ave of the Americas 12th Fl<br>New York, NY 10104 |
| *Joint Venture Parties*<br>**Ballard Spahr Andrews & Ingersoll LLP**<br>Richard Perelman<br>1735 Market St<br>Philadelphia, PA 19103-7599 | *Joint Venture Parties*<br>**Bank of America NA**<br>Ronald V Montoro Senior VP<br>450 B Street Ste 620<br>San Diego, CA 92101 | *Committee Member*<br>**Bank of America NA**<br>Tamara A Frederick Senior VP<br>201 E Washington St 22nd Fl<br>Phoenix, AZ 85004 |
| *Joint Venture Parties*<br>**Beazer Holdings Corp**<br>Bill June President<br>9121 West Russell Road Ste 200<br>Las Vegas, NV 89148 | *Joint Venture Parties*<br>**Beretta Property Management / VINTACO Inc**<br>David Beretta Director of Real Estate<br>39560 Stevenson Place Ste 118<br>Freemont, CA 94539 | *Joint Venture Parties*<br>**Bilzin Sumberg Baena Price & Axelrod LLP**<br>Brian Bilzin<br>2500 Wachovia Financial Center<br>Miami, FL 33131 |
| *Woodside AMR 107 & Woodside Portofino Voluntaries - Counsel to Ad Hoc Committee of Noteholders*<br>**Bingham McCutchen LLP**<br>Michael A Sherman<br>355 South Grand Ave Ste 4400<br>Los Angeles, CA 90071-3106 | *Counsel to the Ad Hoc Group of Noteholders / Counsel for Official Unsecured Committee of Creditors*<br>**Bingham McCutchen LLP**<br>One State St<br>Hartford, CT 06103-3178 | *2002 List - Woodside Involuntaries - Counsel to Stock Building Supply, Inc.*<br>**Blakeley & Blakeley LLP**<br>Scott E Blakeley Esq<br>4685 MacArthur Ct Ste 421<br>Newport Beach, CA 92660 |
| *2002 List - Counsel for Indian River County Utilities Department*<br>**Board of County Commissioners**<br>Marian E Fell<br>1801 27th St<br>Vero Beach, FL 32960-3365 | *Joint Venture Parties*<br>**Brookfield Homes**<br>Richard T Whitney<br>12865 Pointe Del Mar Ste 200<br>Del Mar, CA 92014 | *2002 List - Woodside Involuntaries - A Murphy Ranch, LLC*<br><br>**Brookfield Homes**<br>Richard Whitney<br>12865 Pointe Del Mar Ste 200<br>Del Mar, CA 92014 |
| *'002 List - Woodside Involuntaries - A Murphy Ranch, LLC*<br>**Brookfield Homes California Customer Care**<br>William Seith<br>1522 Brookhollow Dr Ste 1<br>Santa Ana, CA 92705 | *Alameda Committee Members*<br>**Brookfield Homes Corporation**<br>Bill Seith Executive Vice President<br>1522 Brookhollow Dr Ste 1<br>Santa Ana, CA 92705 | *Joint Venture Parties*<br>**Brookfield Homes Corporation**<br>Dennis J Chapman<br>1522 Brookhollow Dr Ste 1<br>Santa Ana, CA 92705 |
| *2002 List - Counsel for Oracle USA, Inc. ("Oracle") and Oracle Credit Corporation*<br>**Buchalter Nemer A Professional Corporation**<br>Shawn M Christianson Esq<br>333 Market St 25th Fl<br>San Francisco, CA 94105-2126 | *Counsel for Zion's Bank*<br>**Callister Nebeker & McCullough**<br>Jeffery L Shields Esq<br>Zions Bank Building Ste 900<br>10 East South Temple<br>Salt Lake City, UT 84133 | *Counsel for Chicago Title Insurance Company*<br>**Chicago Title Insurance Company**<br>Michael E Busch<br>Fidelity National Title Group<br>17911 Von Karman Ste 300<br>Irvine, CA 92614 |
| *2002 List - Counsel for City of Henderson, Nevada*<br>**City of Henderson**<br>Shauna M Hughes Esq<br>240 Water St MSC 144<br>Henderson, NV 89015 | *Joint Venture Parties*<br>**Coleman-Toll Limited Partnership**<br>Gary Mayo VP<br>1140 Town Center Dr Ste 350<br>Las Vegas, NV 89144 | *Joint Venture Parties*<br>**Colemant-Toll Bros Inc**<br>Gary Mayo VP<br>1140 Town Center Dr Ste 350<br>Las Vegas, NV 89144 |
| *Joint Venture Parties*<br>**Comerica Bank**<br>David J Lardner Senior VP<br>455 Capitol Mall Ste 310<br>MC 4202<br>Sacramento, CA 95814 | *2002 List - Woodside Involuntaries - A Murphy Ranch, LLC*<br>**Corbett Steelman & Specter**<br>Bruce R Corbett Esq<br>18200 Von Karman Ave Ste 900<br>Irvine, CA 92612 | *2002 List - Counsel for Harris Building Supply, Inc. dba Harris Fence Company*<br>**Cummins & White LLP**<br>James R Wakefield & Charles P Murawski<br>2424 SE Bristol St Ste 300<br>Newport Beach, CA 92660-0757 |

