# ORIGINAL

## United States Bankruptcy Court
## Central District of California

Riverside

Judge Peter Carroll, Presiding

Courtroom 304 Calendar

**Friday, October 30, 2009**                                                                 Hearing Room 304

**10:30 am**

**6:08-20682**    Woodside Group, LLC                                                        **Chapter 11**

**#1.00**    Hrg. on confirmation of second amended plan of reorganization filed 8/27/09 of Woodside Group, LLC and affiliated Debtors, as modified on August 26, 2009

(Cont. from 10/16/09)

EH

Docket #: 1488

**Matter Notes:**
- Dwight Beckstrand - Rep. Wells Fargo
- Linda Cantor - Rep. debtor
- Jonathan Alter - Rep. Official Committee
- Mark Campbell - Rep. Woodside Teresi LLC
- Eric Pezold - Rep. General Committee
- Elizabeth Lossing - U.S.T.
- Brian Davidoff - Alamed. Rep, Committ
- C. John Melissinos - Rep Alameda Committ

(✓) Granted    ( ) Denied

( ) Tentative / Final Ruling is Final Order of the Court

(✓) Based on findings of fact and conclusions of law made on the record

( ) **Stipulation** by the parties with respect to relief sought to be filed with the court within 7 days

( ) **Continuance** - Hearing on the motion is continued to _____ at _____ a.m./p.m.

( ) **Off Calendar**

(✗) **Other** Plan confirmed

**Courtroom Deputy:**
10/30/09 - Tele. appr. Michael M. Brown, rep. Creditor Unsecured Creditors Committee (617) 572-1965 -aa

10/30/2009    8:28:24AM                                                                     Page 1 of 5

# United States Bankruptcy Court
## Central District of California
Riverside
Judge Peter Carroll, Presiding
Courtroom 304 Calendar

**Friday, October 30, 2009**                   **Hearing Room 304**

10:30 am

Cont....   Woodside Group, LLC                      **Chapter 11**

Tele.appr. Mark Deveno rep. Creditor Unsecured Creditors Comm. (860) 240-2956 - aa

Tele. appr. Kristian W. Gluck rep. Creditor JPMorgan Chase (214) 855-8210 - aa

Tele. appr. Mark Houle rep. Creditor Zion Bank (714) 436-6843 - aa

Tele. appr. Christine W McDonagh, Intervenor (Listen Only) (212) 499-3620 - aa

Tele. appr. Chad L Schexnayder rep. ~~Interested Party Jennings, Haug & Cunningham~~ Travelers Ins Co. (602) 234-7830 - aa

Tele appr. Michael Short rep Creditor Unsecured Creditors Committee (617) 572-0386 - aa

10/30/09 Tele. appr. Peggy Hunt rep. ~~Southern California Gas~~ Weil, Ergo & Machoian (212) 499-3620 - et

**Tentative Ruling:** Tele. appr. Michael Stern - Creditor Listen only

- NONE LISTED -

### Party Information

Debtor(s):
Woodside Group, LLC

Represented By
Jeremy V Richards
Linda F Cantor
Maxim B Litvak
Harry D. Hochman