BRIAN L. DAVIDOFF (State Bar No. 102654)
C. JOHN M. MELISSINOS (State Bar No. 149224)
DUANE KUMAGAI (SBN 125063)
RUTTER HOBBS & DAVIDOFF
  INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 286-1700
Facsimile:  (310) 286-1728
Email:   bdavidoff@rutterhobbs.com
         jmelissinos@rutterhobbs.com

Attorneys for the Alameda Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>WOODSIDE GROUP, LLC, et al.,<br><br>            Debtors.<br><br>☒   Affects ALAMEDA LIQUIDATING<br>     TRUST | Case No. 6:08-bk-20682-PC<br>(jointly administered)<br>Chapter 11<br><br>**NOTICE OF CONTINUANCE OF HEARING ON ALAMEDA LIQUIDATING TRUST'S OBJECTION TO, AND MOTION FOR ORDER DISALLOWING CLAIM NO. 4445 OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**<br><br>Old Date:     February 16, 2011<br><br>New Date:    April 20, 2011<br>Time:          9:30 a.m.<br>Ctrm:          1539<br><br>United States Bankruptcy Court, Roybal Federal Building & Courthouse,<br>255 East Temple Street<br>Los Angeles, California 90012 |

-1-

**NOTICE OF CONTINUANCE OF HEARING**

7865.001   826289.1

1    TO THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY JUDGE, THE
2    LIQUIDATING TRUSTEE FOR THE ESTATES OF LIBERTY HOLDINGS GROUP, LLC AND
3    ALAMEDA INVESTMENTS, LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, AND
4    PARTIES IN INTEREST:

5    PLEASE TAKE NOTICE that the hearing on Alameda Liquidating Trust's Objection to, and Motion for Order Disallowing Claim No. 4445 of Travelers Casualty and Surety Company of America has been continued from February 16, 2011 to **April 20, 2011** at **9:30 a.m.** in **Courtroom 1539.**

Dated: February 10, 2011         RUTTER HOBBS & DAVIDOFF INCORPORATED

                                  By: _____
                                      DUANE KUMAGAI
                                      Attorneys for the Alameda Liquidating Trust

| In re: | CHAPTER 11 |
|---|---|
| WOODSIDE GROUP, LLC, et al.<br>Debtor(s). | CASE NUMBER 6:08-bk-20682-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as: **NOTICE OF CONTINUANCE OF HEARING ON ALAMEDA LIQUIDATING TRUST'S OBJECTION TO, AND MOTION FOR ORDER DISALLOWING: CLAIM NO. 4445 OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>February 10, 2011</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>February 10, 2011</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 10, 2011 | MELODY SHABPAREH | /s/ Melody Shabpareh |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**

7865.001  826289.1

| In re: | CHAPTER 11 |
|---|---|
| WOODSIDE GROUP, LLC, et al.<br><br>Debtor(s). | CASE NUMBER 6:08-bk-20682-PC |

ELECTRONICALLY SERVED:

Franklin C Adams on behalf of Interested Party Courtesy NEF
franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;

lisa.spencer@bbklaw.com;bknotices@bbklaw.com

Jonathan B Alter on behalf of Attorney Bingham McCutchen LLP
jonathan.alter@bingham.com

Wesley H Avery on behalf of Attorney Wesley Avery
wavery@rpmlaw.com

Julian K Bach on behalf of Creditor ALL AMERICAN ASPHALT
Julian@Jbachlaw.com

William Bates on behalf of Creditor Ad Hoc Group of Noteholders
bill.bates@bingham.com

Dennis G Bezanson on behalf of Creditor Century Communities Colorado, LLC
dennis.bezanson@bbklaw.com, arthur.johnston@bbklaw.com;kenneth.burgess@bbklaw.com;
bknotices@bbklaw.com;

Bradley D Blakeley on behalf of Creditor Stock Building Supply, Inc.
bblakeley@bandblaw.com

John A Boyd on behalf of Creditor Horizon Plumbing Inc.
fednotice@tclaw.net

Richard W Brunette on behalf of Creditor Bank of America NA
rbrunette@sheppardmullin.com

Michael E Busch on behalf of Creditor Chicago Title Insurance Co
michael.busch@fnf.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (RS)
frank.cadigan@usdoj.gov