*Joint Venture Parties*
**Daro Ventures LLC**
Dale Francescon & Robert J Francescon
4949 S Syracuse St Ste 320
Denver, CO 80237

*2002 List - Counsel for MCH Electric, Inc.*
**Felderstein Fitzgerald Willoughby & Pascuzzi LLP**
Holly A Estioko
400 Capitol Mall Ste 1450
Sacramento, CA 95814

*Joint Venture Parties*
**First Bank & Trust**
Liz Van De Vanter Senior Vice President
16900 Goldenwest St
Huntington Beach, CA 92647

*Joint Venture Parties*
**Focus / Kyle Acquisition Group LLC**
John Ritter
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89189

*Joint Venture Parties*
**Focus Property Group**
I Scott Bogatz General Counsel
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89129

*Joint Venture Parties*
**Focus South Group LLC**
John Ritter
3455 Cliff Shadows Pkwy Ste 220
Las Vegas, NV 89189

*2002 List - Counsel for JPMorgan Chase Bank NA*
**Fulbright & Jaworski LLP**
Louis R Strubeck & Kristian W Gluck Esq
2200 Ross Ave Ste 2800
Dallas, TX 75201

*2002 List - Counsel for JPMorgan Chase Bank NA*
**Fulbright & Jaworski LLP**
Robert E Darby & Andrea M Valdez
555 South Flower St 41st Fl
Los Angeles, CA 90071

*Counsel for Chicago Title Insurance Company*
**Glaser Weil Fink Jacobs & Shapiro LLP**
Kerry Garvis
10250 Constellation Blvd 19th Fl
Los Angeles, CA 90067

*Woodside AMR 107 & Woodside Portofino Voluntaries - Counsel to Strategic Land Advisors, Inc.*
**Goe & Forsythe LLP**
Robert P Goe Esq
18101 Von Karman Ave Ste 510
Irvine, CA 92612

*Joint Venture Parties*
**Guarontor**
Christo D Bardis
10630 Mather Blvd
Sacramento, CA 95655

*Counsel for Maricopa County Treasurer*
**Gust Rosenfeld PLC**
Madeleine C Wanslee
201 E Washington St Ste 800
Phoenix, AZ 85004-2327

*2002 List - Counsel for HDI Las Vegas, LLC*
**Hamburg Karic Edwards & Martin LP**
J Bennett Friedman Esq
1900 Ave of the Stars Ste 1800
Los Angeles, CA 90067-4409

*2002 List - Class Counsel for Class Representatives in the Class Action Case of In re Kitec Fitting Litigation*
**Harrison Kemp Jones & Coulthard**
J Randall Jones Esq & William L Coulthard Esq
3800 Howard Hughes Pkwy 17th Fl
Las Vegas, NV 89169

*2002 List - Counsel for Ezra Nelson, Leonard Arave and Scott Nelson*
**Hatch James & Dodge**
Mark F James & Gary A Dodge
10 West Broadway Ste 400
Salt Lake City, UT 84101

*Joint Venture Parties*
**Holland & Knight LLP**
John R Nyweide
131 S Dearborn St 30th Fl
Chicago, IL 60603

*Joint Venture Parties*
**Honigman Miller Schwartz and Cohn LLP**
Thomas E Przybylski
2290 First National Bldg
660 Woodward Ave
Detroit, MI 48226-3506