Mark R Campbell on behalf of Attorney Courtesy NEF
mcampbell@markcampbelllaw.com

Lawrence G Campitiello on behalf of Interested Party Courtesy NEF
campitiello@shlaw.com, cannone@shlaw.com

Linda F Cantor on behalf of Debtor Alameda Investments, LLC
lcantor@pszjlaw.com,

Shawn M Christianson on behalf of Creditor Oracle USA, Inc.
cmcintire@buchalter.com

Marc S Cohen on behalf of Interested Party KeyBank National Association

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

7865.001   826289.1

| In re: | CHAPTER 11 |
|---|---|
| WOODSIDE GROUP, LLC, et al.<br><br>Debtor(s). | CASE NUMBER 6:08-bk-20682-PC |

mcohen@kayescholer.com

Michael S Cryan on behalf of Interested Party Acacia Federal Savings Bank
cryan.michael@arentfox.com, giaimo.christopher@arentfox.com

Ashleigh A Danker on behalf of Creditor South Edge, LLC
adanker@kayescholer.com

G Larry Engel on behalf of Creditor JP Morgan Chase Bank, N.A.
lengel@mofo.com

Christine R Etheridge on behalf of Creditor Ikon Financial Services
christine.etheridge@ikonfin.com

Kathryn F Evans on behalf of Attorney Kathryn Evans
kevans@stutman.com

Michael K. McCrory, Barnes & Thornburg, LLP, Counsel for Beazer Homes Holding Corp.
mmccrory@btlaw.com

Michael Messersmith, Kaye Scholer LLC, Counsel for South Edge, LLC
mmessersmith@kayescholer.com

ELECTRONICALLY SERVED:

Jerome Bennett Friedman on behalf of Creditor HDI Las Vegas, LLC
jfriedman@hkemlaw.com

Donald L Gaffney on behalf of Creditor JP Morgan Chase Bank, N.A.
dgaffney@swlaw.com

Lauren N Gans on behalf of Attorney Lauren Gans
lgans@stutman.com

Robert P Goe on behalf of Attorney Robert Goe
kmurphy@goeforlaw.com

Richard H Golubow on behalf of Creditor In re Kitec Fitting Litigation
pj@winthropcouchot.com

Kelly C Griffith on behalf of Interested Party Courtesy NEF
bkemail@harrisbeach.com

Harry D. Hochman on behalf of Debtor Woodside Ballantrae, LLC
hhochman@pszjlaw.com

Mark D Houle on behalf of Creditor ZIONS FIRST NATIONAL BANK
mark.houle@pillsburylaw.com

Gregory K Jones on behalf of Interested Party Ezra Nelson
gjones@stutman.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

7865.001   826289.1

| In re: | CHAPTER 11 |
|---|---|
| WOODSIDE GROUP, LLC, et al.<br><br>Debtor(s). | CASE NUMBER 6:08-bk-20682-PC |

Jason Jones on behalf of Litigant Frances and Keith Evanoff
jjones@avatarlegal.com

Ivan L Kallick on behalf of Creditor Wachovia Bank, N.A.
ikallick@manatt.com, ihernandez@manatt.com

Mark J Krone on behalf of Creditor Bond Safeguard Insurance Co.
mk@amclaw.com

Leib M Lerner on behalf of Creditor Steiny and Company, Inc.
leib.lerner@alston.com

William C Lewis on behalf of Creditor Brian Vail
ecf@williamclewis.com

Susy Li on behalf of Petitioning Creditor AXA Equitable Life Insurance Company
susy.li@bingham.com

Maxim B Litvak on behalf of Debtor BCD 99, LLC
mlitvak@pszyjw.com

United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov

Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS)
elizabeth.lossing@usdoj.gov

Frank F McGinn on behalf of Interested Party Courtesy NEF
ffm@bostonbusinesslaw.com

David W. Meadows on behalf of Creditor National City Bank
david@davidwmeadowslaw.com

Craig Millet on behalf of Interested Party IPEX Inc.
cmillet@gibsondunn.com, pcrawford@gibsondunn.com

Margreta M Morgulas on behalf of Creditor Kyle Acquisition Group, LLC
mmorgulas@stutman.com