*Federal Agencies - Internal Revenue Service*
**Internal Revenue Service**
PO Box 21126
Philadelphia, PA 19114

*Joint Venture Parties*
**JAS Development / Sioukas Investments**
Dean Sioukas
2277 Fairoaks Blvd Ste 295
Sacramento, CA 95825

*2002 List - Counsel for Travelers Casualty and Surety Company of America ("Travelers") and Insurance*
**Jennings Haug & Cunningham LLP**
Chad Schexnayder
2800 N Central Ave Ste 1800
Phoenix, AZ 85004

*Committee Member*
**John Hancock Life Insurance Company**
Willma H Davis Senior Managing Director
197 Clarendon St
Boston, MA 02117

*2002 List - Counsel for SunPower Corporation*
**Jones Day**
Angele Motlagh Esq
3 Park Plaza Ste 1100
Irvine, CA 92614

*Counsel for KB Home Nevada, Inc*
**Jones Day**
John H Chase
2727 N Harwood St
Dallas, TX 75201

*2002 List - Counsel for SunPower Corporation*
**Jones Day**
Tobias S Keller Esq
555 California St 26th Fl
San Francisco, CA 94104

*Committee Member*
**JP Morgan Chase Bank NA**
Administrative Agent George W Buzz Welch
Senior VP
201 S Main St Ste 300
Salt Lake City, UT 84111-2215

*Joint Venture Parties*
**JPMorgan Chase Bank NA**
John McDonagh
277 Park Ave 8th Fl
New York, NY 10172

*2002 List - Woodside Involuntaries - Counsel to KeyBank National Association*
**Kaye Scholer LLP**
Marc S Cohen Esq & Steven F Werth Esq
1999 Ave of the Stars Ste 1700
Los Angeles, CA 90067

*Joint Venture Parties*
**KB Home**
Christopher Stephens
5655 Badura Ave
Las Vegas, NV 89118

*Joint Venture Parties*
**KB Home**
Kelly M Allred
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

*Joint Venture Parties*
**KB Home**
Tony Richelieu
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

*Joint Venture Parties*
**KB Home**
William R Hollinger
10990 Wilshire Blvd 7th Fl
Los Angeles, CA 90024

*Joint Venture Parties*
**KB Home Nevada Inc**
James Widner
5655 Badura Ave
Las Vegas, NV 89118

*Joint Venture Parties*
**KB Home Nevada Inc**
James Widner
5644 Badura Ave
Las Vegas, NV 89118

*Joint Venture Parties*
**KB Homes Nevada Inc**
Don Delgiorno Division President
5655 Badura Ave
Las Vegas, NV 89118

*2002 List - Counsel for Kimball Hill, Inc.*
~~Kirkland & Ellis LLP~~
~~Lauren M Hawkins~~

*2002 List - Counsel for Kimball Hill Homes*
**Kimball Hill Homes**
General Counsel
5999 New Wilke Rd
Building One
Rolling Meadows, IL 60008

*Joint Venture Parties*
**Kummer Kaempfer Bonner & Renshaw**
John C Jeppsen
3800 Howard Hughes Pkwy Seventh Fl
Las Vegas, NV 89109

*Joint Venture Parties*
**Kimball Hill Inc**
Hal H Barber
5999 New Wilke Rd Ste 504
Rolling Meadows, IL 60008

*Joint Venture Parties*
**Lennar**
Dustin Barker VP Finance
10345 Professional Circle Ste 100
Reno, NV 89521

*Alameda Committee Members*
**Lennar**
Isabel Allan Vice President
25 Enterprise
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Lennar Communities Nevada LLC**
Edward Gierman
25 Enterprise
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Lennar Communities of Nevada LLC**
Jeremy Parness Division President
700 NW 107th Ave Ste 400
Miami, FL 33172-3154

*Counsel for Lennar Corporation*
**Lennar Corporation**
c o Melanie McCall Houk
25 Enterprise Dr
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Lennar Corporation**
Edward Gierman
25 Enterprise
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Lennar Corporation**
Treasury
25 Enterprise
Aliso Viejo, CA 92656

*Joint Venture Parties*
**Lennar Reno LLC**
Larry Gualco
10345 Professional Circle Ste 100
Reno, NV 89521