Randall P Mroczynski on behalf of Creditor Daimler Trust
randym@cookseylaw.com

Paul J Pascuzzi on behalf of Creditor MCH Electric, Inc.
ppascuzzi@ffwplaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

7865.001   826289.1

| In re: | CHAPTER 11 |
|---|---|
| WOODSIDE GROUP, LLC, et al.<br><br>Debtor(s). | CASE NUMBER 6:08-bk-20682-PC |

ELECTRONICALLY SERVED:

Eric S Pezold on behalf of Attorney Official Unsecured Creditors Committee
epezold@swlaw.com, dwlewis@swlaw.com

Mark D Poniatowski on behalf of Creditor Caterpillar Financial Services Corporation
ponlaw@ponlaw.com

Jeremy V Richards on behalf of Debtor Alameda Investments, LLC
jrichards@pszjlaw.com, bdassa@pszjlaw.com

Kirsten A Roe on behalf of Creditor Insurance Company Of The West
kroe@wthf.com, dfunsch@wthf.com

Martha E Romero on behalf of Creditor California Taxing Authorities
Romero@mromerolawfirm.com

Anthony J Rothman on behalf of Litigant Ahmad Arakozie
anthony@arothmanlaw.com

Chad L Schexnayder on behalf of Creditor Insurance Company Of The West
cls@jhc-law.com, wm@jhc-law.com

Mark C Schnitzer on behalf of Creditor Fenceworks, Inc.
mschnitzer@rhlaw.com

Nathan A Schultz on behalf of Other Professional Ernst & Young LLP
schultzn@gtlaw.com

Stephanie M Seidl on behalf of Interested Party Courtesy NEF
sseidl@sheppardmullin.com

James R Selth on behalf of Attorney Daniel Weintraub
jim@wsrlaw.net

Mark A Serlin on behalf of Creditor Angelo Tsakopolous
mserlin@globelaw.com

Mark L Shaffer on behalf of Plaintiff Scotland Heights Limited Partnership
shaffer@markshafferlaw.com

Curt Todd on behalf of Interested Party Courtesy NEF
ctodd@lrflegal.com, ewesselhoff@lrflegal.com

Andrea M Valdez on behalf of Attorney Kristian Gluck
avaldez@fulbright.com

Annie Verdries on behalf of Creditor Merit Masonry, Inc.
verdries@lbbslaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

7865.001   826289.1

| In re: | CHAPTER 11 |
|---|---|
| WOODSIDE GROUP, LLC, et al.<br><br>Debtor(s). | CASE NUMBER 6:08-bk-20682-PC |

Madeleine C Wanslee on behalf of Creditor Maricopa County Treasurer
mwanslee@gustlaw.com, rstein@gustlaw.com

George C Webster on behalf of Interested Party Ezra Nelson
gwebster@stutman.com

William E Winfield on behalf of Creditor Zurich American Ins. Co.
wwinfield@nchc.com

Jasmin Yang on behalf of Creditor Committee Official Committee of Unsecured Creditors
jyang@swlaw.com

Mark R. Campbell on behalf of Woodside Teresi
mcapbell@markcampbelllaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

7865.001  826289.1

| In re: | CHAPTER 11 |
|---|---|
| WOODSIDE GROUP, LLC, et al.<br><br>Debtor(s). | CASE NUMBER 6:08-bk-20682-PC |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

VIA OVERNITE EXPRESS
Honorable Peter H. Carroll
United States Bankruptcy Judge
United States Bankruptcy Court
255 East Temple Street
Suite 1534
Courtroom 1539
Los Angeles, CA 90012

VIA U.S. MAIL
Reorganized Debtors
Wayne Farnsworth
39 East Eagleridge Drive, Suite 102
North Salt Lake City, Utah 84054

VIA U.S. MAIL
Reorganized Debtors' Counsel
Linda Cantor, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd. Suite 1100
Los Angeles, California 90067

VIA U.S. MAIL
Alameda Liquidating Trust
Hugh Scheffy, Liquidating Trustee
Janas Consulting
225 S. Lake Avemue, Suite 610
Pasadena, California 91101

VIA U.S. MAIL
Counsel for Travelers Casualty and Surety
Company of America
Bryan Goodman
Jennings, Haugh & Cunningham
2800 North Central Avenue
Phoenix, AZ 85004-1049

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                         **F 9013-3.1**

7865.001   826289.1