*2002 List - Counsel for Bexar County*
**Linebarger Goggan Blair & Sampson LLP**
David G Aelvoet
711 Navarro Ste 300
Travis Bldg
San Antonio, TX 78205

*Joint Venture Parties*
**LW D'Andrea LLC**
Joy Condon
25 Enterprise
Aliso Viejo, CA 92656

*2002 List - Counsel for Wachovia Bank, N.A.*
**Manatt Phelps & Phillips LLP**
Harold P Reichwald & Ivan L Kallick
11355 West Olympic Blvd
Los Angeles, CA 90064

*Counsel for Quip-Con, Inc. and Perrault Corporation*
**Marks Golia & Finch LLP**
Jon F Gauthier
8620 Spectrum Center Blvd Ste 900
San Diego, CA 92123-1454

*Joint Venture Parties*
**Meritage Homes Corporation**
Larry W Seay
8501 E Princess Dr Ste 290
Scottsdale, AZ 85255

*Joint Venture Parties*
**Meritage Homes of Nevada**
Robb Beville Division President
5555 West Badura Ave Ste 120
Las Vegas, NV 89118

*Committee Member*
**Metlife Inc & Affiliates**
Claudia Cromie Director
10 Park Ave
Morristown, NJ 07962

*Counsel for Charles County, Maryland*
**Meyers Rodbell & Rosenbaum PA**
M Evan Meyers
6801 Kenilworth Ave Ste 400
Riverdale, MD 20737-1385

*Joint Venture Parties*
**MTH-Homes Nevada Inc**
Robert M Beville
555 Went Badura Ave Ste 120
Las Vegas, NV 89118

*Counsel to Griffith Company*
**Musick Peeler & Garrett LLP**
Donald E Bradley & Donna B Noushkam
650 Town Center Dr Ste 1200
Costa Mesa, CA 92626

*Office of the United States Trustee*
**Office of the United States Trustee**
Elizabeth Lossing Esq
Loring Building
3685 Main St Ste 300
Riverside, CA 92501

*Counsel for the Debtors*
**Pachulski Stang Ziehl & Jones LLP**
Linda F Cantor
10100 Santa Monica Blvd 11th Fl
Los Angeles, CA 90067

*Joint Venture Parties*
**Pardee Homes of Nevada**
Klif Andrews Division President
650 White Dr Ste 100
Las Vegas, NV 89119

*Counsel for Zion's Bank*
**Pillsbury Winthrop Shaw Pittman LLP**
Mark D Houle Esq
650 Town Center Dr Ste 700
Costa Mesa, CA 92626-7122

| | | |
|---|---|---|
| *Joint Venture Parties*<br>**PN II Inc**<br>Bruce E Robinson<br>100 Bloomfield Hill Pkwy No 300<br>Bloomfield Hills, MI 48304 | *Joint Venture Parties*<br>**PN II Inc**<br>John Cahlan<br>8345 W Sunset Rd<br>Las Vegas, NV 89113-2092 | *Joint Venture Parties*<br>**Premier Homes**<br>Kevin Yttrup<br>8205 Sierra College Blvd Ste 100<br>Roseville, CA 95661 |
| *Joint Venture Parties*<br>**Pulte Homes Inc**<br>Bruce E Robinson<br>100 Bloomfield Hill Pkwy No 300<br>Bloomfield Hills, MI 48304 | *Joint Venture Parties*<br>**Reyen & Bardis (Placer 356) LP**<br>John Reynen<br>9848 Business Park Dr Ste H<br>Sacramento, CA 95827 | *Joint Venture Parties*<br>**Rice Silbey Reuther & Sullivan**<br>Renee R Reuther<br>3960 Howard Hughes Pkwy Ste 700<br>Las Vegas, NV 89109 |
| *Joint Venture Parties*<br>**Rice Silbey Reuther & Sullivan LLP**<br>Stephen M Sullivan<br>3960 Howard Hughes Pkwy Ste 700<br>Las Vegas, NV 89109 | *Joint Venture Parties*<br>**River West Investments Inc**<br>Brian Vail<br>3001 "I" Street Ste 200<br>Sacramento, CA 95816 | *2002 List - Counsel for County of Riverside, California Taxing Authority*<br>**Romero Law Firm**<br>BMR Professional Building<br>6516 Bright Ave<br>Whittier, CA 90601 |
| *Counsel for the Official Committee of Unsecured Creditors of Alameda Investments, LLC*<br>**Rutter Hobbs & Davidoff Inc**<br>Brian L Davidoff & C John M Melissinos<br>1901 Ave of the Stars Ste 1700<br>Los Angeles, CA 90067 | *Joint Venture Parties*<br>**Ryland Homes Nevada LLC**<br>Cathey S Lowe<br>24025 Park Sorrento Ste 400<br>Calabasas, CA 91302 | *Joint Venture Parties*<br>**Sacramento Valley View**<br>Eric Gragg<br>12401 Folsom Blvd Ste 303<br>Rancho Cordova, CA 95742 |
| *Counsel for Acacia Federal Savings Bank*<br>**Saul Ewing LLP**<br>Mark Minuti<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19801 | *2002 List - Counsel for City of Henderson, Nevada*<br>**Schwartzer & McPherson Law Firm**<br>Leonard E Schwartzer Esq<br>2850 South Jones Blvd Ste 1<br>Las Vegas, NV 89146 | *Federal Agencies - Securities and Exchange Commission*<br>**Securities and Exchange Commission**<br>5670 Wilshire Blvd 11th Fl<br>Los Angeles, CA 90036 |
| *2002 List - Counsel for Angelo Tsakopolous*<br>**Serlin & Whiteford LLP**<br>Mark A Serlin Esq<br>813 F St 2nd Fl<br>Sacramento, CA 95814 | *Woodside AMR 107 & Woodside Portofino Voluntaries - Counsel to Bank of America*<br>**Sheppard Mullin Richter & Hampton LLP**<br>Alan H Martin Esq<br>650 Town Center Dr 4th Fl<br>Costa Mesa, CA 92626-1993 | *Joint Venture Parties*<br>**Shulz Ranch Developers LLC**<br>Joy Condon<br>25 Enterprise<br>Aliso Viejo, CA 92656 |
| *Joint Venture Parties / Counsel for Wachovia Bank, NA*<br>**Simpson Thacher & Barlett LLP**<br>Peter V Pantaleo<br>425 Lexington Ave 12th Fl<br>New York, NY 10017 | *Joint Venture Parties*<br>**SKK Developments**<br>Sotiris K Kolokotronis<br>730 Alhambra Blvd Ste 222<br>Sacramento, CA 95816 | *Joint Venture Parties*<br>**Slenker Communities**<br>William Slenker<br>8302 Professional Hill Dr Ste 100<br>Fairfax, VA 22031-4611 |
| *2002 List / Counsel for JP Morgan Chase Bank, NA / Counsel for Official Unsecured Committee of Creditors*<br>**Snell & Wilmer LLP**<br>co Donald L Gaffney<br>One Arizona Center, 400 E Van Buren<br>Phoenix, AZ 85004-2202 | *2002 List / Counsel for JPMorgan Chase Bank, NA as Administrative Agent to Particpant Lenders / Counsel for Official Unsecured Committee of Creditors*<br>**Snell & Wilmer LLP**<br>600 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | *Joint Venture Parties*<br>**Standard Pacific Corp**<br>August Belmont<br>255 East Rincon Street Ste 200<br>Corona, CA 92879 |
| *Joint Venture Parties*<br>**Standard Pacific Homes**<br>Jon Nicholson<br>2240 Douglas Boulevard Ste 200<br>Roseville, CA 95661 | *State Agencies - State of California Employment Development Department*<br>**State of California Employment Dev. Depart.**<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | *State Agencies - State of California Franchise Tax Board*<br>**State of California Franchise Tax Board**<br>Attn Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| *Counsel for Kyle Acquisition Group, LLC*<br>**Stutman Treister & Glatt Professional Corporation**<br>Robert A Greenfield & Kathryn F Evans<br>1901 Ave of the Stars 12th Fl<br>Los Angeles, CA 90067 | *2002 List - Counsel for Ezra Nelson*<br>**Stutman Treister & Glatt Professional Corporation**<br>Tony Castanares & Stephan M Ray & Lauren N Gans<br>1901 Ave of the Stars 12th Fl | *2002 List - Counsel for SunPower Corporation*<br>**SunPower Corporation**<br>Ken Mahaffey Esq Associate General Counsel<br>1414 Harbour Way South<br>Richmond, CA 94804 |

| | | |
|---|---|---|
| *Joint Venture Parties*<br>**The Ryland Group Inc**<br>Cathey S Lowe<br>24025 Park Sorrento Ste 400<br>Calabasas, CA 91302 | *Joint Venture Parties*<br>**The Ryland Group Inc**<br>Timothy J Geckle<br>24025 Park Sorrento Ste 400<br>Calabasas, CA 91302 | *Joint Venture Parties*<br>**Toll Brothers Inc**<br>Ann Marie Mitchell<br>250 Gibraltar Rd<br>Horsham, PA 19044 |
| *Joint Venture Parties*<br>**Toll Brothers Inc**<br>Mark J Warshauer VP<br>250 Gibraltar Rd<br>Horsham, PA 19044 | *Committee Member*<br>**Travelers Casualty & Surety Co of America**<br>Sam E Barker Senior Claim Counsel<br>33650 6th Ave South Ste 200<br>Federal Way, WA 98003 | *2002 List - Travelers and its Affiliates*<br>**Travelers National Accounts**<br>Olga Press Acct Resolution<br>1 Tower Square 5MN<br>Hartford, CT 06183-4044 |
| *Joint Venture Parties*<br>**Union Bank of California**<br>Joel Steiner VP<br>445 South Figueroa St<br>Los Angeles, CA 90071 | *Judge's Chambers*<br>**United States Bankruptcy Court Riverside Division**<br>Peter H. Carroll<br>3420 Twelfth St<br>Riverside, CA 92501-3819 | *Federal Agencies - United States Attorney General's Office*<br>**United States Department of Justice**<br>Attorney General<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 |
| *Joint Venture Parties*<br>**US Bank National Association**<br>Betty Kinoshita<br>555 SW Oak St<br>Portland, OR 97204 | *Committee Member*<br>**Wachovia Bank NA**<br>Real Estate Special Assets Attn Kurt Huisman<br>18300 Von Karmann Ave Ste 450<br>Irvine, CA 92612 | *Joint Venture Parties*<br>**Wachovia Bank NA / Real Estate Financial Services**<br>Elena Bennett Senior VP<br>18300 Von Karman Ave Ste 450<br>Irvine, CA 92612 |
| *Joint Venture Parties*<br>**Wachovia Bank Nation Association**<br>C Mark Hedrick<br>301 South Tryon St<br>Charlotte, NC 28288 | *2002 List - Counsel for Travelers Casualty and Surety Company of America ("Travelers") and Insurance Company of the West ("ICW")*<br>**Watt Tieder Hoffar & Fitzgerald LLC**<br>Robert C Niesley & Kirsten Roe<br>2040 Main St Ste 300 | *Joint Venture Parties*<br>**Wayne Farnsworth**<br>39 E Eagleridge Dr Ste 102<br>N Salt Lake, UT 84054 |
| *2002 List - Counsel for Arch Insurance Company*<br>**Vilson Elser Moskowitz Edelman & Dicker LLP**<br>John J Immordino & Susannah M Dudley<br>555 S Flower St Ste 2900<br>Los Angeles, CA 90071 | *2002 List - Class Counsel for Class Representatives in the Class Action Case of In re Kitec Fitting Litigation*<br>**Winthrop Couchot Professional Corporation**<br>Richard H Golubow Esq<br>660 Newport Center Dr 4th Fl<br>Newport Beach, CA 92660 | *Joint Venture Parties*<br>**Woodside Group Inc**<br>Leonard K Arave<br>39 E Eagleridge Dr Ste 102<br>N Salt Lake, UT 84054 |
| *Debtor*<br>**Woodside Group LLC**<br>Leonard K Arave<br>39 East Eagleridge Dr Ste 102<br>North Salt Lake, UT 84054 | *Joint Venture Parties*<br>**Woodside R&B 356 LP**<br>John Reynen<br>9848 Business Park Dr Ste H<br>Sacramento, CA 95827 | *Zion's First National Bank*<br>**Zions First National Bank**<br>Doug Gray<br>1 South Main Ste 1340<br>Salt Lake City, UT 84118 |
| *Zion's First National Bank*<br>**Zions First National Bank**<br>Jared Geisler<br>310 South Main St 14th Fl<br>Salt Lake City, UT 84101 | | |